UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

FRED LEE and ANNE LEE,

                              Plaintiffs,                    **AFFIRMATION OF SERVICE**

vs.

UNION MUTUAL FIRE INSURANCE COMPANY,

                              Defendant.

_____

      John R. Ewell, an attorney duly admitted to practice before the courts of the State of New York, hereby affirms under the penalty of perjury pursuant to CPLR 2106, that he is an attorney associated with the firm of Hurwitz & Fine, P.C., the attorneys for the Defendant, Union Mutual Fire Insurance Company., that he is not a party to the action and is 18 years of age or over.

      That on July 16, 2020, he served the Notice of Removal upon plaintiff's counsel, by electronically filing same with Notice of Filing of Notice of Removal, using the NYSCEF system which sent notice of said filing to:

               Greenblatt & Agulnick, P.C.
               55 Northern Boulevard, Suite 302
               Great Neck, New York 11021
               Attn: Scott E. Agulnick, Esq.


Dated: Buffalo, New York
       July 16, 2020

                             HURWITZ & FINE, P.C.

                             John R. Ewell, Esq.
                             *Attorneys for Defendant*
                             *Union Mutual Fire Insurance Company*
                             1300 Liberty Building
                             Buffalo, New York 14202
                             (716) 849-8900

1