UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

FRED LEE and ANN LEE,                                        Civil Case No.:  1:20-cv-03191

                         Plaintiffs,          **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION AND NOTICE OF DEMAND FOR JURY TRIAL PURSUANT TO FRCP 38**

         -against-

UNION MUTUAL FIRE INSURANCE COMPANY,

                   Defendant.

--------------------------------------------------------------------X

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

PLEASE TAKE NOTICE, DANIEL HAAS, the Plaintiff in the above-captioned matter hereby demand a trial by jury on all issues pursuant to Civil Rule 38.

Dated:      Great Neck, New York
           July 17, 2020

                         Respectfully submitted,

                         GREENBLATT & AGULNICK, P.C.

                         By:   SCOTT E. AGULNICK (SA1880)
                         Attorneys for Plaintiff
                         FRED LEE and ANN LEE
                         55 Northern Boulevard, Suite 302
                         Great Neck, New York 11021
                         (718) 352-4800

**VIA ECF**

John R. Ewell, Esq.
HURWITZ & FINE, P.C.
Attorneys for Defendant
UNION MUTUAL FIRE INSURANCE COMPANY
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900