AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Fred Lee and Ann Lee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-03191 |
| Union Mutual Fire Insurance Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Union Mutual Fire Insurance Company                                              .

Date:     07/20/2020

/s/Agnieszka A. Wilewicz
*Attorney's signature*

Agnieszka A. Wilewicz
*Printed name and bar number*

Hurwitz & Fine, P.C.
1300 Liberty Building
Buffalo, NY 14202

*Address*

aaw@hurwitzfine.com
*E-mail address*

(716) 849-8900
*Telephone number*

(716) 855-0874
*FAX number*