Case Name: _Lee v. Union Mutual_____   Case Number: 1:20 CV - 03191 ( RRM ) (PK)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|:---:|:---:|:---:|
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | X | | 10/14/2020 |
| 2.  Rule 26(a)(1) disclosures exchanged | X | | 10/22/2020 |
| 3.  Requested: | | | |
|     a.  Medical records authorization | | X | |
|     b.  Section 160.50 releases for arrest records | | X | |
|     c.  Identification of John Doe/Jane Doe defendants | | X | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | X | |
| 5.  Confidentiality Order to be submitted for court approval (see Proposed Confidentiality Order on the Chambers website) | | X | |
| **B.  SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | | 11/16/2020 |
| 2.  Defendant to make settlement offer | | | 11/30/2020 |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | 3/15/2021 |
| 4.  Settlement Conference (proposed date) | | | 4/1/2021 |
| **C.  PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | | 11/16/2020 |
| 2.  Initial documents requests and interrogatories | | | 12/15/2020 |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 5/14/2021 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 5/14/2021 |
| 5.  Expert discovery (only if needed) | | | *Check here if not applicable* ☐ |

Rev. 4-20-20

| | Engineering |
|---|---|
| Plaintiff expert proposed field(s) of expertise: | Engineering |
| Defendant expert proposed field(s) of expertise: | Engineering |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a.  Affirmative expert reports due | | | 8/16/2021 |
| b.  Rebuttal expert reports due | | | 10/15/2021 |
| c.  Depositions of experts to be completed | | | 12/15/2021 |
| 6.  Completion of ALL DISCOVERY (if different from C.3) | | | 12/15/2021 |
| 7.  Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 12/15/2021 |
| 8.  If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | Motion to Dismiss (a) 11/16/20 (b)11/23/20 Summary Judgment (a) 3/15/2021 (b) 3/22/2021 |
| 9.  Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 3/22/2021 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1.  All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2.  All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1.  Motion for collective action certification in FLSA cases | | | |
| a.  Response due | | | |
| b.  Reply due | | | |
| 2.   Motion for Rule 23 class certification | | | |
| a.  Response due | | | |
| b.  Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____     _____

**PEGGY KUO**                                                **Date**
United States Magistrate Judge

Rev. 4-20-20