UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

FRED LEE and ANNE LEE,

|  |  |
|---|---|
| Plaintiffs, | **RULE 7.1 CORPORATE** |
|  | **DISCLOSURE STATEMENT** |
| vs. | Case No. 1:20-cv-03191 RRM-PK |

UNION MUTUAL FIRE INSURANCE COMPANY,

Defendant.

_____

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Defendant, UNION MUTUAL FIRE INSURANCE COMPANY, by its attorneys, Hurwitz & Fine, P.C., hereby certifies that it is a nongovernmental corporation organized and existing under the laws of the State of Vermont, with its principal place of business in the State of Vermont and submits the following statement of its corporate interests and affiliations:

1.      UNION MUTUAL FIRE INSURANCE COMPANY has no parent corporation or publically held corporation owning 10% or more of its stock.

DATED:      Buffalo, New York
            October 20, 2020

                                    HURWITZ & FINE, P.C.

                                    John R. Ewell, Esq.
                                    *Attorneys for Defendant,*
                                    *Union Mutual Fire Insurance*
                                    *Company*
                                    1300 Liberty Building
                                    Buffalo, New York 14202
                                    (716) 849-8900