

# HURWITZ & FINE, P.C.

## ATTORNEYS AT LAW

**Agnieszka A. Wilewicz**
aaw@hurwitzfine.com

November 10, 2020

Hon. Roslynn R. Mauskopf, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Lee v. Union Mutual
              Civil Case No. 1:20-cv-03191

Dear Judge Mauskopf:

Please accept this letter motion as a formal request to remove John R. Ewell as attorney of record for the defendant, Union Mutual Fire Insurance Company. Mr. Ewell is no longer associated with the law firm of Hurwitz & Fine, P.C.

We respectfully request that he be removed from the case docket and terminated from receiving any notifications in this matter.

Respectfully submitted,

HURWITZ & FINE, P.C.

/s/ Agnieszka A. Wilewicz

Agnieszka A. Wilewicz

AAW:krk