

## HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Charles J. Englert**
cje@hurwitzfine.com

January 13, 2021

***VIA ECF***
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.
                No. 1:20-cv-03191-RRM-PK

Dear Honorable Kuo:

We are counsel for Defendant Union Mutual Fire Insurance Company, in the above captioned matter and along with counsel for Plaintiffs, Fred and Ann Lee, request that the Court accept this correspondence as the joint status report on behalf of both parties in response to the Court's October 22, 2020, Proposed Discovery Plan/Scheduling Order. (Docket #13)

Both initial document demands, and interrogatories have been exchanged. Defendant has responded to Plaintiff's demands and interrogatories. Plaintiff has not yet responded to Defendants demands and interrogatories but is still within the permitted time to do so. Upon receipt of complete responses to theses demands the parties will make all efforts to hold depositions as quickly as reasonably possible.

        Very truly yours,

        HURWITZ & FINE, P.C.

        Charles J. Englert

cc:    *(via ECF only)*
      Scott Agulnick, Esq.