

## HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Charles J. Englert**
cje@hurwitzfine.com

May 14, 2021

*VIA ECF*
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                RE:    Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.
                        No. 1:20-cv-03191-RRM-PK

Dear Honorable Kuo:

      We are counsel for Defendant Union Mutual Fire Insurance Company, in the above captioned matter and along with counsel for Plaintiffs, Fred and Ann Lee, request that the Court accept this correspondence as the joint status report on behalf of both parties in response to the Court's October 22, 2020, Proposed Discovery Plan/Scheduling Order. (Docket #13)

      Parties have exchanged paper discovery and with the exception of certain post EBT Demands which the parties have conferred on and are being addressed. Party depositions have been completed. Mediation will be conducted with Richard Byrne, Esq. on June 8, 2021.

                          Very truly yours,

                          HURWITZ & FINE, P.C.

                          Charles J. Englert

cc:    *(via ECF only)*
       Scott Agulnick, Esq.