

## HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Charles J. Englert**
cje@hurwitzfine.com

June 2, 2021

***VIA ECF***
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.
                   No. 1:20-cv-03191-RRM-PK

Dear Magistrate Judge Kuo:

We write to respectfully request reconsideration of the reopening of fact discovery in the above referenced matter as was discussed during today's conference. In Sum, Union agrees to resolve the purported discovery issues of the name, background, and protocols of the inspector who took the 2017 inspection photographs of the sidewalks, stairs, and heating and electrical equipment by voluntarily producing the inspector for a non-party deposition. However, Union Mutual requests the opportunity to fully brief the issues raised in Mr. Agulnick's May 24, 2021 correspondence. (Docket No. 19) Specifically, Union Mutual requests reconsideration of the issue of plaintiffs' request that Union Mutual produce the entirety of its contract with Roundhill Express LLC. That contract is a confidential agreement between Union Mutual and Roudhill Express LLC whose terms have absolutely no bearing on plaintiffs' fire damage claim, nor their allegations set forth in their complaint against Union mutual in this action. Union Mutual will stipulate to its agency relationship with Roundhill Express LLC.

                           Very truly yours,
                           HURWITZ & FINE, P.C.

                           Charles J. Englert
                           Eric T. Boron

cc:    *(via ECF only)*
       Scott Agulnick, Esq.