

# HURWITZ & FINE, P.C.
## ATTORNEYS AT LAW

**Charles J. Englert**
cje@hurwitzfine.com

June 15, 2021

***<u>VIA ECF</u>***
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     RE:  Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.
        No. 1:20-cv-03191-RRM-PK

Dear Magistrate Judge Kuo:

  We are counsel for Defendant Union Mutual Fire Insurance Company in the above captioned matter and along with counsel for Plaintiffs Fred and Ann Lee request that the Court accept this correspondence as the joint status report on behalf of both parties in response to the Court's Docket Text Order of June 14, 2021.

  The parties took part in a Court ordered mediation with mediator Richard Byrne on June 8, 2021. The parties participated in good faith but failed to come to a resolution. At this time, the parties are not seeking a settlement conference with the Court.

       Very truly yours,

       HURWITZ & FINE, P.C.

       Charles J. Englert

cc:  *(via ECF only)*
   Scott Agulnick, Esq.