

# GREENBLATT AGULNICK PC

SCOTT E. AGULNICK^
MATTHEW W. GREENBLATT^

OF COUNSEL
BARRY W. AGULNICK+^
STEVEN A. KOTCHEK*

55 NORTHERN BOULEVARD, SUITE 302
GREAT NECK, NEW YORK 11021

TEL: (718) 352-4800
FAX: (718) 732-2110

EMAIL: SEA@NYLAW1.COM

WWW.NYLAW1.COM

^ADMITTED IN NY
*ADMITTED NY & NJ
+ADMITTED NY & FL

August 13, 2021

**VIA ECF**
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

  **RE:**   **Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.**
  Case No.  1:20-cv-03191-MKB-PK

Dear Magistrate Judge Kuo:

  This office is counsel for the Plaintiffs in this matter. This letter is written jointly, and with the consent of counsel for Defendant Union Mutual Fire Insurance Co., pursuant to Your Honor's Docket Text Order of August 12, 2021.

  In compliance with Your Honor's Docket Text Order, the parties have met and have completed fact discovery in this matter. All requested and/or demanded information have been exchanged. Depositions of parties herein and non-party witness have been completed. No other fact discovery will take place. The parties have engaged in settlement discussion but were unsuccessful in reaching an agreement.

  To that end, the parties shall file pre-motion conference requests for dispositive motions by August 31, 2021.

  We thank Your Honor for your courtesies. Should additional information be required from the parties herein, please do not hesitate to contact this office.

    Very Truly Yours,

    Scott E. Agulnick (SA1880)