

**GREENBLATT
AGULNICK
KREMIN P.C.**

**Scott E. Agulnick** | **Principal**
**Email:  sagulnick@GAKlawfirm.com**

September 14, 2021

**VIA ECF**
Hon. Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**        **<u>Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.</u>**
      Case No.      1:20-cv-03191-MKB-PK

Dear Honorable Judge Brodie:

This office is counsel for the Plaintiffs in this matter, and respectfully submits this letter pursuant to the directive of This Honorable Court to file a proposed briefing schedule for a cross summary judgment motions.

Counsels have conferred and have decided on the following dates for a briefing schedule:

1.      The parties' respective motions shall be filed on or before October 22, 2021;

2.      The parties' respective opposition to the other party's motion shall be filed on or before November 19, 2021; and

3.      Reply, if any, shall be filed on or before December 3, 2021.

Should this Honorable Court have any questions or concerns, please do not hesitate to contact the parties herein.

Respectfully Submitted,

Scott E. Agulnick (SA1880)

SEA