

## HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Charles J. Englert**
cje@hurwitzfine.com

October 25, 2021

***Via First Class Mail and E-Mail ([sagulnick@gaklawfirm.com](mailto:sagulnick@gaklawfirm.com))***
Scott E. Agulnick, Esq.
Greenblatt & Agulnick, P.C.
55 Northern Boulevard, Suite 302
Great Neck, New York 11021

RE:    Free Lee and Anne Lee v. Union Mutual Fire Insurance Company
       Clam No.:  15405
       Case No.:  1:20-cv-03191-MKB-PK
       Our File No.:  20211237

Dear Mr. Agulnick:

Enclosed for service upon you, please find Defendant's, Union Mutual Fire Insurance Company, Notice of Motion for Summary Judgment, Attorney Declaration with Exhibits A-F attached hereto, Affidavit of James Lambert with Exhibits 1-9 attached hereto and Memorandum of Law.

Very truly yours,

HURWITZ & FINE, P.C.

Charles J. Englert

CJE/rms
Enclosures