

**HURWITZ & FINE, P.C.**

**ATTORNEYS AT LAW**

**Charles J. Englert**
cje@hurwitzfine.com

December 3, 2021

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE: *Fred Lee and Ann Lee v. Union Mutual Fire Insurance Company*
     Case No.:  1:20-cv-03191-MKB-PK

Dear Judge Brodi:

  Our office represents Union Mutual Fire Insurance Company in the above referenced action. I write on behalf of Eric Boron, the attorney handling this matter in our office. Mr. Boron has come down with a sudden and severe illness, which has prevented him from completing Union Mutual's reply in its pending motion for summary judgment.

  Our office has conferred with opposing counsel, who has graciously agreed to an adjournment of the previously agreed upon filing date for the parties' respective motions for summary judgment.

  We respectfully request that the Court adjourn the date for motions for fully briefed motions summary judgment to be served and filed to December 8, 2021.

   Very truly yours,

HURWITZ & FINE, P.C.       GREENBLATT AGULNICK KREMIN, PC

Charles J. Englert         Scott E. Agulnick

cc:  *(via ECG only)*
   Scott Agulnick, Esq.

---

HEADQUARTERS: 1300 LIBERTY BUILDING, BUFFALO, NEW YORK 14202 ▼ P: 716-849-8900 ▼ F: 716-855-0874 ▼ WWW.HURWITZFINE.COM
OFFICES IN ▼ BUFFALO, NEW YORK ▼ ALBANY, NEW YORK ▼ ALBION, NEW YORK ▼ AMHERST, NEW YORK ▼ MELVILLE, NEW YORK
NIAGARA FALLS, NEW YORK ▼ PALM BEACH GARDENS, FLORIDA ▼ TORONTO, ONTARIO ▼ FAX/E-MAIL NOT FOR SERVICE