

**GREENBLATT AGULNICK KREMIN P.C.**

**Scott E. Agulnick** | **Principal**
**Email:  sagulnick@GAKlawfirm.com**

December 3, 2021

**VIA ECF**
Hon. Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          **RE:**          **Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.**
          Case No.      1:20-cv-03191-MKB-PK

Dear Honorable Judge Brodie:

      This office is counsel for the Plaintiffs in this matter, and respectfully submits this letter pursuant to the rules of This Honorable Court regarding the filing of cross summary judgment motions. The parties' respective motions were filed and served on October 22, 2021. The parties' respective opposition to the other party's motion were filed and served on or about November 19, 2021, and the respective Reply, from each party, will be filed and served on or about December 3, 2021.

      The contents of the Fully briefed Motion for Summary Judgment from each party is as follows:

1. Exhibit 1: Notice of Motion
2. Exhibit 2: Agulnick Declaration
3. Exhibit 3: Plaintiff's Memorandum of Law for Summary Judgment
4. Exhibit 4: PMOL Exhibit A: Summons and Complaint
5. Exhibit 5: PMOL Exhibit B: Defendant's Answer
6. Exhibit 6: PMOL Exhibit C: Plaintiffs' Affidavit
7. Exhibit 7: PMOL Exhibit D: James Lambert Deposition Transcript
8. Exhibit 8: PMOL Exhibit E: AES Report
9. Exhibit 9: PMOL Exhibit F: Inspection Report
10. Exhibit 10: PMOL Exhibit G: Frederick Harper Transcript
11. Exhibit 11: PMOL Exhibit H: Policy Binder
12. Exhibit 12: PMOL Exhibit I: Plaintiff Fred Lee Deposition Transcript
13. Exhibit 13: PMOL Exhibit J: Fire Claim Form
14. Exhibit 14: PMOL Exhibit K: Defendant's Responses to Plaintiffs' First Demand for Interrogatories
15. Exhibit 15: PMOL Exhibit L: Denial Letter dated May 19, 2020
16. Exhibit 16: PMOL Exhibit M: Underwriting Guidelines



**GREENBLATT AGULNICK KREMIN P.C.**

**Scott E. Agulnick** | **Principal**
**Email:  sagulnick@GAKlawfirm.com**

17. Exhibit 17: Defendant Union Mutual's Response to Rule 56.1 Statement of Material Facts
18. Exhibit 18: Union Mutual's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment
19. Exhibit 19: Plaintiffs' Reply and Further Support of Plaintiff's Motion for Summary Judgment

      Should this Honorable Court have any questions or concerns, please do not hesitate to contact the parties herein.

Respectfully Submitted,

Scott E. Agulnick (SA1880)

**CC VIA ECF:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Charles Joseph Englert, III, Esq.
HURWITZ & FINE, P.C.
Attorneys for Defendant
**UNION MUTUAL FIRE INSURANCE COMPANY**
1300 Liberty Building Buffalo
New York 14202