UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRED LEE and ANN LEE,

                                          Plaintiffs,                  **NOTICE OF MOTION**

           -against-                                 Case No.: 1:20-cv-03191 (MKB)(PK)

UNION MUTUAL FIRE INSURANCE COMPANY,

                                          Defendant.
------------------------------------------------------------------------X

| | |
|---|---|
| MOTION MADE BY: | GREENBLATT AGULNICK KREMIN, P.C., 55 Northern Boulevard, Suite 302, Great Neck, New York 11021, attorneys for Plaintiffs, FRED LEE and ANN LEE |
| DATE, TIME AND PLACE OF HEARING: | On a day and time to be set by the Court, at the Thurgood Marshall United States Court House, United States District Court, 225 Cadman Plaza East, Brooklyn, New York, 11021, before Honorable Judge Margo K. Brodie. |
| SUPPORTING PAPERS: | Affirmation of Scott E. Agulnick, Esq., sworn to on the 25th day of October, 2021, the Affidavit of Fred Lee dated October 20, 2021, with attached exhibits, Plaintiffs FRED LEE and ANN LEE's Memorandum of Law, and all pleadings and proceedings has herein. |
| RELIEF DEMANDED AND GROUNDS: | (1) pursuant to F.R.C.P. § 56 granting Plaintiff summary judgment; and |
| | (2) for such other and further relief as this Court deems just, equitable and proper. |
| TYPE OF ACTION: | Breach of contract |
| ORAL ARGUMENT: | Oral argument is not requested. |

Dated: Great Neck, New York
October 25, 2021

        Yours, etc.,

        GREENBLATT AGULNICK KREMIN, P.C.

        By: _____/s/_____
        Scott E. Agulnick, Esq.
        Todd D. Kremin, Esq.
        Attorneys for Plaintiff
        **FRED LEE and ANN LEE**
        55 Northern Boulevard, Suite 302
        Great Neck, New York 11021
        Tel: (718) 352-4800

To:

Eric T. Boron, Esq.
HURWITZ & FINE, P.C.
Attorneys for Defendant
**UNION MUTUAL FIRE INSURANCE COMPANY**
1300 Liberty Building
Buffalo, New York 14202
Tel: (716) 849-8900