# EXHIBIT F

RoundHill Express Inspections

3/24/2021

Fred & Ann Lee
39-11 27th St
Long Island City NY 11101

Report Reviewed and Assembled on 7/13/2017

314PK-49300-01

# Exterior



Front - Clean

Back - Clean

1/5

000361



Sidewalk - Clean



RoundHill Express Inspections

3/24/2021

## Interior



Stairs - Clean

## Mechanical

Electrical - Clean

000363






RoundHill Express Inspections

Heating - Clean

3/24/2021

000365

5/5