EXHIBIT G



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------

FRED LEE AND ANN LEE,

                         Plaintiff,

        - against -

UNION MUTUAL FIRE INSURANCE,

                         Defendant.

-----------------------------------------------------

                    Held Via Zoom

                    June 24, 2021
                         2:04

            EXAMINATION BEFORE TRIAL OF THE

Non-Party Witness, FREDERICK V. HARPER, taken by

Plaintiff, pursuant to Order and held at the

above-mentioned time and place before a Notary

Public of the State of New York.

                    All-Star Reporters
                    800-329-9222

2

3      GREENBLATT & AGULNICK, P.C.

4      Attorneys for Plaintiffs

5      55 Northern Boulevard, St 302

6      Great Neck, New York 11021

7      BY : SCOTT E. AGULNICK, ESQ.

8

9

10

11

12     HURWITZ & FINE, P.C.

13     Attorney for Defendant

14     1300 Liberty Building

15     Buffalo, New York 14202

16     BY : ERIC T. BORON, ESQ.

17

18

19

20

21

22

23

24

25                    -oOo-

                 All-Star Reporters
                  800-329-9222

FREDERICK V. HARPER

3

2       IT IS HEREBY STIPULATED AND AGREED by

3    and among the attorneys for the respective

4    parties hereto, that:

5

6       All rights provided by the C.P.L.R.,

7    including the right to object to any

8    question or to move to strike any testimony

9    at this examination, are reserved; and, in

10    addition, the failure to object to any

11    question or to move to strike testimony at

12    this examination shall not be a bar or

13    waiver to make such motion at, and is

14    reserved for, the trial of this action.

15

16       IT IS HEREBY STIPULATED AND AGREED

17    that this deposition may be sworn to by the

18    witness being examined before a Notary

19    Public other than the notary Public before

20    whom this examination was begun, but the

21    failure to do so or to return the original

22    of this examination to counsel, shall not be

23    deemed a waiver of the rights provided by

24    Rules 3116 and 3117 of C.P.L.R., and shall

25    be controlled thereby.

FREDERICK V. HARPER

4

2

3          IT IS HEREBY STIPULATED AND AGREED

4     that the filing and certification of the

5     original of this examination shall be the

6     same and thereby waived; and that a copy of

7     the transcript shall be furnished to counsel

8     representing the witness herein, without

9     charge.

10                              -oOo-

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREDERICK V. HARPER

5

2          COURT REPORTER:  The attorneys

3     participating in this deposition

4     acknowledge that I am not physically

5     present in the deposition room and that

6     I will be reporting from this deposition

7     remotely.  They further acknowledge

8     that, in lieu of an oath administered in

9     person, the witness will verbally

10     declare his testimony in this matter is

11     under penalty of perjury.  The parties

12     and their counsel consent to this

13     arrangement and waive any objections to

14     this manner of reporting.

15

16     Please indicate your agreement by

17     stating your name and agreement on the

18     record.

19          MR. AGULNICK:  My name is Scott

20     Agulnick and I agree.

21          MR. BORON:  My name is Eric

22     Boron and I agree.

23

24

25

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

6

2       FREDERICK V. HARPER,  called as a witness, having

3       been duly sworn, was examined and testified as

4       follows:

5       BY REPORTER:

6           Q    Please state your name for the record.

7           A    Frederick V. Harper.

8           Q    Where do you presently reside?

9           A    52 Greenridge Avenue, White Plains, New

10      York 10605.

11      EXAMINATION BY

12      SCOTT AGULNICK

13          Q    Mr. Harper, Good afternoon.  My name is

14      Scott Agulnick.  I'm an attorney with the law firm

15      of Greenblatt & Agulnick.  We represent the

16      plaintiffs in an action brought against Union

17      Mutual.

18              I'm going to ask you a series of

19      questions.  My questions today are not designed to

20      trick you or deceive you.  If you do not

21      understand any of my questions, please let me know

22      and we'll rephrase it.  If you'd like a break for

23      whatever reason, please let us know.  The court

24      reporter can only take down verbal responses.  She

25      can't take down any kind of hand gestures, etc.

FREDERICK V. HARPER

7

2        A    Okay.

3        Q    Mr. Harper, by whom are you employed?

4        A    Round Hill Express.

5        Q    How long have you been employed by Round

6  Hill Express?

7        A    Approximately seven years.

8        Q    Are you an actual employee of Round Hill

9  Express or an independent contractor?

10       A    Independent contractor.

11       Q    Do you have a company that you operate

12  under or is it just Frederick Harper?

13       A    Just Frederick Harper.

14       Q    What is the nature of the work that you

15  perform for Round Hill?

16       A    I inspect properties for insurance.

17       Q    Do you perform those services for  other

18  insurance companies or just Round Hill Express?

19       A    Just Round Hill Express.

20       Q    So you perform these inspections

21  exclusively for Round Hill Express and no other

22  company?

23       A    Correct.

24       Q    Are you engaged in any other occupation

25  or employment, apart from the inspections that you

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

8

2       do for Round Hill Express?

3               A       No.

4               Q       As you sit here today are you

5       represented by counsel with regard to this matter?

6               A       Yes.

7               Q       When did you first retain counsel with

8       regard to this matter?

9               A       Probably two to three weeks before

10      today.

11                              MR. ENGLERT:  For the record,

12                      we're appearing for the limited purpose

13                      of defending Mr. Harper at this

14                      deposition.  We don't have a retainer

15                      agreement signed with him and he's not

16                      going to be charged, but we'll be

17                      billing Union Mutual for the work.

18                              MR. AGULNICK:  He's a non-party

19                      witness.  There's no defending.  This is

20                      a fact finding mission.  In any event,

21                      duly noted.

22              Q       Prior to testifying here today did you

23      review any documents in connection with this

24      matter?

25              A       No.

FREDERICK V. HARPER

9

2      Q    Prior to testifying here today did you

3    perform a search for any documents relevant to any

4    inspection you performed at the property owned by

5    Fred and Ann Lee?

6      A    No.

7      Q    Do you know what matter you're here for?

8      A    Not the details of the case.  Just that

9    it was an inspection I performed and I'm here for

10   a deposition.

11     Q    Is there a particular process that you

12   follow when you perform inspections for Round Hill

13   Express?

14     A    Can you say that again?  I'm sorry.

15     Q    Is there a particular process or

16   procedure that you follow when you perform an

17   inspection for Round Hill Express?

18     A    Yes.  As far as the exterior and

19   interior of the home, my job is to look on the

20   outside, front, back, sidewalk, and check for

21   utilities on the inside and stairways for safety

22   reasons.

23     Q    When you're assigned a matter how are

24   you assigned a matter?

