# EXHIBIT I

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------X

FRED LEE & ANN LEE,

                  Plaintiffs,

   -against-   Docket Number: 1:20-cv-03191

UNION MUTUAL FIRE INSURANCE COMPANY,

                  Defendant.

-------------------------------------------X

               VIA ZOOM

               April 27, 2021

               10:00 a.m.

                     DEPOSITION of FRED S. LEE, in the
above-entitled action, held at the above time and
place, taken before Karen McConnell, a Notary
Public of the State of New York, pursuant to
Court Order and video stipulations between
Counsel.

```
 1                                                    2
 2   APPEARANCES:
 3
     GREENBLATT & AGULNICK, P.C.
 4       Attorneys for Plaintiff
         55 Northern Boulevard -Suite 302
 5       Great Neck New York 11021
 6
     BY:  SCOTT AGULNICK, ESQUIRE
 7
 8
     HURWITZ & FINE, P.C.
 9       Attorneys for Defendant
         575 Broad Hollow Road
10       Melville, New York 11747
11
     BY:  CHARLES ENGLERT, ESQUIRE
12            FILE NUMBER:
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                                              3
 2                    FEDERAL STIPULATIONS
 3     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN
 4     (AMONG) COUNSEL FOR THE RESPECTIVE PARTIES
 5     HEREIN, THAT FILING AND SEALING BE AND THE SAME
 6     ARE HEREBY WAIVED.
 7
 8     IT IS FURTHER STIPULATED AND AGREED THAT ALL
 9     OBJECTIONS, EXCEPT AS TO THE FORM OF THE QUESTION
10     SHALL BE RESERVED TO THE TIME OF THE TRIAL.
11
12     IT IS FURTHER STIPULATED AND AGREED THAT THE
13     WITHIN DEPOSITION MAYBE SWORN TO AND SIGNED
14     BEFORE ANY OFFICER AUTHORIZED TO ADMINISTER AN
15     OATH, WITH THE SAME FORCE AND AFFECT AS IF SIGNED
16     AND SWORN TO BEFORE THE COURT.
17
18
19
20
21
22
23
24
25
```

```
 1                    FRED S. LEE                 4
 2    F R E D  S. L E E, having first been duly sworn
 3    by a Notary Public of the State of New York, was
 4    examined and testified as follows:
 5    EXAMINATION CONDUCTED BY  MR. ENGLERT:
 6         Q       Please state your name for the
 7    record.
 8         A       Fred S. Lee.
 9         Q       What is your address?
10         A       45-54 193rd Street, Flushing, New
11    York 11358.
12         Q       Good morning, Mr. Lee.  My name is
13    Charles Englert.  I am here on behalf of Union
14    Mutual Fire Insurance Company in reference to a
15    lawsuit that you commenced against them.  The
16    lawsuit concerns an insurance claim for fire
17    damage, which occurred on March 2nd of 2020 at
18    39-11 27th Street, Long Island City, New York
19    11101.  I want to go over a couple of ground
20    rules before we begin the questions.  Please
21    answer all questions verbally.  No nods of the
22    head or shaking of head, because the court
23    reporter is only taking down your verbal
24    testimony today.  In addition to that, because
25    this is virtual there maybe a little bit of a
```

```
 1                    FRED S. LEE            5
 2   lag.  If you could wait a second or two prior to
 3   answering my question I would appreciate that so
 4   we make sure everybody is caught up; do you
 5   understand?
 6        A       Yes, sure.  Thank you.
 7        Q       If you need a break at any time
 8   during the deposition you are free to ask for
 9   one.  The only request that I make is that if I
10   have a question pending that you answer that
11   question prior to requesting a break.  If you
12   need speak to your attorney, I know that you are
13   at his office.  If you need speak to him at any
14   time you can always ask for a break to speak to
15   him off-the-record, or whatever you need to do.
16   At the same time, I ask that you answer any open
17   pending question prior to requesting a break to
18   do so.  I just ask that you don't guess.  If I
19   ask for something that can reasonably estimate
20   that is okay.  A perfectly acceptable answer is
21   that you don't remember or that you are unsure.
22   We are not trying to trick you today.  We are
23   just trying on get a nice clear record for the
24   remainder of the case.  If you don't know an
25   answer tell me that you don't know and we will
```

```
 1                    FRED S. LEE              6
 2   move on, and that is perfectly okay.
 3        A       Okay.
 4        Q       Do you understand these instructions
 5   as I have given them to you?
 6        A       Yes, sure.
 7        Q       Great.  One last thing.  Can we
 8   agree that when I say the premises I am referring
 9   to the property located apartment 39-11 27th
10   Street in long island City, New York?
11        A       Yes.
12        Q       If, at any time, you don't
13   understand something or you would like me to
14   rephrase something let me know and I will be
15   happy to do so.
16        A       Okay.
17        Q       State your full name?
18        A       Fred S.  Lee.
19        Q       The address that you just gave to
20   the court reporter, is that your primary
21   residence?
22        A       It is mine, yes.
23        Q       Have you taken any medications or
24   other drugs that the past 24 hours that may
25   impact your ability to testify today?
```

```
 1                    FRED S. LEE                   7
 2        A        I don't think so.
 3        Q        What is your current occupation?
 4        A        Retired banker.
 5        Q        Congratulations.  How long have you
 6   been retired?
 7        A        About ten years, yes.
 8        Q        Great.  Now, these next couple of
 9   questions I ask of everybody.  I don't mean any
10   offense by them.  Have you ever filed for
11   bankruptcy?
12        A        No, sir.
13        Q        Have you ever been convicted of a
14   crime?
15        A        Not at all.
16        Q        Have you ever given a deposition
17   before?
18        A        No.
19        Q        Have you ever testified in court
20   before?
21        A        No.
22        Q        Did you review any documents either
23   electronically or in paper form prior to today's
24   deposition?
25        A        Not all of them.
```

```
1                         FRED S. LEE                    8
2        Q        Could you briefly explain what you
3    reviewed?
4        A        I reviewed my deed.
5        Q        Did you review anything else or just
6    the deed?
7        A        Just the deed.
8        Q        Now, other than your attorney, did
9    you speak with anyone about today's deposition?
10       A        No, sir.
11       Q        I want to move onto asking you a
12   couple of questions about the premises.  When did
13   you purchase the premises?
14       A        July 2013.
15       Q        Why did you purchase the premises?
16       A        You said why?
17       Q        Yes.  For what purpose?
18       A        For the investment.
19       Q        Did you use a relator to purchase
20   the premises?
21       A        Yes.
22       Q        Do you recall the relator's name?
23       A        I could not hear you.
24       Q        Do you recall the relator's name?
25       A        No, I don't recall.
```

```
 1                         FRED S. LEE                9
 2        Q        Prior to purchasing the premises,
 3   did you review any apartments?
 4        A        Only the purpose of retirement, I
 5   don't know.
 6        Q        Did you like review a listing or
 7   like a relator's one-page sheet describing the
 8   property prior to purchasing it?
 9        A        I cannot recall.
10        Q        Okay.  As you were purchasing the
11   premises, how was it described to you?
12        A        It is a two-family house.
13        Q        Did you do a walk through inspection
14   of the premises prior to closing on it?
15        A        Yes, sir.
16        Q        Now, I am going to ask you to
17   describe certain aspects of it.  How many stories
18   is the premises?
19        A        It is a two-story building with a
20   finished basement.
21        Q        What is on the second story?
22        A        The second story is a two-bedroom
23   apartment.
24        Q        How many bathrooms are on the second
25   story?
```

```
 1                    FRED S. LEE                 10

 2        A        One bathroom.

 3        Q        Is there a kitchen on the second

 4   story?

 5        A        Yes, sir.

 6        Q        What is on the first story of the

 7   premises?

 8        A        Would you please tell me the

 9   question?  The first floor?

10        Q        What is on the first floor?

11        A        The first floor apartment.

12        Q        How many bedrooms is that apartment?

13        A        Two bedrooms.

14        Q        How many bathrooms?

15        A        One bathroom.

16        Q        Is there a kitchen on the

17   first-story apartment?

18        A        Yes, sir.

19        Q        What is in the basement?

20        A        The basement a finished basement.

21        Q        Are there like separate rooms or is

22   it just one large space?

23        A        It is a partition there.

24        Q        Is there a bathroom in the basement?

25        A        Yes.
```

```
1                       FRED S. LEE                    11
2        Q        Is this a full bath or just a
3   toilet?
4        A        And a shower.
5        Q        Now, since you have purchased the
6   premises in July of 2013, have you made any
7   changes to the premises, and by changes I mean
8   layout changes?
9        A        No, sir.  Not at all.  I didn't
10  change anything.
11       Q        Okay.  I want to jump to speaking
12  about the fire loss that is the basis for your
13  insurance claim.  Was there a fire at the
14  premises on March 2nd of 2020?
15       A        Yes, sir.
16       Q        When did you become aware of the
17  March 2nd of 2020 fire?
18       A        I arrived over there to pick up my
19  mail, and I can smell something.  I knocked on
20  the door on the first floor and nothing.  Then I
21  go up to the second floor and the smell is
22  coming.  When I tried to open I cannot open.  I
23  called immediately 911.
24       Q        With regard to making an insurance
25  claim for fire damage, who did you notify first?
```

```
 1                      FRED S. LEE                12
 2        A       I called the insurance agent.
 3        Q       What is the name of the insurance
 4   agent that you called?
 5        A       Jin Mil Kim.
 6        Q       Mr. Kim, does he work at an
 7   insurance agency?
 8        A       Yes.
 9        Q       Do you know the name of the agency?
10        A       It is a Pro Insurance Company, or
11   something like that.
12        Q       Now you want to talk about insurance
13   for the premises.  How did you go about selecting
14   insurance for the premises?
15              MR. AGULNICK:  Note my objection to
16   the form.  Are you talking about when he
17   originally purchased the property or this policy
18   with Liberty Mutual?
19              MR. ENGLERT:  I will rephrase it.
20        Q       For the policy at issue, how did you
21   go about selecting insurance for the premises?
22        A       When Iu purchased?  That is the time
23   that you are talking about now, right?
24        Q       Yes.
25        A       Mutual Union you are talking now?
```

```
 1                    FRED S. LEE                13
 2        Q        Yes.
 3                MR. AGULNICK:  Correct.
 4        A        I called Jin Mil Kim telephone
 5   directory, and then I found out.
 6        Q        So, is it fair to say that Mr. Kim
 7   selected the insurance company based on your
 8   request to him for an insurance policy for the
 9   premises?
10        A        Correct.
11        Q        How long had you been working with
12   Mr. Kim's insurance company?
13        A        That was the first time.
14        Q        By the first time, what do you mean
15   by that?
16        A        When I purchased it through him that
17   is when he first done the transaction to me.
18        Q        Do you remember what year that was?
19        A        I cannot recall, sorry.
20        Q        Okay.  When you applied for an
21   insurance policy, do you recall having to give
22   the insurance agent or broker information about
23   the premises?
24        A        I don't understand you.  Would you
25   please say that again?  I couldn't hear you.
```

