# EXHIBIT J

**STATE OF NEW YORK STANDARD FIRE CLAIM FORM (NYFC-1) PART 2**

FURNISH ALL INFORMATION AS OF DATE OF LOSS. INDICATE "N/A" FOR ANY ITEM NOT APPLICABLE TO YOU. USE REVERSE SIDE IF MORE SPACE REQUIRED.

| # | |
|---|---|
| 1 | **OWNERSHIP INFORMATION** – List names and addresses of: (a) Shareholder if a corporation, (b) Partners, including limited partners, (c) Trustees and beneficiaries. Note: List only those with an ownership interest of 25% or more, except for close corporations and beneficiaries where all owners should be listed. Also, list all shareholders when there are ten or less.<br>NAME / ADDRESS / POSITION / INTEREST%<br>FRED LEE   45-54 193rd Street Flushing, NY 11358<br>Ann Lee    " |
| 2 | **MORTGAGEE INFORMATION:** (a) Name and address of mortgagee(s) Dovenmuehle Mortg. Inc. 1 Corporate Drive, Suite #360, Lake Zurich, IL 60047-8945<br>(b) Mortgage balance $ 212,189.29  (c) Mortgage installment payment(s) 3203.22<br>Due date(s) First Day of Every Month  Amount(s) overdue $ No.<br>(d) Have foreclosure proceedings commenced? No |
| 3 | **PURCHASE INFORMATION:** Date purchased July 8, 2013   From whom Jose & Maria Dustan<br>Cash paid $ 230,000    Total purchase price $ 600,000 |
| 4 | List of liens on property or business including all taxes overdue one year or more; amount and type. N/A |
| 5 | List current code violations – (Fire, safety, health, building, construction or other) N/A |
| 6 | **LOSS INFORMATION:** (Not required for federal or state chartered lending institutions).<br>(a) List any losses to this property exceeding $5,000 while you or anyone listed in item 1 or 2 above had an insurable interest in this property.<br>AMOUNT(S)   DATE(S)<br>$<br>(b) List all losses within the last 5 years exceeding $5,000 to any other property in which you or anyone listed in item 1 or 2 above had an insurable interest.<br>AMOUNT(S)   DATE(S)   NAME(S)<br>$  N/A |
| 7 | List convictions within the last 5 years of anyone with a financial interest in this property for fraud or arson related to this or other property. N/A |
| 8 | **VACANCY:**<br>(a) Indicate seasonal period, if any, when building is unused  N/A<br>(b) For residential building, indicate: Total units 2   Vacant units 0<br>(c) For other buildings, indicate: Total annual rental income $ ___  Area of building vacant ___<br>(d) For all buildings, indicate the following: (i) Reason for vacancy fire<br>(ii) Anticipated date of occupancy? ___ (iii) If the building is vacant or unoccupied, indicate how it was protected from unauthorized entry ___ (iv) Is there a governmental order to vacate or demolish the building or has the building been classified as uninhabitable or structurally unsafe? ☐ Yes ☐ No  If yes, indicate agency and order or docket no. ___<br>(v) Was water, sewage, electricity or heat out of service: ☐ Yes ☐ No  If yes, explain  Gas Hotwater, Heat<br>(vi) Was the building offered for sale? ☐ Yes ☑ No  If yes, indicate name and address of broker, if any: ___ |
| 9 | List any policy or coverage on this property which has been declined, cancelled or non-renewed in the last 3 years:<br>DATE   AMOUNT OF INSURANCE   CARRIER   POLICY NO.<br>$    N/A |

"ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH VIOLATION"

SIGNATURE OF CLAIMANT / TITLE: Owner / DATE: 4/20/2020

THIS IS NOT A PROOF OF LOSS. OTHER FORMS MAY BE REQUIRED AS PROVIDED IN YOUR POLICY.

7/93

# FACT SHEET

Please be advised this form is not a proof of loss or an examination under oath and is not to be considered a waiver of any of the policy conditions. (Please use the reverse side for comments, if necessary.)

NAME OF INSURED __Fred Lee__

CURRENT MAILING ADDRESS OF INSURED __45-54. 193rd Street Flushing. NY 11358__

LOCATION OF DAMAGED PROPERTY __39-11. 27 street. L.I C. NY 11101__

DATE OF LOSS __March 2, 2020__

DATE PROPERTY PURCHASED __July 8, 2013__   FROM WHOM __Jose & Maria Dustan__

TOTAL PRICE PAID __680,000__   CASH PAID __220,000__

MORTGAGES TAKEN OVER _____ N/A _____
NAME AND AMOUNT _____

OTHER AMOUNTS PAID AND OBLIGATIONS ASSURED _____

ADDRESS AND IDENTITY OF PRESENT MORTGAGES AND BALANCE OF
MORTGAGE ON DATE OF CLAIM: __Dovenmuehle Mortg. Inc. 1 Corporate Drive, Suite #36 Lake Zurich, IL 60047__

