UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

FRED LEE and ANNE LEE,                                    **UNION MUTUAL'S NOTICE OF**
                                                          **MOTION FOR SUMMARY**
                         Plaintiffs,                      **JUDGMENT**

vs.

UNION MUTUAL FIRE INSURANCE COMPANY,        Case No.: 1:20-cv-03191- MKB-PK

                         Defendant.

_____

| | |
|---|---|
| **NATURE OF ACTION:** | Declaratory Judgment |
| **MOVING PARTY:** | Defendant Union Mutual Fire Insurance Company |
| **RELIEF SOUGHT:** | Summary Judgment as against Plaintiffs, Fred Lee and Anne Lee pursuant to Federal Rule of Civil Procedure 56. |
| **SUPPORTING PAPERS:** | Attorney Declaration of Charles J. Englert III, dated October 25, 2021, and the exhibits provided therein, Affidavit of James Lambert, sworn to October 22, 2021, and the exhibits provided therein, and Defendant's Memorandum of Law. |
| **RESPONDING PAPERS:** | A briefing schedule has been agreed upon between the parties. |
| **REPLY PAPERS:** | Plaintiff intends to file and serve reply papers |

DATED:    Buffalo, New York
           October 25, 2021            HURWITZ & FINE, P.C.

Eric T. Boron, Esq.
Charles J. Englert III, Esq.
*Attorneys for Plaintiff,*
*Union Mutual Fire*
*Insurance Company*
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900

2