25     A    I'm given an itinerary with an address

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

10

2      and contact number with the date and time.

3          Q    What information is contained on the

4      itinerary, other than an address, contact number,

5      date and time?

6          A    The person's name and basically who the

7      insurance company or agents are who set up the

8      appointments on that.

9          Q    Any other information?

10         A    Outside of that just what kind of house

11     it is, if it's brick or frame.  That's about it.

12         Q    How do you receive this assignment?

13         A    I am given an itinerary on a daily

14     basis.  The office calls and sets the

15     appointments, I'm given the time and place, it is

16     emailed to me and that's it.

17         Q    The itinerary is emailed to you along

18     with the information with regard to the property?

19         A    Yes, I'm given a schedule.

20         Q    At any point in time did you receive an

21     email in connection with the inspection of the Lee

22     property?

23         A    I'm sorry.  You broke up.  Repeat that.

24         Q    Did you ever perform a search for the

25     emails relating to your inspection of the Lee

FREDERICK V. HARPER

11

2        property?

3             A     No.

4             Q     Do you still have your emails from June

5        and July of 2017?

6             A     No.

7             Q     What happened to your emails in June and

8        July of 2017?

9             A     Can you explain when you say my emails?

10            Q     My question to you is if you were

11       emailed an itinerary in June or July of 2017,

12       would you still have it?

13            A     Yes, as far as the itinerary.

14            Q     Did you ever perform an inspection of

15       39-11 27th Street in Long Island City, New York?

16            A     If it says I was assigned for that, yes.

17            Q     Do you have a recollection of performing

18       an inspection at that location?

19            A     Unfortunately, no.  I perform many

20       inspections so to remember one specific address

21       from four years ago, no.

22            Q     How many inspections do you do on a

23       weekly basis?

24            A     Thirty to fifty.

25            Q     How long does each inspection take on an

FREDERICK V. HARPER

12

2    average basis?

3          A      Approximately ten minutes.

4          Q      In connection with each inspection do

5    you take photos?

6          A      Yes.

7          Q      In 2017 on what device did you take

8    photos?

9          A      On a Samsung tablet.

10         Q      The photos that you took on the Samsung

11   tablet in 2017, did those photos save to the

12   device, save to the Cloud, both, or something

13   else?

14         A      All inspections are synched up to Round

15   Hill Express.  They are not kept on my device.

16         Q      Approximately how many photos do you

17   take on a typical inspection?

18         A      Probably a dozen.

19               MR. AGULNICK:  I'm sorry.  Can I

20         just pause for a second?

21               (Whereupon, a discussion was held

22         off the record.)

23         Q      The instructions as to what to inspect

24   or observe at a property, how are those

25   instructions received?  Were they verbal, by email

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

13

2      a memo, or something else?

3          A     Verbally and by email.

4          Q     When you say by email, is that for each

5      inspection?

6          A     Say that again.  I'm sorry.

7          Q     You have to allow me to finish my

8      question before you start, because the court

9      reporter can only take down one of us.

10                   MR. AGULNICK:  Read that back

11               please.

12               (Whereupon, the record was read back by

13               the reporter.)

14         Q     Or was it blanket instructions?

15         A     Blanket instructions.

16         Q     When did you receive those blanket

17     instructions for the first time?

18         A     The first year of employment.

19         Q     What year was that?

20         A     2014.

21                   MR. AGULNICK:  I'd like this

22               deemed marked as Plaintiff's Exhibit A.

23               (Whereupon, a report was marked as

24               Plaintiff's Exhibit A for

25               identification, as of this date.)

FREDERICK V. HARPER

14

2      Q    I'm going to show you what we're going

3   to deem marked as Plaintiff's Exhibit A for today.

4   Do you see what I have on the screen now?

5      A    I see part of it.

6      Q    I'll start from the top and scroll to

7   the bottom.  Have you ever seen this report

8   before?

9      A    No, I can't recall it.

10     Q    Does your work product look like this

11  report or do you simply submit or upload

12  photographs and some information to a portal,

13  which thereafter generates a report or something

14  else?

15     A    I upload the information and then it is

16  put into the form we're looking at.

17     Q    Do you actually see the information that

18  you furnish in this form deemed marked as Exhibit

19  A?

20     A    No.

21     Q    You would have uploaded full-sized photo

22  files and submitted those to Round Hill Express,

23  correct?

24     A    Correct.

25     Q    The information that's contained in this

2    report, the notations, that's just information

3    submitted to Round Hill's portal, is that correct?

4         A    Correct.

5         Q    The portal that Round Hill utilizes in

6    connection with these inspections, is there a name

7    for that interface or program?

8         A    I believe it's called DBI Pro.  It's an

9    application for the tablet which the photos are

10   taken on.

11        Q    Is your recollection refreshed at all by

12   reviewing this report marked as Exhibit A?

13        A    No.

14        Q    Apart from what you enter into the DBI

15   Pro application and upload, do you retain any

16   information related to inspections?

17        A    No.

18        Q    How do you bill for the inspection?

19        A    Per inspection.

20        Q    Do you invoice Round Hill Express or

21   something else?

22        A    It is paid based on how many inspections

23   are done.  So it's the same fee for every

24   inspection and then the number and the quantity

25   by the fee.

FREDERICK V. HARPER

16

2       Q   Do you have any information which would

3  indicate that you performed the inspection at

4  39-11 27th Street in Long Island City, New York?

5       A   Not in front of me, no.

6       Q   Do you have any information at all,

7  which confirms to you that you actually performed

8  this inspection as opposed to somebody else?

9       A   No.

10      Q   Did someone tell you that you performed

11  this inspection?

12      A   Yes.  It was four years ago you said?

13      Q   Yes.  I'll represent to you that your

14  attorneys and Union Mutual represented that you

15  performed this inspection on or about July 11,

16  2017.

17           The first photo in Exhibit A, do you see

18  that photo?

19      A   Yes.

20      Q   There's an annotation next to it that

21  says exterior.  Do you see that?

22      A   Yes.

23      Q   Next to that it says front clean.  Do

24  you see that?

25      A   Yes, sir.

17

2      Q    The photo appears to depict the front of

3  the premises at 39-11 27th Street.  Do you agree

4  with that?

5      A    Yes.

6      Q    The gentleman in the photo, and I'm

7  going to make it a little bigger, do you have a

8  recollection of meeting an insured that looks like

9  the gentleman in the photo?

10     A    No.

11     Q    Based upon representation by Union

12 Mutual that you performed the inspection, is it

13 fair to say you took a photograph of the front of

14 the insured location?

15     A    Yes.

16     Q    I'm going to scroll to the second page.

17 This appears to be the back of the location.  Do

18 you agree with that?