1                        FRED S. LEE                    14

2          Q        When you applied for insurance for

3     the premises, do you recall having to give your

4     agent or broker the information about the

5     premises?

6          A        Not at all.

7          Q        Do you recall ever having to tell

8     the agent how many or what the premises was

9     comprised of like how many floors it was?

10         A        He asked me how many family.

11         Q        Okay.  Did the broker or agent ever

12    come to the premises and physically inspect it?

13         A        No, sir.

14         Q        Did you know what I mean the broker?

15         A        I am sorry.  You are asking the

16    broker, the insurance broker?

17         Q        Yes, correct.  Did the insurance

18    broker ever ask for photographs of the premises?

19         A        No, sir.

20         Q        I would like to introduce an

21    exhibit.

22                  MR. ENGLERT:  I would like to share

23    my screen.  Can we bring up the document with

24    Union Mutual Fire Insurance Company on the top?

25                  MR. AGULNICK:  Yes.

```
 1                    FRED S. LEE                15
 2       Q       All right.  Mr. Lee, don't read it
 3   out loud, but can you see everything on that
 4   page?
 5       A       Yes, I can see that.
 6       Q       It is legible to you is what I am
 7   getting at?
 8       A       Yes.
 9       Q       Have you ever seen this document
10   before?
11       A       Yes.
12       Q       What is the document?
13               MR. AGULNICK:  Can you scroll down
14   to see the full document that you are referring
15   to?
16               MR. ENGLERT:  Yes.
17               MR. AGULNICK:  You have a
18   ninety-eight-page PDF, and you are showing him the
19   first page where it says insurance quote.
20               MR. ENGLERT:  My question is going
21   to be confined about the first sixty-three pages.
22   Let him read the first six pages and then go from
23   there, is that okay?
24               MR. AGULNICK:  Yes.
25       Q       Mr. Lee, just take a look at this
```

```
 1                    FRED S. LEE                16
 2    page and once you are done let me know and I will
 3    scroll to the next page.  If you need me to zoom
 4    in or out, please let me know.
 5         A       Make it bigger.
 6         Q       How is that?
 7         A       A little bit more, please.  Thank
 8    you.
 9         Q       Let me know when you need me to
10    scroll down.
11         A       Yes.
12         Q       I am going to stop here.  Like I
13    said, your attorney will get a full copy of this.
14    I will represent to you that is a full copy of
15    your initial application for insurance with Union
16    Mutual identified by policy 314PK49300-01.  You
17    will be able to have a full document.  I will not
18    ask any questions about the actual coverages.  If
19    I will make sure that you have a chance to
20    completely review it before Iu ask you a
21    questions about it.
22         A       Okay.
23         Q       Did you fill out an application for
24    insurance independently?
25         A       I cannot recall.
```

```
1                        FRED S. LEE                    17
2        Q        Did you provide any information to
3   an insurance agent or broker in order to fill out
4   an application for insurance for the premises on
5   your behalf?
6        A        I cannot recall.  I cannot remember.
7        Q        Okay.  I would like to focus on page
8   four of this document.  I am going to scroll down
9   to page four.
10       A        Okay.
11       Q        Can you see my cursor?
12       A        Can you move around, please.  Yes.
13       Q        The question right next to my curse
14  is, could you read that question out loud?
15       A        "How many apartment units are
16  there?"  Two.  The answer would be two.
17       Q        The answer would be two?
18       A        Yes.
19       Q        Did that response of two apartment
20  units accurately represent the number of
21  apartment units at the premises on June 27th of
22  2017?
23       A        Yes.
24       Q        Now, moving away from the document.
25  On June 27th of 2017, what was the layout of the
```

```
 1                    FRED S. LEE                  18
 2  second floor of the premises?
 3        A       The second floor apartment.
 4        Q       On that same date, what was the
 5  layout of the first floor of the premises?
 6        A       Yes, the same.
 7        Q       On June 27th of 2017, what was the
 8  layout of the basement of the premises?
 9        A       You can see the pictures.
10        Q       I just want to know what you recall.
11  If don't recall the layout of the basement as of
12  that date let me know and that is fine.
13                MR. AGULNICK:  Objection to the
14  form.  He testified that he didn't change
15  anything.  You can answer if you understand his
16  question.
17        Q       I will ask it again.  After June
18  27th of 2017, did any representative of Union
19  Mutual inspect the premises?
20        A       I think so.
21        Q       Were you present for that
22  inspection?
23        A       I think the insurance inspector they
24  took my picture over there.
25        Q       Right.
```

1                      FRED S. LEE                 19

2        A        And we talk.

3        Q        My question was, were you at the

4   premises when the inspector was there?

5        A        Yes, sir.

6        Q        Did you, for lack of a better term,

7   shadow the inspector as he walked around the

8   premises?

9        A        Would you please repeat again.

10       Q        Yes.  When the inspector from Union

11  Mutual was at the premises, did you follow him

12  around or shadow him as he inspected the

13  premises?

14       A        I guess so, yes.

15       Q        Do you recall what portions of the

16  premises he inspected?

17       A        He walked through and then took a

18  picture.

19       Q        Okay.  Did he go into the first

20  floor apartment?

21       A        I cannot remember.

22       Q        Did he go into the second floor

23  apartment?

24       A        I cannot remember.

25       Q        Did he go into the basement?

```
1                      FRED S. LEE                20
2        A        Yes, he did.
3        Q        Did you make any physical notes or
4   take any photographs during the inspection for
5   yourself?
6        A        I think he took pictures.
7        Q        Right.  Did you take any pictures or
8   any photos for yourself?
9        A        No.
10       Q        All right.  I would like to
11  introduce our second exhibit.  It looks very
12  similar, but I promise it is something different.
13                 MR. ENGLERT:  We will like to have
14  this marked as Defendant's B.  The prior one was
15  Defendant's A.
16       Q        Do you want me to zoom out?
17       A        It is okay.
18       Q        I am going to do the same thing and
19  scroll through the pages that are going to be
20  used in my questions.  Read what is on the screen
21  and then let me know when you are okay for me to
22  scroll through again like last time.
23       A        Thank you.
24       Q        That is the last page.  Going back
25  to the first page of the document, do you
```

```
 1                    FRED S. LEE                  21
 2   recognize this document?
 3        A       It is a copy of the Union Mutual
 4   Fire Insurance sent to me.  The same thing, the
 5   application.
 6        Q       I don't know what Union Mutual sent
 7   to you.  If you don't recall seeing this document
 8   before, please let me know.
 9                 MR. AGULNICK:  Don't guess.
10        A        I cannot recall.
11        Q        Okay.  If I represented to you that
12   this was a renewal application for your Union
13   Mutual commercial package policy for the
14   premises, would you have any reason to dispute
15   that?
16                 MR. AGULNICK:  Objection to the
17   form.  He says that he does not recall.  Over my
18   objection he can answer.
19        A        Would you please repeat your
20   question again.
21        Q        Would you have any reason to dispute
22   that this is a renewal application for commercial
23   insurance submitted in relation to a Union Mutual
24   Insurance Policy?
25                 MR. AGULNICK:  Same objection.  You
```

```
 1                    FRED S. LEE                    22

 2   can answer.

 3        A        I cannot remember.

 4        Q        Okay.

 5             MR. AGULNICK:  For the record, we

 6   generally would not have a reason to dispute a

 7   representation that you made to us.  He can only

 8   answer what he knows.

 9        Q        Mr. Lee, this document is titled

10   application for commercial insurance.  The

11   address under risk location where my cursor is on

12   the document right now, 37-11 27th Street, is

13   that the same address as the premises?

14        A        Yes, correct.

15        Q        Now I am going to go to page 2 of

16   the document, and specifically the second

17   question where my cursor is, can you read the

18   question allowed and then read the answer?

19        A        "How many apartments unit are there?

20   Two."  That is correct.

21        Q        To the best of your knowledge, that

22   accurately represented the number of apartment

23   units at the premises on May 21st of 2018?

24        A        Correct.

25        Q        Okay.  Now I want to scroll down to
```