IMPROVEMENTS ON PROPERTY FROM DATE OF PURCHASE TO DATE OF CLAIM: __40 272,189 29__
__Basement__

COST OF IMPROVEMENTS: __15,000__

PREVIOUS LOSSES SUSTAINED BY YOU AT THIS LOCATION:
INSURANCE CO.     POLICY #     DATE     AMOUNT OF LOSS

__N/A__

## Current Use of Property

OUTSTANDING TAXES ___N/A___

| WATER | SEWER LIEN | OTHER LIENS | AMOUNT |
|---|---|---|---|
| N/A | | N/A | |

ACTUAL RENTS COLLECTED TWELVE (12) MONTHS BEFORE THE LOSS _____

|  | COMMERCIAL | DWELLING |
|---|---|---|
| # OF RENTAL UNITS IN BUILDING |  | 2 |
| # OF UNITS OCCUPIED BEFORE DATE OF LOSS |  | 2 |
| # OF UNITS OCCUPIED AFTER DATE OF LOSS |  |  |

WHAT WOULD THE RENT ROLL BE IF FULLY RENTED THE LAST THREE (3) MONTHS BEFORE THE LOSS?

COMMERCIAL _____

DWELLING ___4,800___

PLEASE SUPPLY TENANT NAME, APT. #, NUMBER OF ROOMS, CURRENT RENT ROLL. (ATTACH LIST IF NECESSARY)

Gordan Topalovic    1st floor    2 BR    2,650
Christina Fermin    2nd  "        "      2,150

*Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime, and shall be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.*

___4/28/2020___　　　　___[signature]___
Dated　　　　　　　　Signature of the Insured or Principal of the Insured Corporation

## Statement of Occupancy And Rental

I/We the insured(s) _Fred Lee & Ann Lee_

residing at _45-54 193rd Street, Flushing, NY 11358_

under policy # _314 PK - 49300-03_

issued by _Union Mutual Fire Insurance Company_

in making claim for _____ _fire_ loss which

occurred on _3/2/2020_, hereby make the following statement of

occupancy and rental:

1. Number of Apartments: _Two_

2. Number of Commercial occupancies: _N/A_

3. Number of tenants in occupancy for the last full month before the date of loss:

    (a) Apartments: _Two_

    (b) Commercial occupancies: _____

4. Number of tenants in occupancy after the date of loss in:

    (a) Apartments: _____

    (b) Commercial occupancies: _____

5. Number of leases on the date of loss for:

    (a) Apartments: _Two_

    (b) Commercial occupancies: _N/A_

6. Amount of rents actually collected for the last full month before loss:

    $ _4,800.00_

7. Amount of rent actually collected for the last year before the month during which the loss occurred:

$ ~~4,150~~ $4,150 ⁰⁰/per month

8. Number of rental delinquencies on date of loss:

$ N/A

9. Amount of Rent owed on the date of loss:

$ N/A

10. For each vacancy on the date of loss state the length of time vacant and commercial occupancy or apartment number *(Attach list if necessary)*:

(A) 3/2/2020 — up to date

(B) "

(C)

(D)

(E)

(F)

11. Amount of last electric bill received before loss: $ 135⁓³⁵

12. Period of time covered by bill: 1/3/2020 – Feb 4. 2020

13. Amount of last gas bill received before loss: $ 478 ⁶⁰

14. Period of time covered by bill: 32 days

15. Amount and cost of last fuel oil delivery before loss: $ N/A

Gals _____

16. Date of last fuel oil delivery before loss: _____

17. Name and Address of fuel oil supplier: N/A

_____

_____

18. Name and present address of all tenants on the date of loss, showing which commercial occupancy or apartment occupied before the date of loss *(Attach list if necessary)*:

(A) Gordon Topacomi

(B) Christina Herman

(C)

(D)

(E)

(F)

19. Total cost of repairs and maintenance for the year before the month of the loss:

$ 3000

The undersigned certifies that the above information has been placed on this form at his direction and that the same is true; and further recognizes that the Insurance Company will rely upon it in the adjustment of claim.

*Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime, and shall be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.*

X ___[signature]___     4/20/2020
(Insured)                (Date)

45-54 193rd Street, Flushing NY 11358
(Present Address)

917-399-2642
(Present Telephone Number)

State of New York
Standard Fire Claim Form (NYFC-1) Part 2

FURNISH ALL INFORMATION AS OF THE DATE OF LOSS
INDICATE "N/A" FOR ANY ITEM NOT APPLICABLE TO YOU
USE REVERSE SIDE IF MORE SPACE IS REQUIRED

1. OWNERSHIP INFORMATION - list names and address of:
   A. Shareholder, if a corporation
   B. Partners, including limited partners
   C. Trustees and beneficiaries

   Note: List only those with an ownership of 25% or more, except for close
   and beneficiaries where all owners should be listed. Also, list all shareholders
   when there are ten or less.

   | NAME | ADDRESS | POSITION | INTEREST |
   |---|---|---|---|
   | FRED LEE | 45-54 193rd Street Flushing NY 11358 | | |
   | Ann Lee | " | | |

2. MORTGAGEE INFORMATION
   A. Name and address mortgagee(s): Dovenmuehle Mortg. Inc
      1 Corporate Drive, Suite #360, Lake Zurich, IL 60047-8945
   B. Mortgage balance: 272,189.22
   C. Mortgage installment:
      Payments: 3203.22   Due Dates: First Day   Amount(s) overdue: N/A

   D. Have foreclosure proceedings commenced?   ☐ Yes   ☑ No

3. PURCHASE INFORMATION
   Date purchased  7/8/2013       From whom  Jose & Maria Dutan
   Cash paid  240,000            Total purchase price  680,000

4. LIST ALL LIENS of property or business including all taxes overdue one or more, amount and type
   N/A

5. LIST CURRENT CODE VIOLATIONS -- (Fire, safety, health, building, construction or other)
   N/A

6. LOSS INFORMATION (Not required for federal or state chartered lending institutions)
   A. List any losses to this property exceeding $5000 while you or anyone listed in item
   1 or 2 above had an insurable interest in this property.

   Amount(s)                           Date(s)   N/A

   B. List all losses within the last 5 years exceeding $5000 to any other property in which

you or anyone listed in item 1 or 2 above had an insurable interest.

Amount(s) *N/A*   Date(s)

7. LIST CONVICTIONS within the last 5 years of anyone with a financial interest in this property for fraud or arson related to this or any other property.

*N/A*

8. VACANCY
   A. Indicate seasonal period, if any, when building is unused  *N/A*
   B. Residential buildings, indicate: Total Units  *2*   Vacant units  *2*
   C. Other buildings indicate: Total annual rental income ____
      Area of building vacant ____
   D. For all buildings indicate the following:
      a. Reason for vacancy  *fire*
      b. Anticipated date of occupancy  *When finished Repairs*
      c. If the building is vacant or unoccupied, indicate how it was protected from unauthorized entry  *Entrance Door Locked*

   d. Is there a governmental order to vacate or demolish the building or has the building been classified as uninhabitable or structurally unsafe?
      [ ] Yes   [✓] No   If Yes, indicate agency and order or docket no. ____
   e. Was water, sewerage, electricity or heat out of service?
      [✓] Yes   [ ] No   If Yes, explain  *heat / hot water*

   f. Was building offered for sale?  [ ] Yes   [✓] No
      If Yes, indicate name and address of broker, if any ____

9. List any policies or coverage on this property which has been declined, cancelled or non-renewed in the last three years:

| Date | Amt of Ins | Carrier | Policy No. |
|------|-----------|---------|-----------|
|      |           | *N/A*   |           |

Use the reverse to complete any of the foregoing items, please reference item number.

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FAUDULENT INSURANCE ACT WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.**

Signature of Claimant   Title   Date  *4/28/2020*
THIS IS NOT A PROOF OF LOSS. OTHER FORMS MAY BE REQUIRED.

STATE OF NEW YORK SUPPLEMENTAL FIRE CLAIM FORM (NYFC-1) PART 3

Claim/ Policy #: 314PK-49300-03   Date of Fire: 3/2/2020

Location: 39-11 21 Street   Insured: Fred & Ann Lee
Long Island City NY 11101

Ownership Information:

List the names and addresses of : (a) persons with an interest of five (5) percent or more in the proceeds of the claim, (b) any mortgagee, vendee in possession, receiver, executor or trustee (including the beneficiaries of the trust), all partners, (c) all officers directors and persons having an interest in more than ten (10) percent of the issued outstanding stock of a corporation*.

| Name | Address | Position | Interest %-age |
|---|---|---|---|
| Fred Lee | 45-54 193rd Street, Flushing NY 11358 | | |
| Ann Lee | " | | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FAUDULENT INSURANCE ACT WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

Singanture _____   Date 4/28/2020

*Other than a banking organization as defined in Section 2 of the Banking Law, a national banking association, a federal savings and loan association, the mortgage facilities corporation, saving bank life insurance fund, the saving bank retirement system, an authorized insurer as defined in Section 107 of this chapter or a trust company or other corporation organized under the laws of this state of the capital stock of which is owned by at least 2 savings banks or by at least 20 saving and loans associations or a subsidiary corporation all of the capital stock if which is owned by such trust company or other corporation the shares of which are listed on a national securities exchange or regularly quoted in the over-the-counter market by one or more members of a national or affiliated stock exchange.