19     A    Yes.

20     Q    Based upon representation by Union

21 Mutual that you performed this inspection, it is

22 fair to say you took a photograph of the back of

23 the insured premises, correct?

24     A    Yes.

25     Q    The bottom photo on page 2, is it fair

2      to say you took a photograph of the front steps at

3      the location?

4            A     Yes.

5            Q     And depicted in that photograph are

6      also mailboxes and the insured location?

7            A     I'm sorry.  It only shows the sidewalk.

8      Can you go in a little closer?

9            Q     Yes.

10           A     I see a mailbox, yes.

11           Q     Scrolling to the next page there's a

12     photo with an annotation next to it that says

13     interior.  Do you see that photograph?

14           A     Yes.

15           Q     Are you able to tell me whether the

16     stairs are coming up from the first floor, coming

17     from the second floor to the third floor, down to

18     the basement, or something else?

19           A     First floor.

20           Q     How do you know it's the first floor?

21           A     That is the picture I take because

22     that's the most common stairway, unless there's

23     multiple pictures of stairs for some reason.

24           Q     On the first floor or the second floor,

25     do you know where the doors to the individual

FREDERICK V. HARPER

19

2       apartments were?

3           A    No.

4           Q    Next there's a picture of mechanicals.

5   Do you know where the mechanicals were located at

6   the insured location?

7           A    At this location I would not know for

8   sure.  Most are in the basement or the first level

9   of the building.

10          Q    I'm going to show you on page 4 of 5,

11  there's photos that appear to be electric meters.

12  Do you see that?

13          A    I see electric meters, yes.

14          Q    Is it part of your instructions to take

15  photos of the electric meters at a location?

16          A    Yes.

17          Q    Based upon the representation that Union

18  Mutual had advised you performed the inspection,

19  is it fair to say you took photos of these

20  electric meters?

21          A    Yes.

22          Q    If I represent to you that the electric

23  meters at the insured location are located in the

24  basement, would you agree that the electric meters

25  you photographed were in the basement?

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

20

2      A     That would vary because, as I mentioned,

3   it could be the first floor or the basement.   In

4   most properties it is the basement level.

5      Q     But you have no recollection?

6      A     No.

7      Q     What is depicted in the bottom photos?

8      A     Gas meters.

9      Q     Do you know where the gas meter is

10  located at the insured location?

11     A     I could not say definitively with this

12  location.  Gas meters can be located in multiple

13  areas.  It could be outside in the garage, it

14  could be in the basement.  I cannot say

15  definitively where in this apartment they were

16  located.

17     Q     Going back to the photos of the electric

18  meters, on one of the meters it says first floor

19  and on the second one there's writing that says

20  second floor.  Do you see that?

21     A     Yes.

22     Q     If I asked you by looking at these

23  photos and based upon your recollection if there's

24  an apartment on the first floor, what would your

25  answer be?

FREDERICK V. HARPER

21

2      A    Yes.

3      Q    What is that answer based upon?

4      A    If it says first floor it's probably on

5 the first floor.

6      Q    And the same question for the second

7 floor.  If there was an electric meter which has

8 writing that says second floor, would your

9 conclusion be there is an apartment on the second

10 floor as well?

11      A    Yes.

12      Q    If you're taking pictures of the gas

13 meters thereafter, would it be a fair conclusion

14 that one of those gas meters is for the apartment

15 on the first floor and one is for the apartment on

16 the second floor?

17      A    Yes.

18      Q    I'm going to show you the bottom photo

19 on page 5 of 5.  Can you tell what is depicted in

20 that photo?

21      A    Boiler and hot water heater.

22      Q    Are you able to tell me where the boiler

23 and hot water heater are located at the insured

24 premises?

25      A    As I mentioned, it's either the basement

FREDERICK V. HARPER

22

2    or the first floor.

3         Q    When you say the basement or the first

4    floor, do you mean the lowest floor or it could be

5    located in the basement or on the first floor?

6         A    It could be located in the basement or

7    on the first floor.

8         Q    Looking at this photo, and I'll zoom in,

9    are you able to determine the location of this

10   heating equipment by virtue of the fact that there

11   appears to be a concrete floor in the photo?

12        A    Yes.

13        Q    And the fact that there's a concrete

14   floor in the photo, what does that indicate to

15   you?

16        A    It's most likely the basement.

17        Q    If I represented to you that the gas

18   meters are in the basement, would that lead you to

19   conclude that you did, in fact, go into the

20   basement?

21        A    Yes.

22        Q    Do you know how you entered into the

23   basement at the time you performed the inspection?

24        A    No.

25        Q    Apart from the photographs depicted in

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

23

```
 2    this five page report provided by Union Mutual,

 3    are you aware of any other photographs that you

 4    took on that day?

 5         A    No.

 6         Q    Again, you don't have any independent

 7    recollection of actually performing the

 8    inspection?

 9         A    No.

10         Q    You understand when I refer to the

11    insured location that we're referring to 39-11

12    27th Street, Long Island City, New York, correct?

13         A    Yes.

14         Q    When is the first time you were

15    contacted with regard to this inspection?  I'm

16    speaking about in connection with the litigation

17    that's been commenced and underway?

18         A    In the last two to three weeks.

19         Q    Who initially contacted you?

20         A    The attorney's firm that is representing

21    me.

22         Q    How long after that first conversation

23    did Hurwitz and Fine or the attorney in the room

24    commence representing you?

25         A    I'm sorry.  Can you repeat that
```

FREDERICK V. HARPER

24

2    question?

3        Q    You were contacted by counsel and at one

4    point after being contacted did that attorney

5    begin representing you?

6        A    Upon being told that there was a

7    deposition.

8        Q    Prior to being told there was a

9    deposition what, if anything, did you discuss?

10       A    Nothing.

11       Q    Did they ask you if you performed this

12   inspection?

13       A    No.

14       Q    Did they tell you performed this

15   inspection?

16       A    I was told that it was an inspection I

17   had performed and that there was a deposition

18   linked to this case that needed to be performed

19   and when was I available for it.

20       Q    In reviewing these photos are you able

21   to tell us where in the insured location you

22   walked?

23       A    No.

24       Q    But you were at least on the first floor

25   and at least in the basement, is that fair?

2      A     Yes.

3      Q     Who is your contact at Round Hill

4  Express should you have any issues or questions or

5  otherwise?

6      A     The contact number for the office.

7      Q     Is there an individual that serves as

8  your liaison or your contact?

9      A     No.

10     Q     If you have a question regarding an

11 inspection you just call Round Hill and ask to

12 speak to anyone or is there anyone in particular?