| | |
|---|---|
| 1 | FRED S. LEE                              23 |
| 2 | the last page I showed you.  I believe it is page |
| 3 | six.  The title of this page, could you read the |
| 4 | title of the page underneath the company header? |
| 5 | A       "Renewal Policy Application |
| 6 | Signature Page." |
| 7 | Q       Did you read this page as I was |
| 8 | scrolling through the document? |
| 9 | A       Yes. |
| 10 | Q       Do you understand that this page is |
| 11 | a certification page for a renewal application |
| 12 | for commercial insurance? |
| 13 | A       Yes. |
| 14 | Q       Do you understand that by whoever |
| 15 | signed this page and that is information in the |
| 16 | application that is attached to is true and |
| 17 | correct? |
| 18 | MR. AGULNICK:  Note my objection to |
| 19 | the extent that you are asking the witness to call |
| 20 | for a legal conclusion, which is he is not |
| 21 | qualified to make.  Over the objection he can |
| 22 | answer, if he understands. |
| 23 | A       I think renewal application.  I |
| 24 | don't think I signed from my memory. |
| 25 | Q       So, let me ask a couple of questions |

```
 1                    FRED S. LEE                24
 2   about your relationship with your insurance
 3   broker.  When your policy of insurance for the
 4   premises is about to expire, would your insurance
 5   broker contact you prior to the expiration?
 6        A        Yes, correct.
 7        Q        Would your broker ask you whether or
 8   not you wanted to renew your current coverage?
 9        A        Correct.
10        Q        Would your broker ask for any
11   additional information about the premises?
12        A        I didn't get that question from the
13   insurance agent at any time.
14        Q        When discussing the renewal with
15   your broker, did you provide any additional
16   information?
17        A        No, sir.
18        Q        Now we are going to go through the
19   same thing with the next exhibit.
20             MR. ENGLERT:  This exhibit will be
21   Defendant's exhibit C.
22        Q        We are going to go through the same
23   thing.  I will scroll down when you tell me to.
24   I would like you to review certain pages of this
25   document.
```

```
 1                      FRED S. LEE                25

 2         A         Okay.

 3                   MR. ENGLERT:  I am going to skip

 4    this last page, because it is inconsequential to

 5    this deposition.

 6         Q         That is the last page that we are

 7    going to discuss.  So, we will represent that

 8    this is a renewal application for commercial

 9    insurance for the premises.  First I want to go

10    back to page six.

11         A         Okay.

12         Q         Could you read the title of this

13    page?

14         A         "Renewal Policy Application

15    Signature Page."

16         Q         What is the date?

17         A         May 20th of 2019.

18         Q         Could you just read the first

19    sentence?

20         A         "I hereby certify that the

21    information provided in this application is true

22    and that I have read and understand the

23    provisions below."

24         Q         Thank you.  Now, do you see my

25    cursor?
```

| | |
|---|---|
| 1 | FRED S. LEE                    26 |

2      A        Would you please move around?  I

3   could not see.  Yes, I see it.

4      Q        All right.  Could you read from

5   where my cursor is to the end of the paragraph.

6      A        "I agree that signing these

7   documents with my electronic signature has the

8   same validity and affect as signing these

9   documents by my hand.  I understand and agree

10  that by making a premium payment or by

11  authorizing my insurance agent to do so, I am

12  signing these documents and submitted them to

13  Round Hill Express, LLC, with the intent to

14  induce them to issue me a policy of insurance.  I

15  understand that these statements form the basis

16  upon which this policy of insurance will be

17  issued in the name of Union Mutual Fire Insurance

18  Company and any subsequent denial by me of this

19  electronic signature will render any such policy

20  of insurance void and limit their liability to me

21  to the return of any premiums received by them."

22     Q        All right.  At the bottom of that

23  electronic signature page, could you read the

24  name next to the text electronic signature of

25  applicant, whose name is that?

```
 1                      FRED S. LEE                27
 2        A         Fred Lee.
 3        Q         Do you recognize the numbers next to
 4   the text electronic signature security digits?
 5        A         No.
 6        Q         I want to go back to what has been
 7   marked as Exhibit B.  We are going to look at the
 8   electronic signature page again.  Could you read
 9   the date under Renewal Policy Application
10   Signature Page?
11        A         July 8th of 2018.
12        Q         I am sorry.  The date under the
13   title of the page?
14        A         May 21st of 2018.
15        Q         All right.  Next to electronic
16   signature applicant, whose name is presented
17   there?
18        A         Fred Lee.
19        Q         Going back to Exhibit A, do you need
20   me to zoom in at all?
21        A         Please.  Okay.
22        Q         How is that?
23        A         Okay.
24        Q         Could you read whose name appears
25   next to electronic signature of applicant?
```

```
 1                      FRED S. LEE                    28

 2        A         Fred Lee.

 3        Q         All right.  Going back to Exhibit C,

 4   and I am going to scroll to page two of the

 5   exhibit, could you read the second question after

 6   the break in the page?

 7        A         How many apartment units are there

 8   in two?

 9        Q         The date of this application is May

10   20th of 2019, does that answer accurately

11   represent the number of apartment units at the

12   premises on May 20th of 2019?

13        A         The same thing.

14        Q         All right.  So now I want to move to

15   after the March 2nd of 2020 fire.  I am going to

16   put up some photographs.

17                  MR. ENGLERT:  We will have this one

18   marked as Defendant's Exhibit C.

19        Q         I am going to stop sharing, because

20   we are not going to talk about these just yet.

21   After you presented a claim to Union Mutual,

22   could you explain what happened?

23        A         What happened you mean?

24        Q         I will rephrase.  After you

25   presented a claim to Union Mutual, did they
```

```
 1                   FRED S. LEE                 29
 2   contact you in any way or a representative of
 3   Union Mutual?
 4        A       Union Mutual never contacted us.
 5   Just the agent.
 6        Q       Say that again?
 7        A       I just communicate with the agent.
 8        Q       Did a representative from Union
 9   Mutual ever come to inspect the premises after
10   the March 2nd of 2020 fire?
11        A       I think so, yes.
12        Q       Now, I am going to share what we
13   will have marked as Defendant's exhibit D,
14   Beltrani Consultants, Inc. Mr. Lee, can you see a
15   document that has the Beltrani Consultants, Inc.
16   on top of it?
17        A       Yes, I can see that.
18        Q       Great.  I am just going to scroll
19   out one.  Now, Mr. Lee, we will represent to you
20   that these are photographs from an inspection.
21   The first photograph that you can see right now,
22   does that accurately represent the premises?
23        A       Yes.
24              MR. ENGLERT:  Should I scroll
25   through the photographs before I discuss them?
```

```
 1                    FRED S. LEE                30
 2               MR. AGULNICK:  Yes, if you don't
 3   mind.
 4               MR. ENGLERT:  No problem.
 5        Q       Once you had a chance to look at
 6   each photograph let me know and I will scroll to
 7   the next one, okay?
 8        A       Okay.
 9        Q       After looking through those photos,
10   does or do those photographs accurately represent
11   the interior of the premises on March 4thof 2020?
12        A       Somebody took a picture, right?
13        Q       Right.  What I am asking is, do
14   those photographs accurately represent what the
15   inside of the premises looked like on March 4th
16   of 2020?
17        A       Yes.
18        Q       I would like to focus first on one
19   specific photo.  Just one specific photo.  This
20   photo right here, do you see the photo marked
21   with photo identification 15405-021?
22        A       Yes, I can see that.
23        Q       The date is March 4th of 2020?
24        A       Yes.
25        Q       In the description is basement
```

```
1                    FRED S. LEE                    31

2    kitchen?

3         A        Yes.

4         Q        Does this accurately represent a

5    part of the basement?

6                  MR. AGULNICK:  Objection to the

7    form.

8         Q        I will rephrase that.  Is there any

9    reason to dispute that this is a photograph of

10   the basement on March 4th of 2020?

11                 MR. AGULNICK:  Objection to the

12   form.  You can answer.

13        A        Okay.  All on one wall there is a

14   stove over there not connecting.

15        Q        That is what that portion of the

16   basement looked like on March 4th of 2020?

17        A        Yes.

18        Q        Is it correct that on that there is

19   a sink in the photograph?

20        A        Yes.

21        Q        There is some cabinetry; is that

22   correct?

23        A        Yes.

24        Q        There is what appears to be a vent

25   hood?
```

```
 1                    FRED S. LEE                 32

 2      A        No vent.

 3      Q        How would you describe what is above

 4   the oven in the photograph?

 5      A        This is the oven just below the

 6   cabinet.

 7      Q        So, do you see my cursor?

 8      A        Yes.

 9      Q        What is my cursor on, what would you

10   call that?

11      A        It is a cabinet.

12      Q        Below the cabinet I mean?

13      A        Can you make enlargement?

14      Q        Yes.  How that is?

15      A        This one is just.

16      Q        Okay.  How does an individual enter

17   the basement of the premises?

18      A        Would you please in detail ask the

19   question again to me, please.

20      Q        Yes.  Is there a entrance and exit

21   to the basement of the premises directly from the

22   outdoors?

23      A        You mean the front entrance and the

24   rear entrance?

25      Q        Well, what I mean is there a door
```

```
1                      FRED S. LEE                   33
2    that goes directly into the basement?
3          A        Yes, from the rear backyard they can
4    go through boiler room and go to the, you know,
5    to get to the meter.  Gas and electric meter.
6    They can get that through the finished basement.
7          Q        Would an individual have to walk
8    through a portion of the basement prior to
9    getting to the electric meter?
10                   MR. AGULNICK:  Objection to the
11   form.  If he walks through where?  You only asked
12   about one entrance to the basement.
13         Q        The rear entrance.
14         A        In order to get to the meter reading
15   you walk in from the end of the finished
16   basement.
17         Q        The entrance to the outdoors is at
18   the back of the premises; is that correct?
19         A        The back entrance door to the
20   backyard.
21         Q        Okay.  The electric and gas meter at
22   the premises, where in the basement is that
23   located; is it located in the front of the
24   basement or the back?
25                   MR. AGULNICK:  Objection to the
```

| | | |
|---|---|---|
| 1 | FRED S. LEE | 34 |

2   form.  You asked about two three different items.