13     A     I can speak with any of the people

14 working in the office.

15     Q     Do you issue Round Hill an invoice

16 before you can get paid or is payment automatic or

17 something else?

18     A     Payment is automatic based on the number

19 of inspections done multiplied by price per

20 inspection, which is the same.

21          MR. AGULNICK:  Give me five

22          minutes.  I may be coming to a

23          conclusion.

24          (Whereupon, a discussion was held off

25          the record.)

FREDERICK V. HARPER

26

2      Q    Mr. Harper, I'm going to direct you to

3    the first page of Plaintiff's Exhibit A,

4    specifically the writing which says report

5    reviewed and assembled on July 11, 2017.

6           Do you know what that indicates, meaning

7    who would have reviewed it and assembled it?

8      A    No.

9      Q    Is it your belief that would have been

10   someone at Round Hill Express or Union Mutual?

11     A    Yes.

12     Q    Mr. Harper, I'm going to ask you to

13   perform a search for the email assignment

14   pertaining to this inspection, your email, and all

15   documents related to the inspection of 39-11 27th

16   Street and provide the results of that inspection

17   to Mr. Boron or his colleagues.  Understood?

18     A    Just so you know, the only information

19   that I would have in my records pertaining to

20   would be the address, the time and the phone

21   number, as for every address I did an inspection

22   of that day.  I wouldn't have any other details in

23   my computer.

24     Q    Whatever you do locate, just provide

25   that to Mr. Boron or his colleagues.

FREDERICK V. HARPER

27

2    A    If you can just give me the date again

3    for me to look.

4    Q    I'll represent that the report says

5    report reviewed and assembled on July 11, 2017.

6    A    Got it.

7    Q    Sir, what is your highest level of

8    education?

9    A    Master's.

10    Q    A Master's in what?

11    A    Elementary Education.

12    Q    Did you participate in any formal

13    training with regard to inspections for insurance

14    purposes?

15    A    Yes.

16    Q    Where did you have such training?

17    A    I shadowed an employee for the company

18    for the first month and was trained.

19    Q    Who was that employee?

20    A    Todd Harper.

21    Q    I'm going to take a shot in the dark

22    here.  Brother?

23    A    No.

24    Q    Cousin?

25    A    No, not really. · We just have the same

FREDERICK V. HARPER

28

2      last name.  We went to school together, but we

3      have no biological relation.

4          Q    So Todd Harper took you around for a

5      month and showed you the ropes?

6          A    Yes, sir.

7          Q    When you performed the inspections in

8      July 2017 were you solo or did you have a

9      ride-along or a companion or anything else?

10         A    Solo.

11         Q    When you perform the inspections do you

12     take any type of handwritten notes on a pad or

13     otherwise, apart from the entries you upload to

14     Round Hills system?

15         A    No.

16              (Continued on following page to

17     accommodate jurat and signature.)

18

19

20

21

22

23

24

25

FREDERICK V. HARPER

29



2              MR. AGULNICK:  Sir, I thank you

3        for your time today.  If you do locate

4        any documentation, and I trust you will

5        do a diligent search for that, that you

6        provide it.  Otherwise, stay safe, stay

7        well.

8                    (TIME NOTED: 2:48)

9

10        _____

11                    Frederick V. Harper

12   Subscribed and sworn to before me
     this _____ day of _____, 2021
13

14

15

16        _____

17                    Notary Public

18

19

20

21

22

23

24

25

                    All-Star Reporters
                     800-329-9222

FREDERICK V. HARPER

30



I N D E X

EXAMINATION BY                    PAGE

Mr. Agulnick                      6-29


PLAINTIFF'S EXHIBITS FOR ID       PAGE

A              Report              13

All-Star Reporters
800-329-9222

C E R T I F I C A T E

4      I, Janine LaRocco, a Shorthand Reporter

5      and Notary Public, do hereby certify:

6          That I was the reporter for the within

7      action and that this transcript is a true

8      and accurate record of the within

9      proceedings.

10          IN WITNESS WHEREOF, I have hereunto

11      set my hand this 13th day of July 2021


                                    _____
                                    Janine LaRocco


All-Star Reporters
800-329-9222

**&** 2:3,12 6:15

**13th** 31:11

**27th** 11:15 16:4
17:3 23:12 26:15
(5)

**able** 18:15 21:22
22:9 24:20 (4)

**about** 10:11
16:15 23:16

**abovementioned**
1:19

**accommodate**
28:17

**accurate** 31:8

**acknowledge**
5:4,7

**action** 3:14 6:16
31:7

**actual** 7:8

**actually** 14:17
16:7 23:7

**addition** 3:10

**address** 9:25
10:4 11:20
26:20,21 (5)

**administered** 5:8

**advised** 19:18

**after** 23:22 24:4

**afternoon** 6:13

**again** 9:14 13:6
23:6 27:2 (4)

**against** 1:6 6:16

**agents** 10:7

**ago** 11:21 16:12

**agree** 5:20,22
17:3,18 19:24 (5)

**agreed** 3:2,16 4:3

**agreement**
5:16,17 8:15

**agulnick** 2:3,7
5:19,20 6:12,14,15
8:18 12:19
13:10,21 25:21
29:2 30:4 (14)

**allow** 13:7

**allstar** 1:25 2:25
3:25 4:25 5:25
6:25 7:25 8:25
9:25 10:25 11:25
12:25 13:25 14:25
15:25 16:25 17:25
18:25 19:25 20:25
21:25 22:25 23:25
24:25 25:25 26:25
27:25 28:25 29:25
30:25 31:25 (31)

**along** 10:17

**also** 18:6

**am** 5:4 10:13

**among** 3:3

**ann** 1:4 9:5

**annotation** 16:20
18:12

**answer** 20:25
21:3

**anyone** 25:12,12

**anything** 24:9
28:9

**apart** 7:25 15:14
22:25 28:13 (4)

**apartment**
20:15,24
21:9,14,15 (5)

**apartments** 19:2

**appear** 19:11

**appearing** 8:12

**appears** 17:2,17
22:11

**application**
15:9,15

**appointments**
10:8,15

**approximately**
7:7 12:3,16

**are** 3:9 6:19
7:3,8,24 8:4 9:23
10:7 12:14,15,24
15:9,23 18:5,15,16
19:8,23 21:22,23
22:9,18 23:3
24:20 (24)

**areas** 20:13

**around** 28:4

**arrangement**
5:13

**ask** 6:18 24:11
25:11 26:12 (4)

**asked** 20:22

**assembled** 26:5,7
27:5

**assigned** 9:23,24
11:16

**assignment** 10:12
26:13

**attorney** 2:13
6:14 23:23 24:4

(4)