3        Q       I will break it down.  Is the gas

4   meter located in the front of the basement?

5        A       The front of a building basement.

6        Q       Okay.  That answers the question

7   perfectly?

8              MR. AGULNICK:  You want to know if

9   somebody saw the gas meter they had to walk

10  through the entire basement and you have to be

11  deaf, blind and dumb not observe the entirety of

12  the basement in doing so.

13             MR. ENGLERT:  Yes.

14       Q       Other than the rear entrance, is

15  there another entrance into the basement?

16       A       Yes, from the front hallway.

17       Q       That front entrance, do you have to

18  go through an apartment or is it through a common

19  hallway?

20       A       There is one door going to the

21  basement.  The finished basement.

22       Q       Right.  Is that door in the first

23  floor apartment?

24       A       No, hallway the right side.

25       Q       Okay.  So, is it correct to say that

```
 1                    FRED S. LEE                    35

 2      when you enter the premises from the outside on

 3      the front side of the premises you enter into a

 4      common hallway?

 5          A       Not directly to go through the

 6      hallway.

 7          Q       Okay.  Now I want to put up our

 8      final exhibit.  We are going to mark it as

 9      Exhibits E.  This will be Defendant's exhibit E.

10      Mr. Lee, is it correct that a representative from

11      Union Mutual inspected the premises a second time

12      after the fire loss?

13          A       I don't know.

14          Q       Okay.  So, what we have in front of

15      you are photographs from an inspection on April

16      15th of 2020.  Now, this first photograph, let's

17      scroll through the photographs and the whole

18      document.  Then I will ask some specific

19      questions.

20          A       Yes.

21          Q       Let me know when you want me to

22      scroll down to the next photograph?

23          A       Okay.

24          Q       That is the last photograph going

25      back to the first photograph, does that
```

```
 1                       FRED S. LEE                    36
 2    accurately depict the premises?
 3         A       Yes.
 4         Q       So after March 4th of 2020, did you
 5    make any changes to the premises aside from
 6    remediation from the fire?
 7         A       No.
 8         Q       Focusing on this photograph, first
 9    of all, where in the premises was this photo
10    taken?
11         A       This I need to say the description
12    says basement kitchen.
13         Q       Ignoring the description, where was
14    that taken?
15               MR. AGULNICK:  Objection to the
16    form.  Is that in the basement, Mr. Lee?
17               THE WITNESS:  Yes, it is the
18    finished basement, correct.
19         Q       Can you just describe the furnishing
20    that you can see in this photograph?
21         A       Sink, cabinet, and a lot of books.
22         Q       This next photograph, do you
23    recognize where this photo what is depicted in
24    this photograph?
25         A       The finished basement.
```

1                    FRED S. LEE                    37

2        Q        All right.  Is it correct to say

3    that that photograph is depicting a bathroom in

4    the finished basement?

5        A        I think so, yes.

6        Q        Do you recognize what is being

7    depicted in this photograph?

8        A        In the basement the gas reading

9    area.

10       Q        Could you describe whether this is

11   at the part of the basement closest to 27th

12   Street or closest to the rear of the premises?

13       A        Close to 27th Street.

14       Q        Okay.

15                MR. ENGLERT:  That is it for

16   exhibits.

17       Q        I want to discuss your leasing of

18   the premises.  As you said, you purchased this

19   property as an investment property; is that

20   correct?

21       A        Yes, correct.

22       Q        Now since 2013, have you always

23   leased the premises out?

24       A        Yes.

25       Q        Okay.  Now, specifically if you can

```
1                        FRED S. LEE                    38

2      recall back to 2017, do you recall how many

3      tenants you had at the premises in 2017?

4           A        Two.

5           Q        Was that two individuals or like two

6      families?

7           A        What do you mean?  The tenant you

8      are talking now?

9           Q        Correct.  This is in 2017.  If you

10     don't recall that is perfectly acceptable.

11               MR. AGULNICK:  Objection to the

12     form.  Are you asking who he leased it to, how

13     many leases he had, or how many individual people

14     were part of each lease?

15               MR. ENGLERT:  How many groups

16     essentially.

17          A        The first floor it is a two person.

18      The second floor one person.

19               MR. AGULNICK:  Only two leases; is

20     that correct?

21               THE WITNESS:  Yes.

22          Q        All right.  In 2018, how many

23      tenants did you have in 2018?

24          A        The same.

25          Q        Did the tenants change at all or
```

```
 1                      FRED S. LEE                    39
 2    were they the same from the previous year?
 3         A       The same tenants.
 4         Q       Now, in 2019, how many tenants?
 5         A       The same.
 6         Q       Okay.  I believe your attorney posed
 7    this question.  I want to confirm, because I
 8    don't think that I got the answer.  In 2017, how
 9    many leases did you have for the premises?
10         A       Two leases.
11         Q       How many leases in 2018?
12         A       I think the same.
13         Q       How many leases in 2019?
14         A       Two leases.
15              MR. ENGLERT:  To the extent that we
16    have not requested or don't have the leases, we
17    will make a formal request in writing for copies
18    of the leases if they exist.
19              MR. AGULNICK:  I am pretty sure that
20    we provided the leases.  We will take a look.
21              MR. ENGLERT:  I will double-check,
22    as well.
23              MR. AGULNICK:  There are only two
24    three leases, so we are clear.
25         Q       The leases that you issued at
```

```
 1                    FRED S. LEE              40
 2    premises, did you recall what the term was of
 3    each lease?
 4          A       One-year lease.  When you see the
 5    original lease you can find out what you need.  I
 6    don't want to misleads you.
 7          Q       I don't think that you are
 8    misleading, at all.  How do your tenants pay rent
 9    to you?
10          A       By check.
11          Q       Okay.  A couple of final questions.
12    Your wife is also a party to this case and just
13    want to essentially to prevent bringing her in
14    for a deposition.  Did she ever negotiate
15    insurance contracts for the premises?
16          A       Not at all.
17          Q       Would she have given any information
18    to your insurance broker related to the premises?
19          A       No.
20          Q       Would she have ever negotiated
21    renovations or contracting at the premises?
22          A       She is totally independent and out
23    of the property.  She does not know anything.
24          Q       Okay?
25                  MR. ENGLERT:  I think I am done.
```

```
 1                    FRED S. LEE                 41
 2    Thank you very much.
 3              EXAMINATION BY MR. AGULNICK:
 4         Q       I just have a few questions.  I want
 5    to mark the Inspection Report.  Give me a minute
 6    and I will pull it up.  Mr. Lee, how are you,
 7    sir?
 8         A       Good.
 9         Q       I am showing you what has been
10    marked Plaintiff's Exhibit 1.  I will tell you
11    that this is a report that was provided by Union
12    Mutual in connection with the inspection of the
13    premises on July 11th of 2017.  I will show you
14    the first photograph on the first page.  It is
15    Bates stamp on 00361.  There is a very handsome
16    man in the first photograph, do you see that man?
17         A       It is me.
18         Q       That handsome is you; is that
19    correct?
20         A       Yes, correct.  Who took this
21    picture?
22         Q       That was purportedly taken by the
23    inspector on July 11th of 2017.  I am going to
24    scroll down to page three of five.  There appears
25    to be a set of stairs, do you see those?
```

```
 1                    FRED S. LEE                42

 2        A        Yes.

 3        Q        Are those interior stairs meaning

 4   inside the premises?

 5        A        Yes, correct.

 6        Q        I am going to scroll down to page

 7   four of five, do you recognize those two

 8   photographs?

 9        A        Yes, sir.

10        Q        The top photographs appears to be

11   electrical meters; is that correct?

12        A        Correct.

13        Q        Those electrical meters are located

14   inside the basement of the premises?

15        A        Correct.

16        Q        The bottom photograph appears to be

17   gas meters, do you see that?

18        A        Yes, I can see that.

19        Q        Are those the gas meters inside the

20   basement of the premises?

21        A        Correct.  All of them is inside the

22   basements.

23        Q        All right.  I will go to the bottom

24   photo, do you recognize what is in that photo?

25        A        Yes.
```

```
 1                                                     43

 2        Q        What is that?

 3        A        A boiler.

 4        Q        Okay.

 5        A        And a hot water tank.

 6        Q        Where is that located?

 7        A        In the basement.

 8        Q        In July of 2017, did you walk

 9    through the basement with the inspector?

10        A        Yes.

11              MR. AGULNICK:  Mr. Lee, thank you,

12    sir.  I have nothing further. Thank you for your

13    time.

14              (Whereupon, the proceedings were

15    concluded at 11:32 a.m.)

16

17              _____

18              FRED S. LEE

19

20    Subscribed and sworn to

21    before me this _____ day

22    of _____, 2021.

23    _____

24    NOTARY PUBLIC

25
```

```
 1                                              44

 2                    I N D E X

 3

 4   WITNESS            EXAMINATION BY        PAGE

 5   FRED S. LEE        MR. ENGLERT            5

 6                      MR. AGULNICK          41

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                                        45

 2                    EXHIBIT INDEX

 3    DEFENDANT'S

 4    NO:              DESCRIPTION:    PAGE:

 5    A &B                DOCUMENTS    20

 6    C                   DOCUMENT     24

 7    D                   DOCUMENT     29

 8    E                   DOCUMENT     29

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                                    46

 2                    CERTIFICATION

 3

 4

 5             I, KAREN MCCONNELL, hereby certify

 6    that the within was held before me on the 27th

 7    day of April, 2021.

 8                    That the testimony was taken

 9    stenographically by myself.

10                    That the within transcript is a true

11    and accurate record.

12

13                    That I am not connected by blood or

14    marriage with any of the parties. I am not

15    interested directly or indirectly in the matter in

16    controversy.

17

18                    IN WITNESS WHEREOF, I have hereunto

19    set my hand this 24th day of May, 2021.

20

21

22

23

24    _____

25                    KAREN MCCONNELL
```