**attorney's** 23:20

**attorneys** 2:4 3:3
5:2 16:14 (4)

**automatic**
25:16,18

**available** 24:19

**avenue** 6:9

**average** 12:2

**aware** 23:3

**back** 9:20
13:10,12 17:17,22
20:17 (6)

**bar** 3:12

**based** 15:22
17:11,20 19:17
20:23 21:3 25:18
(7)

**basement** 18:18
19:8,24,25
20:3,4,14 21:25 22
:3,5,6,16,18,20,23
24:25 (16)

**basically** 10:6

**basis** 10:14 11:23
12:2

**because** 13:8
18:21 20:2

**before** 1:16,19
3:18,19 8:9 13:8
14:8 25:16 29:12
(9)

**begin** 24:5

**begun** 3:20

**being** 3:18

**24**:4,6,8 (4)

**belief** 26:9

**believe** 15:8

**bigger** 17:7

**bill** 15:18

**billing** 8:17

**biological** 28:3

**blanket**
13:14,15,16

**boiler** 21:21,22

**boron** 2:16
5:21,22 26:17,25
(5)

**both** 12:12

**bottom** 14:7
17:25 20:7 21:18
(4)

**boulevard** 2:5

**break** 6:22

**brick** 10:11

**broke** 10:23

**brother** 27:22

**brought** 6:16

**buffalo** 2:15

**building** 2:14
19:9

**c** 1:25 31:2,2

**call** 25:11

**called** 6:2 15:8

**calls** 10:14

| | | | | |
|---|---|---|---|---|
| **can** 6:24 9:14 11:9 12:19 13:9 18:8 20:12 21:19 23:25 25:13,16 27:2 (12) | **conclude** 22:19 | **cplr** 3:6,24 | **direct** 26:2 | **email** 10:21 12:25 13:3,4 26:13,14 (6) |
| | **conclusion** 21:9,13 25:23 | **d** 30:2 | **discuss** 24:9 | |
| | | **daily** 10:13 | **discussion** 12:21 25:24 | **emailed** 10:16,17 11:11 |
| **can't** 6:25 14:9 | **concrete** 22:11,13 | **dark** 27:21 | | |
| | | | **district** 1:2,3 | **emails** 10:25 11:4,7,9 (4) |
| **cannot** 20:14 | **confirms** 16:7 | **date** 10:2,5 13:25 27:2 (4) | **documentation** 29:4 | **employed** 7:3,5 |
| **case** 9:8 24:18 | **connection** 8:23 10:21 12:4 15:6 23:16 (5) | | | |
| | | **day** 23:4 26:22 29:2021 31:11 (4) | **documents** 8:23 9:3 26:15 | **employee** 7:8 27:17,19 |
| **certification** 4:4 | | | | |
| | **consent** 5:12 | **dbi** 15:8,14 | **does** 11:25 14:10 22:14 | **employment** 7:25 13:18 |
| **certify** 31:5 | **contact** 10:2,4 25:3,6,8 (5) | **deceive** 6:20 | | |
| **charge** 4:9 | | **declare** 5:10 | **done** 15:23 25:19 | **engaged** 7:24 |
| | **contacted** 23:15,19 24:3,4 (4) | | | |
| **charged** 8:16 | | **deem** 14:3 | **doors** 18:25 | **englert** 8:11 |
| **check** 9:20 | | **deemed** 3:23 13:22 14:18 | **down** 6:24,25 13:9 18:17 (4) | **enter** 15:14 |
| **city** 11:15 16:4 23:12 | **contained** 10:3 14:25 | | | **entered** 22:22 |
| | | **defendant** 1:8 2:13 | **dozen** 12:18 | |
| **clean** 16:23 | **continued** 28:16 | | | **entries** 28:13 |
| **closer** 18:8 | **contractor** 7:9,10 | **defending** 8:13,19 | **duly** 6:3 8:21 | **equipment** 22:10 |
| **cloud** 12:12 | **controlled** 3:25 | | **e** 1:25,25 2:7 30:2 31:2,2 (6) | **eric** 2:16 5:21 |
| **colleagues** 26:17,25 | **conversation** 23:22 | **definitively** 20:11,15 | **each** 11:25 12:4 13:4 | **esq** 2:7,16 |
| **coming** 18:16,16 25:22 | | **depict** 17:2 | | **etc** 6:25 |
| | **copy** 4:6 | **depicted** 18:5 20:7 21:19 22:25 (4) | **eastern** 1:3 | **event** 8:20 |
| **commence** 23:24 | **correct** 7:23 14:23,24 15:3,4 17:23 23:12 (7) | | **education** 27:8,11 | **ever** 10:24 11:14 14:7 |
| **commenced** 23:17 | | **deposition** 3:17 5:3,5,6 8:14 9:10 24:7,9,17 (9) | **either** 21:25 | |
| **common** 18:22 | **could** 20:3,11,13,14 22:4,6 (6) | **designed** 6:19 | **electric** 19:11,13, 15,20,22,24 20:17 21:7 (8) | **every** 15:23 26:21 |
| **companies** 7:18 | | **details** 9:8 26:22 | | **examination** 1:16 3:9,12,20,22 4:5 6:11 30:3 (8) |
| **companion** 28:9 | **counsel** 3:22 4:7 5:12 8:5,7 24:3 (6) | **determine** 22:9 | **elementary** 27:11 | |
| **company** 7:11,22 10:7 27:17 (4) | **court** 1:2 5:2 6:23 13:8 (4) | **device** 12:7,12,15 | **else** 12:13 13:2 14:14 15:21 16:8 18:18 25:17 28:9 (8) | **examined** 3:18 6:3 |
| **computer** 26:23 | **cousin** 27:24 | **diligent** 29:5 | | **exclusively** 7:21 |