| A | | | |
|---|---|---|---|
| **a.m (2)** | **AGULNICK...** | **application (...** | 45:5 |
| 1:13 43:15 | 2:3,6 12:15 | 16:15,23 17:4 | **back (10)** |
| **ability (1)** | 13:3 14:25 | 21:5,12,22 | 20:24 25:10 |
| 6:25 | 15:13,17,24 | 22:10 23:5,11 | 27:6,19 28:3 |
| **able (1)** | 18:13 21:9,16 | 23:16,23 25:8 | 33:18,19,24 |
| 16:17 | 21:25 22:5 | 25:14,21 27:9 | 35:25 38:2 |
| **above-entitle...** | 23:18 30:2 | 28:9 | **backyard (2)** |
| 1:16 | 31:6,11 33:10 | **applied (2)** | 33:3,20 |
| **acceptable (2)** | 33:25 34:8 | 13:20 14:2 | **banker (1)** |
| 5:20 38:10 | 36:15 38:11 | **appreciate (1)** | 7:4 |
| **accurate (1)** | 38:19 39:19 | 5:3 | **bankruptcy (1)** |
| 46:11 | 39:23 41:3 | **April (3)** | 7:11 |
| **accurately (8)** | 43:11 44:6 | 1:13 35:15 | **based (1)** |
| 17:20 22:22 | **allowed (1)** | 46:7 | 13:7 |
| 28:10 29:22 | 22:18 | **area (1)** | **basement (39)** |
| 30:10,14 31:4 | **ANN (1)** | 37:9 | 9:20 10:19,20 |
| 36:2 | 1:5 | **arrived (1)** | 10:20,24 18:8 |
| **action (1)** | **answer (16)** | 11:18 | 18:11 19:25 |
| 1:16 | 4:21 5:10,16 | **aside (1)** | 30:25 31:5,10 |
| **actual (1)** | 5:20,25 17:16 | 36:5 | 31:16 32:17 |
| 16:18 | 17:17 18:15 | **asked (3)** | 32:21 33:2,6 |
| **addition (1)** | 21:18 22:2,8 | 14:10 33:11 | 33:8,12,16,22 |
| 4:24 | 22:18 23:22 | 34:2 | 33:24 34:4,5 |
| **additional (2)** | 28:10 31:12 | **asking (5)** | 34:10,12,15 |
| 24:11,15 | 39:8 | 8:11 14:15 | 34:21,21 |
| **address (4)** | **answering (1)** | 23:19 30:13 | 36:12,16,18 |
| 4:9 6:19 22:11 | 5:3 | 38:12 | 36:25 37:4,8 |
| 22:13 | **answers (1)** | **aspects (1)** | 37:11 42:14 |
| **ADMINIST...** | 34:6 | 9:17 | 42:20 43:7,9 |
| 3:14 | **apartment (16)** | **attached (1)** | **basements (1)** |
| **affect (2)** | 6:9 9:23 10:11 | 23:16 | 42:22 |
| 3:15 26:8 | 10:12,17 | **attorney (4)** | **basis (2)** |
| **against- (1)** | 17:15,19,21 | 5:12 8:8 16:13 | 11:12 26:15 |
| 1:7 | 18:3 19:20,23 | 39:6 | **Bates (1)** |
| **agency (2)** | 22:22 28:7,11 | **Attorneys (2)** | 41:15 |
| 12:7,9 | 34:18,23 | 2:4,9 | **bath (1)** |
| **agent (11)** | **apartments (2)** | **AUTHORIZ...** | 11:2 |
| 12:2,4 13:22 | 9:3 22:19 | 3:14 | **bathroom (4)** |
| 14:4,8,11 | **APPEARAN...** | **authorizing (1)** | 10:2,15,24 |
| 17:3 24:13 | 2:2 | 26:11 | 37:3 |
| 26:11 29:5,7 | **appears (5)** | **aware (1)** | **bathrooms (2)** |
| **agree (3)** | 27:24 31:24 | 11:16 | 9:24 10:14 |
| 6:8 26:6,9 | 41:24 42:10 | | **bedrooms (2)** |
| **AGREED (3)** | 42:16 | B | 10:12,13 |
| 3:3,8,12 | **applicant (3)** | **B (3)** | **behalf (2)** |
| | 26:25 27:16,25 | 20:14 27:7 | 4:13 17:5 |
| | | **believe (2)** | |
| | | 23:2 39:6 | |
| | | **Beltrani (2)** | |
| | | 29:14,15 | |
| | | **best (1)** | |
| | | 22:21 | |
| | | **better (1)** | |
| | | 19:6 | |
| | | **bigger (1)** | |
| | | 16:5 | |
| | | **bit (2)** | |
| | | 4:25 16:7 | |
| | | **blind (1)** | |
| | | 34:11 | |
| | | **blood (1)** | |
| | | 46:13 | |
| | | **boiler (2)** | |
| | | 33:4 43:3 | |
| | | **books (1)** | |
| | | 36:21 | |
| | | **bottom (3)** | |
| | | 26:22 42:16,23 | |
| | | **Boulevard (1)** | |
| | | 2:4 | |
| | | **break (6)** | |
| | | 5:7,11,14,17 | |
| | | 28:6 34:3 | |
| | | **briefly (1)** | |
| | | 8:2 | |
| | | **bring (1)** | |
| | | 14:23 | |
| | | **bringing (1)** | |
| | | 40:13 | |
| | | **Broad (1)** | |
| | | 2:9 | |
| | | **broker (14)** | |
| | | 13:22 14:4,11 | |
| | | 14:14,16,16 | |
| | | 14:18 17:3 | |
| | | 24:3,5,7,10 | |
| | | 24:15 40:18 | |
| | | **building (2)** | |
| | | 9:19 34:5 | |
| | | | |
| | | C | |
| | | **C (4)** | |

24:21 28:3,18
  45:6
**cabinet (4)**
  32:6,11,12
  36:21
**cabinetry (1)**
  31:21
**call (2)**
  23:19 32:10
**called (4)**
  11:23 12:2,4
  13:4
**case (2)**
  5:24 40:12
**caught (1)**
  5:4
**certain (2)**
  9:17 24:24
**certification ...**
  23:11 46:2
**certify (2)**
  25:20 46:5
**chance (2)**
  16:19 30:5
**change (3)**
  11:10 18:14
  38:25
**changes (4)**
  11:7,7,8 36:5
**Charles (2)**
  2:11 4:13
**check (1)**
  40:10
**City (2)**
  4:18 6:10
**claim (5)**
  4:16 11:13,25
  28:21,25
**clear (2)**
  5:23 39:24
**Close (1)**
  37:13
**closest (2)**
  37:11,12
**closing (1)**
  9:14

**come (2)**
  14:12 29:9
**coming (1)**
  11:22
**commenced (...**
  4:15
**commercial (5)**
  21:13,22 22:10
  23:12 25:8
**common (2)**
  34:18 35:4
**communicat...**
  29:7
**company (8)**
  1:8 4:14 12:10
  13:7,12 14:24
  23:4 26:18
**completely (1)**
  16:20
**comprised (1)**
  14:9
**concerns (1)**
  4:16
**concluded (1)**
  43:15
**conclusion (1)**
  23:20
**CONDUCT...**
  4:5
**confined (1)**
  15:21
**confirm (1)**
  39:7
**Congratulati...**
  7:5
**connected (1)**
  46:13
**connecting (1)**
  31:14
**connection (1)**
  41:12
**Consultants ...**
  29:14,15
**contact (2)**
  24:5 29:2
**contacted (1)**

29:4
**contracting (1)**
  40:21
**contracts (1)**
  40:15
**controversy (...**
  46:16
**convicted (1)**
  7:13
**copies (1)**
  39:17
**copy (3)**
  16:13,14 21:3
**correct (27)**
  13:3,10 14:17
  22:14,20,24
  23:17 24:6,9
  31:18,22
  33:18 34:25
  35:10 36:18
  37:2,20,21
  38:9,20 41:19
  41:20 42:5,11
  42:12,15,21
**Counsel (2)**
  1:20 3:4
**couple (5)**
  4:19 7:8 8:12
  23:25 40:11
**court (6)**
  1:2,19 3:16
  4:22 6:20
  7:19
**coverage (1)**
  24:8
**coverages (1)**
  16:18
**crime (1)**
  7:14
**current (2)**
  7:3 24:8
**curse (1)**
  17:13
**cursor (7)**
  17:11 22:11,17
  25:25 26:5

32:7,9

―――――――

**D**

**D (4)**
  4:2 29:13 44:2
  45:7
**damage (2)**
  4:17 11:25
**date (7)**
  18:4,12 25:16
  27:9,12 28:9
  30:23
**day (3)**
  43:21 46:7,19
**deaf (1)**
  34:11
**deed (3)**
  8:4,6,7
**Defendant (2)**
  1:9 2:9
**Defendant's ...**
  20:14,15 24:21
  28:18 29:13
  35:9 45:3
**denial (1)**
  26:18
**depict (1)**
  36:2
**depicted (2)**
  36:23 37:7
**depicting (1)**
  37:3
**deposition (8)**
  1:15 3:13 5:8
  7:16,24 8:9
  25:5 40:14
**describe (4)**
  9:17 32:3
  36:19 37:10
**described (1)**
  9:11
**describing (1)**
  9:7
**description (4)**
  30:25 36:11,13
  45:4