FREDERICK V. HARPER

34

exhibit 13:22,24 14:3,18 15:12 16:17 26:3 (7)

exhibits 30:7

explain 11:9

express 7:4,6,9,18,19,21 8:2 9:13,17 12:15 14:22 15:20 25:4 26:10 (14)

exterior 9:18 16:21

f 31:2

fact 8:20 22:10,13,19 (4)

failure 3:10,21

fair 17:13,22,25 19:19 21:13 24:25 (6)

far 9:18 11:13

fee 15:23,25

fifty 11:24

files 14:22

filing 4:4

finding 8:20

fine 2:12 23:23

finish 13:7

fire 1:7

firm 6:14 23:20

first 8:7 13:17,18 16:17 18:16,19,20,24 19:8 20:3,18,24 21:4,5,15

22:2,3,5,7 23:14,22 24:24 26:3 27:18 (24)

five 23:2 25:21

floor 18:16,17,17 ,19,20,24,24 20:3,18,20,24 21:4 ,5,7,8,10,15,16 22:2,4,4,5,7,11,14 24:24 (26)

follow 9:12,16

following 28:16

follows 6:4

form 14:16,18

formal 27:12

four 11:21 16:12

frame 10:11

fred 1:4 9:5

frederick 1:17 6:2,7 7:12,13 29:10 (6)

front 9:20 16:5,23 17:2,13 18:2 (6)

fullsized 14:21

furnish 14:18

furnished 4:7

further 5:7

garage 20:13

gas 20:8,9,12 21:12,14 22:17 (6)

generates 14:13

gentleman 17:6,9

gestures 6:25

get 25:16

give 25:21 27:2

given 9:25 10:13,15,19 (4)

go 18:8 22:19

going 6:18 8:16 14:2,2 17:7,16 19:10 20:17 21:18 26:2,12 27:21 (12)

good 6:13

got 27:6

great 2:6

greenblatt 2:3 6:15

greenridge 6:9

hand 6:25 31:11

handwritten 28:12

happened 11:7

harper 1:17 6:2,7,13 7:3,12,13 8:13 26:2,12 27:20 28:4 29:10 (13)

has 21:7

having 6:2

he's 8:15,18

heater 21:21,23

heating 22:10

held 1:10,18 12:21 25:24 (4)

here 8:4,22 9:2,7,9 27:22 (6)

hereby 3:2,16 4:3 31:5 (4)

herein 4:8

hereto 3:4

hereunto 31:10

highest 27:7

hill 7:4,6,8,15,18, 19,21 8:2 9:12,17 12:15 14:22 15:5,20 25:3,11,15 26:10 (18)

hill's 15:3

hills 28:14

him 8:15

his 5:10 26:17,25

home 9:19

hot 21:21,23

house 10:10

how 7:5 9:23 10:12 11:22,25 12:16,24 15:18,22 18:20 22:22 23:22 (12)

hurwitz 2:12 23:23

i'd 13:21

i'll 14:6 16:13 22:8 27:4 (4)

i'm 6:14,18 9:9,14,25 10:15,19,23 12:19 13:6 14:2 17:6,16 18:7 19:10 21:18

here 23:15,25 26:2,12 27:21 (21)

id 30:7

identification 13:25

including 3:7

independent 7:9,10 23:6

indicate 5:16 16:3 22:14

indicates 26:6

individual 18:25 25:7

information 10:3,9,18 14:12,15,17,25 15:2,16 16:2,6 26:18 (12)

initially 23:19

inside 9:21

inspect 7:16 12:23

inspection 9:4,9,17 10:21,25 11:14,18,25 12:4,17 13:5 15:18,19,24 16:3,8,11,15 17:12,21 19:18 22:23 23:8,15 24:12,15,16 25:11,20 26:14,15,16,21 (33)

inspections 7:20,25 9:12 11:20,22 12:14 15:6,16,22 25:19 27:13 28:7,11 (13)

instructions 12:23,25 13:14,15,17 19:14 (6)

insurance 1:7 7:16,18 10:7 27:13 (5)

insured 17:8,14,23 18:6 19:6,23 20:10 21:23 23:11 24:21 (10)

interface 15:7

interior 9:19 18:13

into 14:16 15:14 22:19,22 (4)

invoice 15:20 25:15

is 3:2,13,16 4:3 5:10,19,21 6:13 7:12,14 8:19 9:11,15,19 10:3,11,15,17 11:10 13:4 14:15 15:3,6,11,22 17:12,21,25 18:21 19:14,19 20:4,7,9 21:3,9,14,15,19 23:14,20 24:25 25:3,7,12,16,18,20 26:9 27:7 31:7 (51)

island 11:15 16:4 23:12

issue 25:15

issues 25:4

itinerary 9:25 10:4,13,17 11:11,13 (6)

janine 31:4,14

job 9:19

july 11:5,8,11 16:15 26:5 27:5 28:8 31:11 (8)

june 1:13 11:4,7,11 (4)

jurat 28:17

just 7:12,13,18,19 9:8 10:10 12:20 15:2 25:11 26:18,24 27:2,25 (13)

kept 12:15

kind 6:25 10:10

know 6:21,23 9:7 18:20,25 19:5,7 20:9 22:22 26:6,18 (11)

larocco 31:4,14

last 23:18 28:2

law 6:14

lead 22:18

least 24:24,25

lee 1:4,4 9:5 10:21,25 (5)

let 6:21,23

level 19:8 20:4 27:7

liaison 25:8

liberty 2:14

lieu 5:8

like 6:22 13:21 14:10 17:8 (4)

likely 22:16

limited 8:12

linked 24:18

litigation 23:16

little 17:7 18:8

locate 26:24 29:3

located 19:5,23 20:10,12,16 21:23 22:5,6 (8)

location 11:18 17:14,17 18:3,6 19:6,7,15,23 20:10,12 22:9 23:11 24:21 (14)

long 7:5 11:15,25 16:4 23:12,22 (6)

look 9:19 14:10 27:3

looking 14:16 20:22 22:8

looks 17:8

lowest 22:4

mailbox 18:10

mailboxes 18:6

make 3:13 17:7

manner 5:14

many 11:19,22 12:16 15:22 (4)

marked 13:22,23 14:3,18 15:12 (5)

master's 27:9,10

matter 5:10 8:5,8,24 9:7,23,24

(7)

may 3:17 25:22

me 6:21 10:16 13:7 16:5 18:15 21:22 23:21 25:21 27:2,3 29:12 (11)

mean 22:4

meaning 26:6

mechanicals 19:4,5

meeting 17:8

memo 13:2

mentioned 20:2 21:25

meter 20:9 21:7

meters 19:11,13, 15,20,23,24 20:8,12,18,18 21:13,14 22:18 (13)

minutes 12:3 25:22

mission 8:20

month 27:18 28:5

most 18:22 19:8 20:4 22:16 (4)

motion 3:13

move 3:8,11

multiple 18:23 20:12

multiplied 25:19

mutual 1:7 6:17 8:17 16:14

17:12,21 19:18 23:2 26:10 (9)

my 5:19,21 6:13,19,21 9:19 11:9,10 12:15 13:7 26:19,23 31:11 (13)

n 1:25 30:2

name 5:17,19,21 6:6,13 10:6 15:6 28:2 (8)

nature 7:14

neck 2:6

needed 24:18

new 1:3,20 2:6,15 6:9 11:15 16:4 23:12 (8)

next 16:20,23 18:11,12 19:4 (5)