**detail (1)**
  32:18
**different (2)**
  20:12 34:2
**digits (1)**
  27:4
**directly (4)**
  32:21 33:2
  35:5 46:15
**directory (1)**
  13:5
**discuss (3)**
  25:7 29:25
  37:17
**discussing (1)**
  24:14
**dispute (4)**
  21:14,21 22:6
  31:9
**DISTRICT (2)**
  1:2,3
**Docket (1)**
  1:7
**document (20)**
  14:23 15:9,12
  15:14 16:17
  17:8,24 20:25
  21:2,7 22:9
  22:12,16 23:8
  24:25 29:15
  35:18 45:6,7
  45:8
**documents (5)**
  7:22 26:7,9,12
  45:5
**doing (1)**
  34:12
**door (5)**
  11:20 32:25
  33:19 34:20
  34:22
**double-check...**
  39:21
**drugs (1)**
  6:24
**duly (1)**

4:2
**dumb (1)**
34:11

_____
**E**
**E (7)**
4:2,2,2 35:9,9
44:2 45:8
**EASTERN (1)**
1:3
**either (1)**
7:22
**electric (3)**
33:5,9,21
**electrical (2)**
42:11,13
**electronic (8)**
26:7,19,23,24
27:4,8,15,25
**electronicall...**
7:23
**Englert (20)**
2:11 4:5,13
12:19 14:22
15:16,20
20:13 24:20
25:3 28:17
29:24 30:4
34:13 37:15
38:15 39:15
39:21 40:25
44:5
**enlargement ...**
32:13
**enter (3)**
32:16 35:2,3
**entire (1)**
34:10
**entirety (1)**
34:11
**entrance (10)**
32:20,23,24
33:12,13,17
33:19 34:14
34:15,17
**ESQUIRE (2)**

2:6,11
**essentially (2)**
38:16 40:13
**estimate (1)**
5:19
**everybody (2)**
5:4 7:9
**EXAMINAT...**
4:5 41:3 44:4
**examined (1)**
4:4
**exhibit (15)**
14:21 20:11
24:19,20,21
27:7,19 28:3
28:5,18 29:13
35:8,9 41:10
45:2
**exhibits (2)**
35:9 37:16
**exist (1)**
39:18
**exit (1)**
32:20
**expiration (1)**
24:5
**expire (1)**
24:4
**explain (2)**
8:2 28:22
**Express (1)**
26:13
**extent (2)**
23:19 39:15

_____
**F**
**F (1)**
4:2
**fair (1)**
13:6
**families (1)**
38:6
**family (1)**
14:10
**FEDERAL (1)**
3:2

**FILE (1)**
2:12
**filed (1)**
7:10
**FILING (1)**
3:5
**fill (2)**
16:23 17:3
**final (2)**
35:8 40:11
**find (1)**
40:5
**fine (2)**
2:8 18:12
**finished (8)**
9:20 10:20
33:6,15 34:21
36:18,25 37:4
**fire (14)**
1:8 4:14,16
11:12,13,17
11:25 14:24
21:4 26:17
28:15 29:10
35:12 36:6
**first (28)**
4:2 10:6,9,10
10:11 11:20
11:25 13:13
13:14,17
15:19,21,22
18:5 19:19
20:25 25:9,18
29:21 30:18
34:22 35:16
35:25 36:8
38:17 41:14
41:14,16
**first-story (1)**
10:17
**five (2)**
41:24 42:7
**floor (13)**
10:9,10,11
11:20,21 18:2
18:3,5 19:20

19:22 34:23
38:17,18
**floors (1)**
14:9
**Flushing (1)**
4:10
**focus (2)**
17:7 30:18
**Focusing (1)**
36:8
**follow (1)**
19:11
**follows (1)**
4:4
**FORCE (1)**
3:15
**form (12)**
3:9 7:23 12:16
18:14 21:17
26:15 31:7,12
33:11 34:2
36:16 38:12
**formal (1)**
39:17
**found (1)**
13:5
**four (3)**
17:8,9 42:7
**Fred (48)**
1:5,15 4:1,8
5:1 6:1,18 7:1
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1,2,18
28:1,2 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1

19:1 39:1
40:1 41:1
42:1 43:18
44:5
**free (1)**
5:8
**front (8)**
32:23 33:23
34:4,5,16,17
35:3,14
**full (6)**
6:17 11:2
15:14 16:13
16:14,17
**furnishing (1)**
36:19
**further (3)**
3:8,12 43:12

_____
**G**
**gas (7)**
33:5,21 34:3,9
37:8 42:17,19
**generally (1)**
22:6
**getting (2)**
15:7 33:9
**give (3)**
13:21 14:3
41:5
**given (3)**
6:5 7:16 40:17
**go (18)**
4:19 11:21
12:13,21
15:22 19:19
19:22,25
22:15 24:18
24:22 25:9
27:6 33:4,4
34:18 35:5
42:23
**goes (1)**
33:2
**going (26)**
9:16 15:20

16:12 17:8
20:18,19,24
22:15 24:18
24:22 25:3,7
27:7,19 28:3
28:4,15,19,20
29:12,18
34:20 35:8,24
41:23 42:6
**Good (2)**
4:12 41:8
**Great (4)**
2:5 6:7 7:8
29:18
**GREENBLA...**
2:3
**ground (1)**
4:19
**groups (1)**
38:15
**guess (3)**
5:18 19:14
21:9

_____
**H**
**hallway (5)**
34:16,19,24
35:4,6
**hand (2)**
26:9 46:19
**handsome (2)**
41:15,18
**happened (2)**
28:22,23
**happy (1)**
6:15
**head (2)**
4:22,22
**header (1)**
23:4
**hear (2)**
8:23 13:25
**held (2)**
1:16 46:6
**hereunto (1)**
46:18

**Hill (1)**
26:13
**Hollow (1)**
2:9
**hood (1)**
31:25
**hot (1)**
43:5
**hours (1)**
6:24
**house (1)**
9:12
**HURWITZ (1)**
2:8

_____
**I**
**identification...**
30:21
**identified (1)**
16:16
**Ignoring (1)**
36:13
**immediately ...**
11:23
**impact (1)**
6:25
**inconsequent...**
25:4
**independent ...**
40:22
**independentl...**
16:24
**INDEX (1)**
45:2
**indirectly (1)**
46:15
**individual (3)**
32:16 33:7
38:13
**individuals (1)**
38:5
**induce (1)**
26:14
**information ...**
13:22 14:4
17:2 23:15

24:11,16
25:21 40:17
**initial (1)**
16:15
**inside (5)**
30:15 42:4,14
42:19,21
**inspect (3)**
14:12 18:19
29:9
**inspected (3)**
19:12,16 35:11
**inspection (7)**
9:13 18:22
20:4 29:20
35:15 41:5,12
**inspector (6)**
18:23 19:4,7
19:10 41:23
43:9
**instructions (...**
6:4
**insurance (44)**
1:8 4:14,16
11:13,24 12:2
12:3,7,10,12
12:14,21 13:7
13:8,12,21,22
14:2,16,17,24
15:19 16:15
16:24 17:3,4
18:23 21:4,23
21:24 22:10
23:12 24:2,3
24:4,13 25:9
26:11,14,16
26:17,20
40:15,18
**intent (1)**
26:13
**interested (1)**
46:15
**interior (2)**
30:11 42:3
**introduce (2)**
14:20 20:11

**investment (2)**
8:18 37:19
**island (2)**
4:18 6:10
**issue (2)**
12:20 26:14
**issued (2)**
26:17 39:25
**items (1)**
34:2
**Iu (2)**
12:22 16:20

_____
**J**
**Jin (2)**
12:5 13:4
**July (6)**
8:14 11:6
27:11 41:13
41:23 43:8
**jump (1)**
11:11
**June (4)**
17:21,25 18:7
18:17

_____
**K**
**Karen (3)**
1:17 46:5,25
**Kim (4)**
12:5,6 13:4,6
**Kim's (1)**
13:12
**kitchen (4)**
10:3,16 31:2
36:12
**knocked (1)**
11:19
**know (21)**
5:12,24,25
6:14 9:5 12:9
14:14 16:2,4
16:9 18:10,12
20:21 21:6,8
30:6 33:4
34:8 35:13,21

40:23
**knowledge (1)**
22:21
**knows (1)**
22:8

_____
**L**
**L (1)**
4:2
**lack (1)**
19:6
**lag (1)**
5:2
**large (1)**
10:22
**lawsuit (2)**
4:15,16
**layout (5)**
11:8 17:25
18:5,8,11
**lease (4)**
38:14 40:3,4,5
**leased (2)**
37:23 38:12
**leases (12)**
38:13,19 39:9
39:10,11,13
39:14,16,18
39:20,24,25
**leasing (1)**
37:17
**Lee (59)**
1:5,5,15 4:1,8
4:12 5:1 6:1
6:18 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1,2
15:25 16:1
17:1 18:1
19:1 20:1
21:1 22:1,9
23:1 24:1
25:1 26:1
27:1,2,18
28:1,2 29:1

29:14,19 30:1
31:1 32:1
33:1 34:1
35:1,10 36:1
36:16 37:1
38:1 39:1
40:1 41:1,6
42:1 43:11,18
44:5
**legal (1)**
23:20
**legible (1)**
15:6
**let's (1)**
35:16
**liability (1)**
26:20
**Liberty (1)**
12:18
**limit (1)**
26:20
**listing (1)**
9:6
**little (2)**
4:25 16:7
**LLC (1)**
26:13
**located (6)**
6:9 33:23,23
34:4 42:13
43:6
**location (1)**
22:11
**long (4)**
4:18 6:10 7:5
13:11
**look (4)**
15:25 27:7
30:5 39:20
**looked (2)**
30:15 31:16
**looking (1)**
30:9
**looks (1)**
20:11
**loss (2)**