no 7:21 8:3,19,25 9:6 11:3,6,19,21 14:9,20 15:13,17 16:5,9 17:10 19:3 20:5,6 22:24 23:5,9 24:13,23 25:9 26:8 27:23,25 28:3,15 (30)

nonparty 1:17 8:18

northern 2:5

notary 1:19 3:18,19 29:17 31:5 (5)

notations 15:2

noted 8:21 29:8

notes 28:12

nothing 24:10

now 14:4

number 10:2,4 15:24 25:6,18 26:21 (6)

oath 5:8

object 3:7,10

objections 5:13

observe 12:24

occupation 7:24

off 12:22 25:24

office 10:14 25:6,14

one 11:20 13:9 20:18,19 21:14,15 24:3 (7)

only 6:24 13:9 18:7 26:18 (4)

ooo 2:25 4:10

operate 7:11

opposed 16:8

order 1:18

original 3:21 4:5

other 3:19 7:17,21,24 10:4,9 23:3 26:22 (8)

otherwise 25:5 28:13 29:6

outside 9:20 10:10 20:13

owned 9:4

p 1:25,25

pad 28:12

page 17:16,25 18:11 19:10 21:19 23:2 26:3 28:16 30:3,7 (10)

paid 15:22 25:16

part 14:5 19:14

participate 27:12

participating 5:3

particular 9:11,15 25:12

parties 3:4 5:11

pause 12:20

payment 25:16,18

pc 2:3,12

penalty 5:11

people 25:13

per 15:19 25:19

perform 7:15,17,20 9:3,12,16 10:24 11:14,19 26:13 28:11 (11)

performed 9:4,9 16:3,7,10,15 17:12,21 19:18 22:23 24:11,14,17,18 28:7 (15)

performing 11:17 23:7

perjury 5:11

person 5:9

person's 10:6

pertaining 26:14,19

phone 26:20

photo 14:21 16:17,18 17:2,6,9,25 18:12 21:18,20 22:8,11,14 (13)

photograph 17:13,22 18:2,5,13 (5)

photographed 19:25

photographs 14:12 22:25 23:3

photos 12:5,8,10,11,16 15:9 19:11,15,19 20:7,17,23 24:20 (13)

physically 5:4

picture 18:21 19:4

pictures 18:23 21:12

place 1:19 10:15

plains 6:9

plaintiff 1:5,18

plaintiff's 13:22,24 14:3 26:3 30:7 (5)

plaintiffs 2:4 6:16

please 5:16 6:6,21,23 13:11 (5)

point 10:20 24:4

portal 14:12 15:3,5

premises 17:3,23 21:24

present 5:5

presently 6:8

price 25:19

prior 8:22 9:2 24:8

pro 15:8,15

probably 8:9 12:18 21:4

procedure 9:16

proceedings 31:9

process 9:11,15

product 14:10

program 15:7

properties 7:16 20:4

property 9:4 10:18,22 11:2 12:24 (5)

provide 26:16,24 29:6

provided 3:6,23 23:2

public 1:20 3:19,19 29:17 31:5 (5)

purpose 8:12

purposes 27:14

pursuant 1:18

put 14:16

quantity 15:24

question 3:8,11 11:10 13:8 21:6 24:2 25:10 (7)

questions 6:19,19,21 25:4 (4)

r 1:25 31:2

read 13:10,12

really 27:25

reason 6:23 18:23

reasons 9:22

recall 14:9

receive 10:12,20 13:16

received 12:25

recollection 11:17 15:11 17:8 20:5,23 23:7 (6)

record 5:18 6:6 8:11 12:22 13:12 25:25 31:8 (7)

records 26:19

refer 23:10

referring 23:11

refreshed 15:11

regard 8:5,8 10:18 23:15 27:13 (5)

regarding 25:10

FREDERICK V. HARPER

related 15:16 26:15

relating 10:25

relation 28:3

relevant 9:3

remember 11:20

remotely 5:7

repeat 10:23 23:25

rephrase 6:22

report 13:23 14:7,11,13 15:2,12 23:2 26:4 27:4,5 30:8 (11)

reporter 5:2 6:5,24 13:9,13 31:4,6 (7)

reporters 1:25 2:25 3:25 4:25 5:25 6:25 7:25 8:25 9:25 10:25 11:25 12:25 13:25 14:25 15:25 16:25 17:25 18:25 19:25 20:25 21:25 22:25 23:25 24:25 25:25 26:25 27:25 28:25 29:25 30:25 31:25 (31)

reporting 5:6,14

represent 6:15 16:13 19:22 27:4 (4)

representation 17:11,20 19:17

represented 8:5 16:14 22:17

representing 4:8

23:20,24 24:5 (4)

reserved 3:9,14

reside 6:8

respective 3:3

responses 6:24

results 26:16

retain 8:7 15:15

retainer 8:14

return 3:21

review 8:23

reviewed 26:5,7 27:5

reviewing 15:12 24:20

ridealong 28:9

right 3:7

rights 3:6,23

room 5:5 23:23

ropes 28:5

round 7:4,5,8,15, 18,19,21 8:2 9:12,17 12:14 14:22 15:3,5,20 25:3,11,15 26:10 28:14 (20)

rules 3:24

s 1:25

safe 29:6

safety 9:21

said 16:12

same 4:6 15:23 21:6 25:20 27:25 (5)

samsung 12:9,10

save 12:11,12

say 9:14 11:9 13:4,6 17:13,22 18:2 19:19 20:11,14 22:3 (11)

says 11:16 16:21,23 18:12 20:18,19 21:4,8 26:4 27:4 (10)

schedule 10:19

school 28:2

scott 2:7 5:19 6:12,14 (4)

screen 14:4

scroll 14:6 17:16

scrolling 18:11

search 9:3 10:24 26:13 29:5 (4)

second 12:20 17:16 18:17,24 20:19,20 21:6,8,9,16 (10)

see 14:4,5,17 16:17,21,24 18:10,13 19:12,13 20:20 (11)

seen 14:7

series 6:18

serves 25:7

services 7:17

set 10:7 31:11

sets 10:14

seven 7:7

shadowed 27:17

shall 3:12,22,24 4:5,7 (5)

she 6:24

shorthand 31:4

shot 27:21

should 25:4

show 14:2 19:10 21:18

showed 28:5

shows 18:7

sidewalk 9:20 18:7

signature 28:17 31:14

signed 8:15

simply 14:11

sir 16:25 27:7 28:6 29:2 (4)

sit 8:4

so 3:21 7:20 11:20 15:23 26:18 28:4 (6)

solo 28:8,10

some 14:12 18:23

somebody 16:8

someone 16:10 26:10

something 12:12

13:2 14:13 15:21 18:18 25:17 (6)

sorry 9:14 10:23 12:19 13:6 18:7 23:25 (6)