11:12 35:12
**lot (1)**
36:21
**loud (2)**
15:3 17:14

———————
**M**
**mail (1)**
11:19
**making (2)**
11:24 26:10
**man (2)**
41:16,16
**March (11)**
4:17 11:14,17
28:15 29:10
30:11,15,23
31:10,16 36:4
**mark (2)**
35:8 41:5
**marked (6)**
20:14 27:7
28:18 29:13
30:20 41:10
**marriage (1)**
46:14
**matter (1)**
46:15
**McConnell (3)**
1:17 46:5,25
**mean (9)**
7:9 11:7 13:14
14:14 28:23
32:12,23,25
38:7
**meaning (1)**
42:3
**medications ...**
6:23
**Melville (1)**
2:10
**memory (1)**
23:24
**meter (7)**
33:5,5,9,14,21
34:4,9

**meters (4)**
42:11,13,17,19
**Mil (2)**
12:5 13:4
**mind (1)**
30:3
**mine (1)**
6:22
**minute (1)**
41:5
**misleading (1)**
40:8
**misleads (1)**
40:6
**morning (1)**
4:12
**move (5)**
6:2 8:11 17:12
26:2 28:14
**moving (1)**
17:24
**Mutual (20)**
1:8 4:14 12:18
12:25 14:24
16:16 18:19
19:11 21:3,6
21:13,23
26:17 28:21
28:25 29:3,4
29:9 35:11
41:12

———————
**N**
**N (1)**
44:2
**name (12)**
4:6,12 6:17
8:22,24 12:3
12:9 26:17,24
26:25 27:16
27:24
**Neck (1)**
2:5
**need (9)**
5:7,12,13,15
16:3,9 27:19

36:11 40:5
**negotiate (1)**
40:14
**negotiated (1)**
40:20
**never (1)**
29:4
**New (8)**
1:3,18 2:5,10
4:3,10,18
6:10
**nice (1)**
5:23
**ninety-eight-...**
15:18
**nods (1)**
4:21
**Northern (1)**
2:4
**Notary (3)**
1:17 4:3 43:24
**Note (2)**
12:15 23:18
**notes (1)**
20:3
**notify (1)**
11:25
**number (5)**
1:7 2:12 17:20
22:22 28:11
**numbers (1)**
27:3

———————
**O**
**OATH (1)**
3:15
**objection (13)**
12:15 18:13
21:16,18,25
23:18,21 31:6
31:11 33:10
33:25 36:15
38:11
**OBJECTIO...**
3:9
**observe (1)**

34:11
**occupation (1)**
7:3
**occurred (1)**
4:17
**off-the-recor...**
5:15
**offense (1)**
7:10
**office (1)**
5:13
**OFFICER (1)**
3:14
**okay (38)**
5:20 6:2,3,16
9:10 11:11
13:20 14:11
15:23 16:22
17:7,10 19:19
20:17,21
21:11 22:4,25
25:2,11 27:21
27:23 30:7,8
31:13 32:16
33:21 34:6,25
35:7,14,23
37:14,25 39:6
40:11,24 43:4
**once (2)**
16:2 30:5
**one-page (1)**
9:7
**One-year (1)**
40:4
**open (3)**
5:16 11:22,22
**order (3)**
1:19 17:3
33:14
**original (1)**
40:5
**originally (1)**
12:17
**outdoors (2)**
32:22 33:17
**outside (1)**

35:2
**oven (2)**
32:4,5

---

**P**

**P.C (2)**
2:3,8
**package (1)**
21:13
**page (34)**
15:4,19 16:2,3
17:7,9 20:24
20:25 22:15
23:2,2,3,4,6,7
23:10,11,15
25:4,6,10,13
25:15 26:23
27:8,10,13
28:4,6 41:14
41:24 42:6
44:4 45:4
**pages (4)**
15:21,22 20:19
24:24
**paper (1)**
7:23
**paragraph (1)**
26:5
**part (3)**
31:5 37:11
38:14
**parties (2)**
3:4 46:14
**partition (1)**
10:23
**party (1)**
40:12
**pay (1)**
40:8
**payment (1)**
26:10
**PDF (1)**
15:18
**pending (2)**
5:10,17
**people (1)**

38:13
**perfectly (4)**
5:20 6:2 34:7
38:10
**person (2)**
38:17,18
**photo (9)**
30:19,19,20,20
30:21 36:9,23
42:24,24
**photograph (...**
29:21 30:6
31:9,19 32:4
35:16,22,24
35:25 36:8,20
36:22,24 37:3
37:7 41:14,16
42:16
**photographs ...**
14:18 20:4
28:16 29:20
29:25 30:10
30:14 35:15
35:17 42:8,10
**photos (2)**
20:8 30:9
**physical (1)**
20:3
**physically (1)**
14:12
**pick (1)**
11:18
**picture (4)**
18:24 19:18
30:12 41:21
**pictures (3)**
18:9 20:6,7
**place (1)**
1:17
**Plaintiff (1)**
2:4
**Plaintiff's (1)**
41:10
**Plaintiffs (1)**
1:6
**please (14)**

4:6,20 10:8
13:25 16:4,7
17:12 19:9
21:8,19 26:2
27:21 32:18
32:19
**policy (14)**
12:17,20 13:8
13:21 16:16
21:13,24 23:5
24:3 25:14
26:14,16,19
27:9
**portion (2)**
31:15 33:8
**portions (1)**
19:15
**posed (1)**
39:6
**premises (68)**
6:8 8:12,13,15
8:20 9:2,11
9:14,18 10:7
11:6,7,14
12:13,14,21
13:9,23 14:3
14:5,8,12,18
17:4,21 18:2
18:5,8,19
19:4,8,11,13
19:16 21:14
22:13,23 24:4
24:11 25:9
28:12 29:9,22
30:11,15
32:17,21
33:18,22 35:2
35:3,11 36:2
36:5,9 37:12
37:18,23 38:3
39:9 40:2,15
40:18,21
41:13 42:4,14
42:20
**premium (1)**
26:10

**premiums (1)**
26:21
**present (1)**
18:21
**presented (3)**
27:16 28:21,25
**pretty (1)**
39:19
**prevent (1)**
40:13
**previous (1)**
39:2
**primary (1)**
6:20
**prior (10)**
5:2,11,17 7:23
9:2,8,14
20:14 24:5
33:8
**Pro (1)**
12:10
**problem (1)**
30:4
**proceedings ...**
43:14
**promise (1)**
20:12
**property (6)**
6:9 9:8 12:17
37:19,19
40:23
**provide (2)**
17:2 24:15
**provided (3)**
25:21 39:20
41:11
**provisions (1)**
25:23
**Public (3)**
1:18 4:3 43:24
**pull (1)**
41:6
**purchase (3)**
8:13,15,19
**purchased (5)**
11:5 12:17,22

13:16 37:18
**purchasing (3)**
9:2,8,10
**purportedly ...**
41:22
**purpose (2)**
8:17 9:4
**pursuant (1)**
1:18
**put (2)**
28:16 35:7

---

**Q**

**qualified (1)**
23:21
**question (19)**
3:9 5:3,10,11
5:17 10:9
15:20 17:13
17:14 18:16
19:3 21:20
22:17,18
24:12 28:5
32:19 34:6
39:7
**questions (11)**
4:20,21 7:9
8:12 16:18,21
20:20 23:25
35:19 40:11
41:4
**quote (1)**
15:19

---

**R**

**R (1)**
4:2
**read (16)**
15:2,22 17:14
20:20 22:17
22:18 23:3,7
25:12,18,22
26:4,23 27:8
27:24 28:5
**reading (2)**
33:14 37:8
**rear (5)**

32:24 33:3,13
34:14 37:12
**reason (4)**
21:14,21 22:6
31:9
**reasonably (1)**
5:19
**recall (20)**
8:22,24,25 9:9
13:19,21 14:3
14:7 16:25
17:6 18:10,11
19:15 21:7,10
21:17 38:2,2
38:10 40:2
**received (1)**
26:21
**recognize (6)**
21:2 27:3
36:23 37:6
42:7,24
**record (4)**
4:7 5:23 22:5
46:11
**reference (1)**
4:14
**referring (2)**
6:8 15:14
**regard (1)**
11:24
**related (1)**
40:18
**relation (1)**
21:23
**relationship ...**
24:2
**relator (1)**
8:19
**relator's (3)**
8:22,24 9:7
**remainder (1)**
5:24
**remediation ...**
36:6
**remember (6)**
5:21 13:18

17:6 19:21,24
22:3
**render (1)**
26:19
**renew (1)**
24:8
**renewal (9)**
21:12,22 23:5
23:11,23
24:14 25:8,14
27:9
**renovations (1)**
40:21
**rent (1)**
40:8
**repeat (2)**
19:9 21:19
**rephrase (4)**
6:14 12:19
28:24 31:8
**report (2)**
41:5,11
**reporter (2)**
4:23 6:20
**represent (9)**
16:14 17:20
25:7 28:11
29:19,22
30:10,14 31:4
**representatio...**
22:7
**representativ...**
18:18 29:2,8
35:10
**represented (...**
21:11 22:22
**request (3)**
5:9 13:8 39:17
**requested (1)**
39:16
**requesting (2)**
5:11,17
**RESERVED ...**
3:10
**residence (1)**
6:21