speak 25:12,13

speaking 23:16

specific 11:20

specifically 26:4

st 2:5

stairs 18:16,23

stairway 18:22

stairways 9:21

start 13:8 14:6

state 1:20 6:6

states 1:2

stating 5:17

stay 29:6,6

steps 18:2

still 11:4,12

stipulated 3:2,16 4:3

street 11:15 16:4 17:3 23:12 26:16 (5)

strike 3:8,11

submit 14:11

submitted 14:22 15:3

subscribed 29:12

FREDERICK V. HARPER

38

| | | | | |
|---|---|---|---|---|
| **such** 3:13 27:16 | **thereby** 3:25 4:6 | **two** 8:9 23:18 | **verbally** 5:9 13:3 | **whereupon** 12:21 13:12,23 25:24 (4) |
| **sure** 19:8 | **these** 7:20 15:6 19:19 20:22 24:20 (5) | **type** 28:12 | **via** 1:10 | **whether** 18:15 |
| **sworn** 3:17 6:3 29:12 | | **typical** 12:17 | **virtue** 22:10 | **which** 14:13 15:9 16:2,7 21:7 25:20 26:4 (7) |
| **synched** 12:14 | **third** 18:17 | **under** 5:11 7:12 | **waive** 5:13 | |
| **system** 28:14 | **thirty** 11:24 | **understand** 6:21 23:10 | **waived** 4:6 | **white** 6:9 |
| **t** 2:16 31:2,2 | **those** 7:17 12:11,24 13:16 14:22 21:14 (6) | **understood** 26:17 | **waiver** 3:13,23 | **who** 10:6,7 23:19 25:3 26:7 27:19 (6) |
| **tablet** 12:9,11 15:9 | **three** 8:9 23:18 | **underway** 23:17 | **walked** 24:22 | |
| **take** 6:24,25 11:25 12:5,7,17 13:9 18:21 19:14 27:21 28:12 (11) | **time** 1:19 10:2,5,15,20 13:17 22:23 23:14 26:20 29:3,8 (11) | **unfortunately** 11:19 | **water** 21:21,23 | **whom** 3:20 7:3 |
| | | **union** 1:7 6:16 8:17 16:14 17:11,20 19:17 23:2 26:10 (9) | **we'll** 6:22 8:16 | **will** 5:6,9 29:4 |
| **taken** 1:17 15:10 | **today** 6:19 8:4,10,22 9:2 14:3 29:3 (7) | | **we're** 8:12 14:2,16 23:11 (4) | **within** 31:6,8 |
| **taking** 21:12 | | **united** 1:2 | **weekly** 11:23 | **without** 4:8 |
| **tell** 16:10 18:15 21:19,22 24:14,21 (6) | **todd** 27:20 28:4 | **unless** 18:22 | **weeks** 8:9 23:18 | **witness** 1:17 3:18 4:8 5:9 6:2 8:19 31:10 (7) |
| | **together** 28:2 | **up** 10:7,23 12:14 18:16 (4) | **well** 21:10 29:7 | |
| **ten** 12:3 | **told** 24:6,8,16 | | **went** 28:2 | **work** 7:14 8:17 14:10 |
| **testified** 6:3 | **took** 12:10 17:13,22 18:2 19:19 23:4 28:4 (7) | **upload** 14:11,15 15:15 28:13 (4) | **what** 7:14 9:7 10:3,10 11:7 12:7,23 13:19 14:2,4 15:14 20:7,24 21:3,19 22:14 24:9 26:6 27:7,10 (20) | **working** 25:14 |
| **testifying** 8:22 9:2 | | **uploaded** 14:21 | | **would** 11:12 14:21 16:2 19:7,24 20:2,24 21:8,13 22:18 26:7,9,19,20 (14) |
| **testimony** 3:8,11 5:10 | **top** 14:6 | **upon** 17:11,20 19:17 20:23 21:3 24:6 (6) | | |
| | **trained** 27:18 | | **whatever** 6:23 26:24 | **wouldn't** 26:22 |
| **than** 3:19 10:4 | **training** 27:13,16 | **us** 6:23 13:9 24:21 | **when** 8:7 9:12,16,23 11:9 13:4,16 22:3 23:10,14 24:19 28:7,11 (13) | **writing** 20:19 21:8 26:4 |
| **thank** 29:2 | **transcript** 4:7 31:7 | **utilities** 9:21 | | **x** 30:2 |
| **their** 5:12 | | **utilizes** 15:5 | | **year** 13:18,19 |
| **there's** 8:19 16:20 18:11,22 19:4,11 20:19,23 22:13 (9) | **trial** 1:16 3:14 | **v** 1:17 6:2,7 29:10 (4) | **where** 6:8 18:25 19:5 20:9,15 21:22 24:21 27:16 (8) | **years** 7:7 11:21 16:12 |
| | **trick** 6:20 | | | |
| **thereafter** 14:13 21:13 | **true** 31:7 | **vary** 20:2 | **whereof** 31:10 | **yes** 8:6 9:18 10:19 11:13,16 12:6 |
| | **trust** 29:4 | **verbal** 6:24 12:25 | | |

FREDERICK V. HARPER

39

| | | | | |
|---|---|---|---|---|
| 16:12,13,19,22,25 17:5,15,19,24 18:4,9,10,14 19:13,16,21 20:21 21:2,11,17 22:12,21 23:13 25:2 26:11 27:15 28:6 (33) | **10605** 6:10 **11021** 2:6 **14202** 2:15 | | | |
| **york** 1:3,20 2:6,15 6:10 11:15 16:4 23:12 (8) | | | | |
| **you'd** 6:22 | | | | |
| **you're** 9:7,23 21:12 | | | | |
| **your** 5:16,17 6:6 10:25 11:4,7 14:10 15:11 16:13 19:14 20:23,24 21:8 25:3,8,8 26:9,14 27:7 29:3 (20) | | | | |
| **zoom** 1:10 22:8 | | | | |
| **248** 29:8 | | | | |
| **302** 2:5 | | | | |
| **629** 30:4 | | | | |
| **1300** 2:14 | | | | |
| **2014** 13:20 | | | | |
| **2017** 11:5,8,11 12:7,11 16:16 26:5 27:5 28:8 (9) | | | | |
| **2021** 1:13 29:2021 31:11 | | | | |
| **3116** 3:24 | | | | |
| **3117** 3:24 | | | | |
| **3911** 11:15 16:4 17:3 23:11 26:15 (5) | | | | |

Errata Sheet                                    40

WITNESS NAME   _____

Page            Line No.        Reason From                    To
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

41

LAWYER'S NOTES PERTAINING TO EBT