**RESPECTI...**
3:4
**response (1)**
17:19
**retired (2)**
7:4,6
**retirement (1)**
9:4
**return (1)**
26:21
**review (6)**
7:22 8:5 9:3,6
16:20 24:24
**reviewed (2)**
8:3,4
**right (21)**
12:23 15:2
17:13 18:25
20:7,10 22:12
26:4,22 27:15
28:3,14 29:21
30:12,13,20
34:22,24 37:2
38:22 42:23
**risk (1)**
22:11
**Road (1)**
2:9
**room (1)**
33:4
**rooms (1)**
10:21
**Round (1)**
26:13
**rules (1)**
4:20

---
**S**
---

**S (45)**
1:15 4:1,2,8
5:1 6:1,18 7:1
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1

19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:18 44:5
**saw (1)**
34:9
**says (3)**
15:19 21:17
36:12
**SCOTT (1)**
2:6
**screen (2)**
14:23 20:20
**scroll (16)**
15:13 16:3,10
17:8 20:19,22
22:25 24:23
28:4 29:18,24
30:6 35:17,22
41:24 42:6
**scrolling (1)**
23:8
**SEALING (1)**
3:5
**second (14)**
5:2 9:21,22,24
10:3 11:21
18:2,3 19:22
20:11 22:16
28:5 35:11
38:18
**security (1)**
27:4
**see (20)**
15:3,5,14
17:11 18:9
25:24 26:3,3

29:14,17,21
30:20,22 32:7
36:20 40:4
41:16,25
42:17,18
**seeing (1)**
21:7
**seen (1)**
15:9
**selected (1)**
13:7
**selecting (2)**
12:13,21
**sent (2)**
21:4,6
**sentence (1)**
25:19
**separate (1)**
10:21
**set (2)**
41:25 46:19
**shadow (2)**
19:7,12
**shaking (1)**
4:22
**share (2)**
14:22 29:12
**sharing (1)**
28:19
**sheet (1)**
9:7
**show (1)**
41:13
**showed (1)**
23:2
**shower (1)**
11:4
**showing (2)**
15:18 41:9
**side (2)**
34:24 35:3
**signature (11)**
23:6 25:15
26:7,19,23,24
27:4,8,10,16
27:25

signed (4)
3:13,15 23:15
  23:24
signing (3)
26:6,8,12
similar (1)
20:12
sink (2)
31:19 36:21
sir (14)
  7:12 8:10 9:15
  10:5,18 11:9
  11:15 14:13
  14:19 19:5
  24:17 41:7
  42:9 43:12
six (3)
15:22 23:3
  25:10
sixty-three (1)
15:21
skip (1)
25:3
smell (2)
11:19,21
somebody (2)
30:12 34:9
sorry (3)
13:19 14:15
  27:12
space (1)
10:22
speak (4)
5:12,13,14 8:9
speaking (1)
11:11
specific (3)
30:19,19 35:18
specifically (2)
22:16 37:25
stairs (2)
41:25 42:3
stamp (1)
41:15
state (4)
1:18 4:3,6 6:17

statements (1)
26:15
STATES (1)
1:2
stenographic...
46:9
STIPULATE...
3:3,8,12
stipulations (2)
1:19 3:2
stop (2)
16:12 28:19
stories (1)
9:17
story (5)
9:21,22,25
  10:4,6
stove (1)
31:14
Street (6)
4:10,18 6:10
  22:12 37:12
  37:13
submitted (2)
21:23 26:12
Subscribed (1)
43:20
subsequent (1)
26:18
Suite (1)
2:4
sure (5)
5:4,6 6:6 16:19
  39:19
sworn (4)
3:13,16 4:2
  43:20

_____

T

take (4)
15:25 20:4,7
  39:20
taken (6)
1:17 6:23
  36:10,14
  41:22 46:8

talk (3)
12:12 19:2
  28:20
talking (4)
12:16,23,25
  38:8
tank (1)
43:5
telephone (1)
13:4
tell (5)
5:25 10:8 14:7
  24:23 41:10
ten (1)
7:7
tenant (1)
38:7
tenants (6)
38:3,23,25
  39:3,4 40:8
term (2)
19:6 40:2
testified (3)
4:4 7:19 18:14
testify (1)
6:25
testimony (2)
4:24 46:8
text (2)
26:24 27:4
thank (7)
5:6 16:7 20:23
  25:24 41:2
  43:11,12
thing (6)
6:7 20:18 21:4
  24:19,23
  28:13
think (12)
7:2 18:20,23
  20:6 23:23,24
  29:11 37:5
  39:8,12 40:7
  40:25
three (3)
34:2 39:24

41:24
time (13)
1:16 3:10 5:7
  5:14,16 6:12
  12:22 13:13
  13:14 20:22
  24:13 35:11
  43:13
title (4)
23:3,4 25:12
  27:13
titled (1)
22:9
today (3)
4:24 5:22 6:25
today's (2)
7:23 8:9
toilet (1)
11:3
top (3)
14:24 29:16
  42:10
totally (1)
40:22
transaction (1)
13:17
transcript (1)
46:10
TRIAL (1)
3:10
trick (1)
5:22
tried (1)
11:22
true (3)
23:16 25:21
  46:10
trying (2)
5:22,23
two (19)
5:2 10:13
  17:16,16,17
  17:19 22:20
  28:4,8 34:2
  38:4,5,5,17
  38:19 39:10

39:14,23 42:7
two-bedroo...
9:22
two-family (1)
9:12
two-story (1)
9:19

_____

U

underneath (1)
23:4
understand (...
5:5 6:4,13
  13:24 18:15
  23:10,14
  25:22 26:9,15
understands ...
23:22
Union (19)
1:8 4:13 12:25
  14:24 16:15
  18:18 19:10
  21:3,6,12,23
  26:17 28:21
  28:25 29:3,4
  29:8 35:11
  41:11
unit (1)
22:19
UNITED (1)
1:2
units (6)
17:15,20,21
  22:23 28:7,11
unsure (1)
5:21
use (1)
8:19

_____

V

validity (1)
26:8
vent (2)
31:24 32:2
verbal (1)
4:23

verbally (1)
4:21
video (1)
1:19
virtual (1)
4:25
void (1)
26:20

_____
W

wait (1)
5:2
WAIVED (1)
3:6
walk (5)
9:13 33:7,15
34:9 43:8
walked (2)
19:7,17
walks (1)
33:11
wall (1)
31:13
want (18)
4:19 8:11
11:11 12:12
18:10 20:16
22:25 25:9
27:6 28:14
34:8 35:7,21
37:17 39:7
40:6,13 41:4
wanted (1)
24:8
water (1)
43:5
way (1)
29:2
WHEREOF ...
46:18
wife (1)
40:12
witness (5)
23:19 36:17
38:21 44:4
46:18

work (1)
12:6
working (1)
13:11
writing (1)
39:17

_____
X

X (3)
1:4,10 44:2

_____
Y

year (2)
13:18 39:2
years (1)
7:7
York (8)
1:3,18 2:5,10
4:3,11,18
6:10

_____
Z

zoom (4)
1:11 16:3
20:16 27:20

_____
0

00361 (1)
41:15

_____
1

1 (2)
1:1 41:10
1:20-cv-0319...
1:7
10 (1)
10:1
10:00 (1)
1:13
11 (1)
11:1
11:32 (1)
43:15
11021 (1)
2:5
11101 (1)
4:19

11358 (1)
4:11
11747 (1)
2:10
11th (2)
41:13,23
12 (1)
12:1
13 (1)
13:1
14 (1)
14:1
15 (1)
15:1
15405-021 (1)
30:21
15th (1)
35:16
16 (1)
16:1
17 (1)
17:1
18 (1)
18:1
19 (1)
19:1
193rd (1)
4:10

_____
2

2 (2)
2:1 22:15
20 (2)
20:1 45:5
2013 (3)
8:14 11:6
37:22
2017 (11)
17:22,25 18:7
18:18 38:2,3
38:9 39:8
41:13,23 43:8
2018 (6)
22:23 27:11,14
38:22,23
39:11

2019 (5)
25:17 28:10,12
39:4,13
2020 (12)
4:17 11:14,17
28:15 29:10
30:11,16,23
31:10,16
35:16 36:4
2021 (4)
1:13 43:22
46:7,19
20th (3)
25:17 28:10,12
21 (1)
21:1
21st (2)
22:23 27:14
22 (1)
22:1
23 (1)
23:1
24 (3)
6:24 24:1 45:6
24th (1)
46:19
25 (1)
25:1
26 (1)
26:1
27 (2)
1:13 27:1
27th (10)
4:18 6:9 17:21
17:25 18:7,18
22:12 37:11
37:13 46:6
28 (1)
28:1
29 (3)
29:1 45:7,8
2nd (5)
4:17 11:14,17
28:15 29:10

_____
3

3 (1)
3:1
30 (1)
30:1
302 (1)
2:4
31 (1)
31:1
314PK49300...
16:16
32 (1)
32:1
33 (1)
33:1
34 (1)
34:1
35 (1)
35:1
36 (1)
36:1
37 (1)
37:1
37-11 (1)
22:12
38 (1)
38:1
39 (1)
39:1
39-11 (2)
4:18 6:9

_____
4

4 (1)
4:1
40 (1)
40:1
41 (2)
41:1 44:6
42 (1)
42:1
43 (1)
43:1
44 (1)
44:1
45 (1)
45:1

**45-54 (1)**
4:10
**46 (1)**
46:1
**4th (5)**
30:15,23 31:10
  31:16 36:4
**4thof (1)**
30:11

---
**5**

**5 (2)**
5:1 44:5
**55 (1)**
2:4
**575 (1)**
2:9

---
**6**

**6 (1)**
6:1

---
**7**

**7 (1)**
7:1

---
**8**

**8 (1)**
8:1
**8th (1)**
27:11

---
**9**

**9 (1)**
9:1
**911 (1)**
11:23