EXHIBIT F

FREDERICK V. HARPER



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

FRED LEE AND ANN LEE,

                    Plaintiff,

    - against -

UNION MUTUAL FIRE INSURANCE,

                    Defendant.

------------------------------------------------------------

Held Via Zoom

June 24, 2021
2:04

EXAMINATION BEFORE TRIAL OF THE

Non-Party Witness, FREDERICK V. HARPER, taken by

Plaintiff, pursuant to Order and held at the

above-mentioned time and place before a Notary

Public of the State of New York.

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

2

GREENBLATT & AGULNICK, P.C.

Attorneys for Plaintiffs

55 Northern Boulevard, St 302

Great Neck, New York 11021

BY : SCOTT E. AGULNICK, ESQ.

HURWITZ & FINE, P.C.

Attorney for Defendant

1300 Liberty Building

Buffalo, New York 14202

BY : ERIC T. BORON, ESQ.

-oOo-

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

3

2        IT IS HEREBY STIPULATED AND AGREED by

3     and among the attorneys for the respective

4     parties hereto, that:

5

6        All rights provided by the C.P.L.R.,

7     including the right to object to any

8     question or to move to strike any testimony

9     at this examination, are reserved; and, in

10    addition, the failure to object to any

11    question or to move to strike testimony at

12    this examination shall not be a bar or

13    waiver to make such motion at, and is

14    reserved for, the trial of this action.

15

16       IT IS HEREBY STIPULATED AND AGREED

17    that this deposition may be sworn to by the

18    witness being examined before a Notary

19    Public other than the notary Public before

20    whom this examination was begun, but the

21    failure to do so or to return the original

22    of this examination to counsel, shall not be

23    deemed a waiver of the rights provided by

24    Rules 3116 and 3117 of C.P.L.R., and shall

25    be controlled thereby.

2

3          IT IS HEREBY STIPULATED AND AGREED

4     that the filing and certification of the

5     original of this examination shall be the

6     same and thereby waived; and that a copy of

7     the transcript shall be furnished to counsel

8     representing the witness herein, without

9     charge.

10                          -oOo-

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREDERICK V. HARPER

5

2              COURT REPORTER:  The attorneys

3       participating in this deposition

4       acknowledge that I am not physically

5       present in the deposition room and that

6       I will be reporting from this deposition

7       remotely.  They further acknowledge

8       that, in lieu of an oath administered in

9       person, the witness will verbally

10      declare his testimony in this matter is

11      under penalty of perjury.  The parties

12      and their counsel consent to this

13      arrangement and waive any objections to

14      this manner of reporting.

15

16      Please indicate your agreement by

17      stating your name and agreement on the

18      record.

19              MR. AGULNICK:  My name is Scott

20      Agulnick and I agree.

21              MR. BORON:  My name is Eric

22      Boron and I agree.

23

24

25

All-Star Reporters
800-329-9222

2  FREDERICK V. HARPER,  called as a witness, having

3  been duly sworn, was examined and testified as

4  follows:

5  BY REPORTER:

6    Q Please state your name for the record.

7    A Frederick V. Harper.

8    Q Where do you presently reside?

9    A 52 Greenridge Avenue, White Plains, New

10  York 10605.

11  EXAMINATION BY

12  SCOTT AGULNICK

13    Q Mr. Harper, Good afternoon.  My name is

14  Scott Agulnick.  I'm an attorney with the law firm

15  of Greenblatt & Agulnick.  We represent the

16  plaintiffs in an action brought against Union

17  Mutual.

18    I'm going to ask you a series of

19  questions.  My questions today are not designed to

20  trick you or deceive you.  If you do not

21  understand any of my questions, please let me know

22  and we'll rephrase it.  If you'd like a break for

23  whatever reason, please let us know.  The court

24  reporter can only take down verbal responses.  She

25  can't take down any kind of hand gestures, etc.

2        A      Okay.

3        Q      Mr. Harper, by whom are you employed?

4        A      Round Hill Express.

5        Q      How long have you been employed by Round

6    Hill Express?

7        A      Approximately seven years.

8        Q      Are you an actual employee of Round Hill

9    Express or an independent contractor?

10        A      Independent contractor.

11        Q      Do you have a company that you operate

12    under or is it just Frederick Harper?

13        A      Just Frederick Harper.

14        Q      What is the nature of the work that you

15    perform for Round Hill?

16        A      I inspect properties for insurance.

17        Q      Do you perform those services for  other

18    insurance companies or just Round Hill Express?

19        A      Just Round Hill Express.

20        Q      So you perform these inspections

21    exclusively for Round Hill Express and no other

22    company?

23        A      Correct.

24        Q      Are you engaged in any other occupation

25    or employment, apart from the inspections that you

FREDERICK V. HARPER

8

2      do for Round Hill Express?

3             A     No.

4             Q     As you sit here today are you

5      represented by counsel with regard to this matter?

6             A     Yes.

7             Q     When did you first retain counsel with

8      regard to this matter?

9             A     Probably two to three weeks before

10     today.

11                        MR. ENGLERT:  For the record,

12                  we're appearing for the limited purpose

13                  of defending Mr. Harper at this

14                  deposition.  We don't have a retainer

15                  agreement signed with him and he's not

16                  going to be charged, but we'll be

17                  billing Union Mutual for the work.

18                        MR. AGULNICK:  He's a non-party

19                  witness.  There's no defending.  This is

20                  a fact finding mission.  In any event,

21                  duly noted.

22            Q     Prior to testifying here today did you

23     review any documents in connection with this

24     matter?

25            A     No.

                        All-Star Reporters
                          800-329-9222

FREDERICK V. HARPER

9

2      Q    Prior to testifying here today did you

3   perform a search for any documents relevant to any

4   inspection you performed at the property owned by

5   Fred and Ann Lee?

6      A    No.

7      Q    Do you know what matter you're here for?

8      A    Not the details of the case.  Just that

9   it was an inspection I performed and I'm here for

10   a deposition.

11      Q    Is there a particular process that you

12   follow when you perform inspections for Round Hill

13   Express?

14      A    Can you say that again?  I'm sorry.

15      Q    Is there a particular process or

16   procedure that you follow when you perform an

17   inspection for Round Hill Express?

18      A    Yes.  As far as the exterior and

19   interior of the home, my job is to look on the

20   outside, front, back, sidewalk, and check for

21   utilities on the inside and stairways for safety

22   reasons.

23      Q    When you're assigned a matter how are

24   you assigned a matter?

25      A    I'm given an itinerary with an address

FREDERICK V. HARPER

10

2      and contact number with the date and time.

3          Q     What information is contained on the

4      itinerary, other than an address, contact number,

5      date and time?

6          A     The person's name and basically who the

7      insurance company or agents are who set up the

8      appointments on that.

9          Q     Any other information?

10         A     Outside of that just what kind of house

11     it is, if it's brick or frame.  That's about it.

12         Q     How do you receive this assignment?

13         A     I am given an itinerary on a daily

14     basis.  The office calls and sets the

15     appointments, I'm given the time and place, it is

16     emailed to me and that's it.

17         Q     The itinerary is emailed to you along

18     with the information with regard to the property?

19         A     Yes, I'm given a schedule.

20         Q     At any point in time did you receive an

21     email in connection with the inspection of the Lee

22     property?

23         A     I'm sorry.  You broke up.  Repeat that.

24         Q     Did you ever perform a search for the

25     emails relating to your inspection of the Lee

                        All-Star Reporters
                         800-329-9222

FREDERICK V. HARPER

11

2    property?

3        A   No.

4        Q   Do you still have your emails from June

5    and July of 2017?

6        A   No.

7        Q   What happened to your emails in June and

8    July of 2017?

9        A   Can you explain when you say my emails?

10       Q   My question to you is if you were

11   emailed an itinerary in June or July of 2017,

12   would you still have it?

13       A   Yes, as far as the itinerary.

14       Q   Did you ever perform an inspection of

15   39-11 27th Street in Long Island City, New York?

16       A   If it says I was assigned for that, yes.

17       Q   Do you have a recollection of performing

18   an inspection at that location?

19       A   Unfortunately, no.  I perform many

20   inspections so to remember one specific address

21   from four years ago, no.

22       Q   How many inspections do you do on a

23   weekly basis?

24       A   Thirty to fifty.

25       Q   How long does each inspection take on an

FREDERICK V. HARPER

2       average basis?

3              A      Approximately ten minutes.

4              Q      In connection with each inspection do

5       you take photos?

6              A      Yes.

7              Q      In 2017 on what device did you take

8       photos?

9              A      On a Samsung tablet.

10             Q      The photos that you took on the Samsung

11      tablet in 2017, did those photos save to the

12      device, save to the Cloud, both, or something

13      else?

14             A      All inspections are synched up to Round

15      Hill Express.  They are not kept on my device.

16             Q      Approximately how many photos do you

17      take on a typical inspection?

18             A      Probably a dozen.

19                    MR. AGULNICK:  I'm sorry.  Can I

20                    just pause for a second?

21                    (Whereupon, a discussion was held

22                    off the record.)

23             Q      The instructions as to what to inspect

24      or observe at a property, how are those

25      instructions received?  Were they verbal, by email

FREDERICK V. HARPER

13

```
 2      a memo, or something else?

 3           A    Verbally and by email.

 4           Q    When you say by email, is that for each

 5      inspection?

 6           A    Say that again.  I'm sorry.

 7           Q    You have to allow me to finish my

 8      question before you start, because the court

 9      reporter can only take down one of us.

10                     MR. AGULNICK:  Read that back

11                please.

12                (Whereupon, the record was read back by

13                the reporter.)

14           Q    Or was it blanket instructions?

15           A    Blanket instructions.

16           Q    When did you receive those blanket

17      instructions for the first time?

18           A    The first year of employment.

19           Q    What year was that?

20           A    2014.

21                     MR. AGULNICK:  I'd like this

22                deemed marked as Plaintiff's Exhibit A.

23                (Whereupon, a report was marked as

24                Plaintiff's Exhibit A for

25                identification, as of this date.)
```

FREDERICK V. HARPER

14

Q    I'm going to show you what we're going

to deem marked as Plaintiff's Exhibit A for today.

Do you see what I have on the screen now?

A    I see part of it.

Q    I'll start from the top and scroll to

the bottom.  Have you ever seen this report

before?

A    No, I can't recall it.

Q    Does your work product look like this

report or do you simply submit or upload

photographs and some information to a portal,

which thereafter generates a report or something

else?

A    I upload the information and then it is

put into the form we're looking at.

Q    Do you actually see the information that

you furnish in this form deemed marked as Exhibit

A?

A    No.

Q    You would have uploaded full-sized photo

files and submitted those to Round Hill Express,

correct?

A    Correct.

Q    The information that's contained in this

FREDERICK V. HARPER

15

2    report, the notations, that's just information

3    submitted to Round Hill's portal, is that correct?

4         A    Correct.

5         Q    The portal that Round Hill utilizes in

6    connection with these inspections, is there a name

7    for that interface or program?

8         A    I believe it's called DBI Pro.  It's an

9    application for the tablet which the photos are

10   taken on.

11        Q    Is your recollection refreshed at all by

12   reviewing this report marked as Exhibit A?

13        A    No.

14        Q    Apart from what you enter into the DBI

15   Pro application and upload, do you retain any

16   information related to inspections?

17        A    No.

18        Q    How do you bill for the inspection?

19        A    Per inspection.

20        Q    Do you invoice Round Hill Express or

21   something else?

22        A    It is paid based on how many inspections

23   are done.  So it's the same fee for every

24   inspection and then the number and the quantity

25   by the fee.

FREDERICK V. HARPER

16

2  Q Do you have any information which would

3 indicate that you performed the inspection at

4 39-11 27th Street in Long Island City, New York?

5  A Not in front of me, no.

6  Q Do you have any information at all,

7 which confirms to you that you actually performed

8 this inspection as opposed to somebody else?

9  A No.

10  Q Did someone tell you that you performed

11 this inspection?

12  A Yes.  It was four years ago you said?

13  Q Yes.  I'll represent to you that your

14 attorneys and Union Mutual represented that you

15 performed this inspection on or about July 11,

16 2017.

17   The first photo in Exhibit A, do you see

18 that photo?

19  A Yes.

20  Q There's an annotation next to it that

21 says exterior.  Do you see that?

22  A Yes.

23  Q Next to that it says front clean.  Do

24 you see that?

25  A Yes, sir.

FREDERICK V. HARPER

17

2          Q     The photo appears to depict the front of

3     the premises at 39-11 27th Street.  Do you agree

4     with that?

5          A     Yes.

6          Q     The gentleman in the photo, and I'm

7     going to make it a little bigger, do you have a

8     recollection of meeting an insured that looks like

9     the gentleman in the photo?

10         A     No.

11         Q     Based upon representation by Union

12    Mutual that you performed the inspection, is it

13    fair to say you took a photograph of the front of

14    the insured location?

15         A     Yes.

16         Q     I'm going to scroll to the second page.

17    This appears to be the back of the location.  Do

18    you agree with that?

19         A     Yes.

20         Q     Based upon representation by Union

21    Mutual that you performed this inspection, it is

22    fair to say you took a photograph of the back of

23    the insured premises, correct?

24         A     Yes.

25         Q     The bottom photo on page 2, is it fair

FREDERICK V. HARPER

18

2      to say you took a photograph of the front steps at

3      the location?

4              A      Yes.

5              Q      And depicted in that photograph are

6      also mailboxes and the insured location?

7              A      I'm sorry.  It only shows the sidewalk.

8      Can you go in a little closer?

9              Q      Yes.

10             A      I see a mailbox, yes.

11             Q      Scrolling to the next page there's a

12     photo with an annotation next to it that says

13     interior.  Do you see that photograph?

14             A      Yes.

15             Q      Are you able to tell me whether the

16     stairs are coming up from the first floor, coming

17     from the second floor to the third floor, down to

18     the basement, or something else?

19             A      First floor.

20             Q      How do you know it's the first floor?

21             A      That is the picture I take because

22     that's the most common stairway, unless there's

23     multiple pictures of stairs for some reason.

24             Q      On the first floor or the second floor,

25     do you know where the doors to the individual

2       apartments were?

3           A    No.

4           Q    Next there's a picture of mechanicals.

5    Do you know where the mechanicals were located at

6    the insured location?

7           A    At this location I would not know for

8    sure.  Most are in the basement or the first level

9    of the building.

10          Q    I'm going to show you on page 4 of 5,

11   there's photos that appear to be electric meters.

12   Do you see that?

13          A    I see electric meters, yes.

14          Q    Is it part of your instructions to take

15   photos of the electric meters at a location?

16          A    Yes.

17          Q    Based upon the representation that Union

18   Mutual had advised you performed the inspection,

19   is it fair to say you took photos of these

20   electric meters?

21          A    Yes.

22          Q    If I represent to you that the electric

23   meters at the insured location are located in the

24   basement, would you agree that the electric meters

25   you photographed were in the basement?

FREDERICK V. HARPER

20

2       A    That would vary because, as I mentioned,

3   it could be the first floor or the basement.  In

4   most properties it is the basement level.

5       Q    But you have no recollection?

6       A    No.

7       Q    What is depicted in the bottom photos?

8       A    Gas meters.

9       Q    Do you know where the gas meter is

10  located at the insured location?

11      A    I could not say definitively with this

12  location.  Gas meters can be located in multiple

13  areas.  It could be outside in the garage, it

14  could be in the basement.  I cannot say

15  definitively where in this apartment they were

16  located.

17      Q    Going back to the photos of the electric

18  meters, on one of the meters it says first floor

19  and on the second one there's writing that says

20  second floor.  Do you see that?

21      A    Yes.

22      Q    If I asked you by looking at these

23  photos and based upon your recollection if there's

24  an apartment on the first floor, what would your

25  answer be?

FREDERICK V. HARPER

21

2      A    Yes.

3      Q    What is that answer based upon?

4      A    If it says first floor it's probably on

5   the first floor.

6      Q    And the same question for the second

7   floor.  If there was an electric meter which has

8   writing that says second floor, would your

9   conclusion be there is an apartment on the second

10  floor as well?

11     A    Yes.

12     Q    If you're taking pictures of the gas

13  meters thereafter, would it be a fair conclusion

14  that one of those gas meters is for the apartment

15  on the first floor and one is for the apartment on

16  the second floor?

17     A    Yes.

18     Q    I'm going to show you the bottom photo

19  on page 5 of 5.  Can you tell what is depicted in

20  that photo?

21     A    Boiler and hot water heater.

22     Q    Are you able to tell me where the boiler

23  and hot water heater are located at the insured

24  premises?

25     A    As I mentioned, it's either the basement

FREDERICK V. HARPER

22

2        or the first floor.

3             Q      When you say the basement or the first

4        floor, do you mean the lowest floor or it could be

5        located in the basement or on the first floor?

6             A      It could be located in the basement or

7        on the first floor.

8             Q      Looking at this photo, and I'll zoom in,

9        are you able to determine the location of this

10       heating equipment by virtue of the fact that there

11       appears to be a concrete floor in the photo?

12            A      Yes.

13            Q      And the fact that there's a concrete

14       floor in the photo, what does that indicate to

15       you?

16            A      It's most likely the basement.

17            Q      If I represented to you that the gas

18       meters are in the basement, would that lead you to

19       conclude that you did, in fact, go into the

20       basement?

21            A      Yes.

22            Q      Do you know how you entered into the

23       basement at the time you performed the inspection?

24            A      No.

25            Q      Apart from the photographs depicted in

FREDERICK V. HARPER

23

2       this five page report provided by Union Mutual,

3       are you aware of any other photographs that you

4       took on that day?

5               A    No.

6               Q    Again, you don't have any independent

7       recollection of actually performing the

8       inspection?

9               A    No.

10              Q    You understand when I refer to the

11      insured location that we're referring to 39-11

12      27th Street, Long Island City, New York, correct?

13              A    Yes.

14              Q    When is the first time you were

15      contacted with regard to this inspection?  I'm

16      speaking about in connection with the litigation

17      that's been commenced and underway?

18              A    In the last two to three weeks.

19              Q    Who initially contacted you?

20              A    The attorney's firm that is representing

21      me.

22              Q    How long after that first conversation

23      did Hurwitz and Fine or the attorney in the room

24      commence representing you?

25              A    I'm sorry.  Can you repeat that

2    question?

3        Q    You were contacted by counsel and at one

4    point after being contacted did that attorney

5    begin representing you?

6        A    Upon being told that there was a

7    deposition.

8        Q    Prior to being told there was a

9    deposition what, if anything, did you discuss?

10        A    Nothing.

11        Q    Did they ask you if you performed this

12    inspection?

13        A    No.

14        Q    Did they tell you performed this

15    inspection?

16        A    I was told that it was an inspection I

17    had performed and that there was a deposition

18    linked to this case that needed to be performed

19    and when was I available for it.

20        Q    In reviewing these photos are you able

21    to tell us where in the insured location you

22    walked?

23        A    No.

24        Q    But you were at least on the first floor

25    and at least in the basement, is that fair?

FREDERICK V. HARPER

25

2      A     Yes.

3      Q     Who is your contact at Round Hill

4  Express should you have any issues or questions or

5  otherwise?

6      A     The contact number for the office.

7      Q     Is there an individual that serves as

8  your liaison or your contact?

9      A     No.

10     Q     If you have a question regarding an

11 inspection you just call Round Hill and ask to

12 speak to anyone or is there anyone in particular?

13     A     I can speak with any of the people

14 working in the office.

15     Q     Do you issue Round Hill an invoice

16 before you can get paid or is payment automatic or

17 something else?

18     A     Payment is automatic based on the number

19 of inspections done multiplied by price per

20 inspection, which is the same.

21            MR. AGULNICK:  Give me five

22            minutes.  I may be coming to a

23            conclusion.

24            (Whereupon, a discussion was held off

25            the record.)

                    All-Star Reporters
                    800-329-9222

FREDERICK V. HARPER

26

```
 2        Q    Mr. Harper, I'm going to direct you to

 3    the first page of Plaintiff's Exhibit A,

 4    specifically the writing which says report

 5    reviewed and assembled on July 11, 2017.

 6             Do you know what that indicates, meaning

 7    who would have reviewed it and assembled it?

 8        A    No.

 9        Q    Is it your belief that would have been

10    someone at Round Hill Express or Union Mutual?

11        A    Yes.

12        Q    Mr. Harper, I'm going to ask you to

13    perform a search for the email assignment

14    pertaining to this inspection, your email, and all

15    documents related to the inspection of 39-11 27th

16    Street and provide the results of that inspection

17    to Mr. Boron or his colleagues.  Understood?

18        A    Just so you know, the only information

19    that I would have in my records pertaining to

20    would be the address, the time and the phone

21    number, as for every address I did an inspection

22    of that day.  I wouldn't have any other details in

23    my computer.

24        Q    Whatever you do locate, just provide

25    that to Mr. Boron or his colleagues.
```

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

27

```
 2            A    If you can just give me the date again

 3       for me to look.

 4            Q    I'll represent that the report says

 5       report reviewed and assembled on July 11, 2017.

 6            A    Got it.

 7            Q    Sir, what is your highest level of

 8       education?

 9            A    Master's.

10            Q    A Master's in what?

11            A    Elementary Education.

12            Q    Did you participate in any formal

13       training with regard to inspections for insurance

14       purposes?

15            A    Yes.

16            Q    Where did you have such training?

17            A    I shadowed an employee for the company

18       for the first month and was trained.

19            Q    Who was that employee?

20            A    Todd Harper.

21            Q    I'm going to take a shot in the dark

22       here.  Brother?

23            A    No.

24            Q    Cousin?

25            A    No, not really. · We just have the same
```

All-Star Reporters
800-329-9222

FREDERICK V. HARPER

28

2      last name.  We went to school together, but we

3      have no biological relation.

4          Q    So Todd Harper took you around for a

5      month and showed you the ropes?

6          A    Yes, sir.

7          Q    When you performed the inspections in

8      July 2017 were you solo or did you have a

9      ride-along or a companion or anything else?

10         A    Solo.

11         Q    When you perform the inspections do you

12     take any type of handwritten notes on a pad or

13     otherwise, apart from the entries you upload to

14     Round Hills system?

15         A    No.

16              (Continued on following page to

17     accommodate jurat and signature.)

18

19

20

21

22

23

24

25



2          MR. AGULNICK:  Sir, I thank you

3    for your time today.  If you do locate

4    any documentation, and I trust you will

5    do a diligent search for that, that you

6    provide it.  Otherwise, stay safe, stay

7    well.

8              (TIME NOTED: 2:48)

9

10    _____

                    Frederick V. Harper

11

12    Subscribed and sworn to before me
     this _____ day of _____, 2021

13

14

15

16    _____

17              Notary Public

18

19

20

21

22

23

24

25

                    All-Star Reporters
                      800-329-9222

FREDERICK V. HARPER

30

I N D E X

EXAMINATION BY                          PAGE

Mr. Agulnick                            6-29


PLAINTIFF'S EXHIBITS FOR ID      PAGE

A               Report              13

All-Star Reporters
800-329-9222

2                        C E R T I F I C A T E

3

4           I, Janine LaRocco, a Shorthand Reporter

5       and Notary Public, do hereby certify:

6           That I was the reporter for the within

7       action and that this transcript is a true

8       and accurate record of the within

9       proceedings.

10          IN WITNESS WHEREOF, I have hereunto

11      set my hand this 13th day of July 2021

12

13

14

                                  Janine LaRocco

15

16

17

18

19

20

21

22

23

24

25

| | | | | |
|---|---|---|---|---|
| **&** 2:3,12 6:15 | **ago** 11:21 16:12 | **apartment** 20:15,24 21:9,14,15 (5) | (4) | 24:4,6,8 (4) |
| **13th** 31:11 | **agree** 5:20,22 17:3,18 19:24 (5) | | **attorney's** 23:20 | **belief** 26:9 |
| **27th** 11:15 16:4 17:3 23:12 26:15 (5) | **agreed** 3:2,16 4:3 | **apartments** 19:2 | **attorneys** 2:4 3:3 5:2 16:14 (4) | **believe** 15:8 |
| | | **appear** 19:11 | **automatic** 25:16,18 | **bigger** 17:7 |
| **able** 18:15 21:22 22:9 24:20 (4) | **agreement** 5:16,17 8:15 | **appearing** 8:12 | **available** 24:19 | **bill** 15:18 |
| **about** 10:11 16:15 23:16 | **agulnick** 2:3,7 5:19,20 6:12,14,15 8:18 12:19 13:10,21 25:21 29:2 30:4 (14) | **appears** 17:2,17 22:11 | **avenue** 6:9 | **billing** 8:17 |
| **abovementioned** 1:19 | | **application** 15:9,15 | **average** 12:2 | **biological** 28:3 |
| | **allow** 13:7 | **appointments** 10:8,15 | **aware** 23:3 | **blanket** 13:14,15,16 |
| **accommodate** 28:17 | **allstar** 1:25 2:25 3:25 4:25 5:25 6:25 7:25 8:25 9:25 10:25 11:25 12:25 13:25 14:25 15:25 16:25 17:25 18:25 19:25 20:25 21:25 22:25 23:25 24:25 25:25 26:25 27:25 28:25 29:25 30:25 31:25 (31) | **approximately** 7:7 12:3,16 | **back** 9:20 13:10,12 17:17,22 20:17 (6) | **boiler** 21:21,22 |
| **accurate** 31:8 | | **are** 3:9 6:19 7:3,8,24 8:4 9:23 10:7 12:14,15,24 15:9,23 18:5,15,16 19:8,23 21:22,23 22:9,18 23:3 24:20 (24) | **bar** 3:12 | **boron** 2:16 5:21,22 26:17,25 (5) |
| **acknowledge** 5:4,7 | | | **based** 15:22 17:11,20 19:17 20:23 21:3 25:18 (7) | **both** 12:12 |
| **action** 3:14 6:16 31:7 | | | | **bottom** 14:7 17:25 20:7 21:18 (4) |
| **actual** 7:8 | | | **basement** 18:18 19:8,24,25 20:3,4,14 21:25 22 :3,5,6,16,18,20,23 24:25 (16) | **boulevard** 2:5 |
| **actually** 14:17 16:7 23:7 | **along** 10:17 | **areas** 20:13 | | **break** 6:22 |
| | **also** 18:6 | **around** 28:4 | | **brick** 10:11 |
| **addition** 3:10 | **am** 5:4 10:13 | **arrangement** 5:13 | **basically** 10:6 | **broke** 10:23 |
| **address** 9:25 10:4 11:20 26:20,21 (5) | **among** 3:3 | **ask** 6:18 24:11 25:11 26:12 (4) | **basis** 10:14 11:23 12:2 | **brother** 27:22 |
| | **ann** 1:4 9:5 | | | **brought** 6:16 |
| **administered** 5:8 | **annotation** 16:20 18:12 | **asked** 20:22 | **because** 13:8 18:21 20:2 | **buffalo** 2:15 |
| **advised** 19:18 | | **assembled** 26:5,7 27:5 | | **building** 2:14 19:9 |
| **after** 23:22 24:4 | **answer** 20:25 21:3 | **assigned** 9:23,24 11:16 | **before** 1:16,19 3:18,19 8:9 13:8 14:8 25:16 29:12 (9) | **c** 1:25 31:2,2 |
| **afternoon** 6:13 | **anyone** 25:12,12 | **assignment** 10:12 26:13 | **begin** 24:5 | **call** 25:11 |
| **again** 9:14 13:6 23:6 27:2 (4) | **anything** 24:9 28:9 | | | **called** 6:2 15:8 |
| **against** 1:6 6:16 | **apart** 7:25 15:14 22:25 28:13 (4) | **attorney** 2:13 6:14 23:23 24:4 | **begun** 3:20 | **calls** 10:14 |
| **agents** 10:7 | | | **being** 3:18 | |

**can** 6:24 9:14 11:9 12:19 13:9 18:8 20:12 21:19 23:25 25:13,16 27:2 (12)

**can't** 6:25 14:9

**cannot** 20:14

**case** 9:8 24:18

**certification** 4:4

**certify** 31:5

**charge** 4:9

**charged** 8:16

**check** 9:20

**city** 11:15 16:4 23:12

**clean** 16:23

**closer** 18:8

**cloud** 12:12

**colleagues** 26:17,25

**coming** 18:16,16 25:22

**commence** 23:24

**commenced** 23:17

**common** 18:22

**companies** 7:18

**companion** 28:9

**company** 7:11,22 10:7 27:17 (4)

**computer** 26:23

**conclude** 22:19

**conclusion** 21:9,13 25:23

**concrete** 22:11,13

**confirms** 16:7

**connection** 8:23 10:21 12:4 15:6 23:16 (5)

**consent** 5:12

**contact** 10:2,4 25:3,6,8 (5)

**contacted** 23:15,19 24:3,4 (4)

**contained** 10:3 14:25

**continued** 28:16

**contractor** 7:9,10

**controlled** 3:25

**conversation** 23:22

**copy** 4:6

**correct** 7:23 14:23,24 15:3,4 17:23 23:12 (7)

**could** 20:3,11,13,14 22:4,6 (6)

**counsel** 3:22 4:7 5:12 8:5,7 24:3 (6)

**court** 1:2 5:2 6:23 13:8 (4)

**cousin** 27:24

**cplr** 3:6,24

**d** 30:2

**daily** 10:13

**dark** 27:21

**date** 10:2,5 13:25 27:2 (4)

**dbi** 15:8,14

**deceive** 6:20

**declare** 5:10

**deem** 14:3

**deemed** 3:23 13:22 14:18

**defendant** 1:8 2:13

**defending** 8:13,19

**definitively** 20:11,15

**depict** 17:2

**depicted** 18:5 20:7 21:19 22:25 (4)

**deposition** 3:17 5:3,5,6 8:14 9:10 24:7,9,17 (9)

**designed** 6:19

**details** 9:8 26:22

**determine** 22:9

**device** 12:7,12,15

**diligent** 29:5

**direct** 26:2

**discuss** 24:9

**discussion** 12:21 25:24

**district** 1:2,3

**documentation** 29:4

**documents** 8:23 9:3 26:15

**does** 11:25 14:10 22:14

**done** 15:23 25:19

**doors** 18:25

**down** 6:24,25 13:9 18:17 (4)

**dozen** 12:18

**duly** 6:3 8:21

**e** 1:25,25 2:7 30:2 31:2,2 (6)

**each** 11:25 12:4 13:4

**eastern** 1:3

**education** 27:8,11

**either** 21:25

**electric** 19:11,13, 15,20,22,24 20:17 21:7 (8)

**elementary** 27:11

**else** 12:13 13:2 14:14 15:21 16:8 18:18 25:17 28:9 (8)

**email** 10:21 12:25 13:3,4 26:13,14 (6)

**emailed** 10:16,17 11:11

**emails** 10:25 11:4,7,9 (4)

**employed** 7:3,5

**employee** 7:8 27:17,19

**employment** 7:25 13:18

**engaged** 7:24

**englert** 8:11

**enter** 15:14

**entered** 22:22

**entries** 28:13

**equipment** 22:10

**eric** 2:16 5:21

**esq** 2:7,16

**etc** 6:25

**event** 8:20

**ever** 10:24 11:14 14:7

**every** 15:23 26:21

**examination** 1:16 3:9,12,20,22 4:5 6:11 30:3 (8)

**examined** 3:18 6:3

**exclusively** 7:21

FREDERICK V. HARPER

34

| | | | | |
|---|---|---|---|---|
| **exhibit** 13:22,24 14:3,18 15:12 16:17 26:3 (7) | 22:2,3,5,7 23:14,22 24:24 26:3 27:18 (24) | **gestures** 6:25 | **here** 8:4,22 9:2,7,9 27:22 (6) | 23:15,25 26:2,12 27:21 (21) |
| **exhibits** 30:7 | **five** 23:2 25:21 | **get** 25:16 | **hereby** 3:2,16 4:3 31:5 (4) | **id** 30:7 |
| **explain** 11:9 | **floor** 18:16,17,17 ,19,20,24,24 | **give** 25:21 27:2 | **herein** 4:8 | **identification** 13:25 |
| **express** 7:4,6,9,18,19,21 8:2 9:13,17 12:15 14:22 15:20 25:4 26:10 (14) | 20:3,18,20,24 21:4 ,5,7,8,10,15,16 22:2,4,4,5,7,11,14 24:24 (26) | **given** 9:25 10:13,15,19 (4) | **hereto** 3:4 | **including** 3:7 |
| | **follow** 9:12,16 | **go** 18:8 22:19 | **hereunto** 31:10 | **independent** 7:9,10 23:6 |
| **exterior** 9:18 16:21 | **following** 28:16 | **going** 6:18 8:16 14:2,2 17:7,16 19:10 20:17 21:18 26:2,12 27:21 (12) | **highest** 27:7 | **indicate** 5:16 16:3 22:14 |
| **f** 31:2 | **follows** 6:4 | | **hill** 7:4,6,8,15,18, 19,21 8:2 9:12,17 12:15 14:22 15:5,20 25:3,11,15 26:10 (18) | **indicates** 26:6 |
| **fact** 8:20 22:10,13,19 (4) | **form** 14:16,18 | **good** 6:13 | | **individual** 18:25 25:7 |
| **failure** 3:10,21 | **formal** 27:12 | **got** 27:6 | **hill's** 15:3 | **information** 10:3,9,18 14:12,15,17,25 15:2,16 16:2,6 26:18 (12) |
| **fair** 17:13,22,25 19:19 21:13 24:25 (6) | **four** 11:21 16:12 | **great** 2:6 | **hills** 28:14 | |
| | **frame** 10:11 | **greenblatt** 2:3 6:15 | **him** 8:15 | |
| **far** 9:18 11:13 | **fred** 1:4 9:5 | **greenridge** 6:9 | **his** 5:10 26:17,25 | **initially** 23:19 |
| **fee** 15:23,25 | **frederick** 1:17 6:2,7 7:12,13 29:10 (6) | **hand** 6:25 31:11 | **home** 9:19 | **inside** 9:21 |
| **fifty** 11:24 | | **handwritten** 28:12 | **hot** 21:21,23 | **inspect** 7:16 12:23 |
| **files** 14:22 | **front** 9:20 16:5,23 17:2,13 18:2 (6) | **happened** 11:7 | **house** 10:10 | **inspection** 9:4,9,17 10:21,25 11:14,18,25 12:4,17 13:5 15:18,19,24 16:3,8,11,15 17:12,21 19:18 22:23 23:8,15 24:12,15,16 25:11,20 26:14,15,16,21 (33) |
| **filing** 4:4 | **fullsized** 14:21 | **harper** 1:17 6:2,7,13 7:3,12,13 8:13 26:2,12 27:20 28:4 29:10 (13) | **how** 7:5 9:23 10:12 11:22,25 12:16,24 15:18,22 18:20 22:22 23:22 (12) | |
| **finding** 8:20 | **furnish** 14:18 | | | |
| **fine** 2:12 23:23 | **furnished** 4:7 | **has** 21:7 | **hurwitz** 2:12 23:23 | |
| **finish** 13:7 | **further** 5:7 | **having** 6:2 | | |
| **fire** 1:7 | **garage** 20:13 | **he's** 8:15,18 | **i'd** 13:21 | |
| **firm** 6:14 23:20 | **gas** 20:8,9,12 21:12,14 22:17 (6) | **heater** 21:21,23 | **i'll** 14:6 16:13 22:8 27:4 (4) | **inspections** 7:20,25 9:12 11:20,22 12:14 15:6,16,22 25:19 27:13 28:7,11 (13) |
| **first** 8:7 13:17,18 16:17 18:16,19,20,24 19:8 20:3,18,24 21:4,5,15 | **generates** 14:13 | **heating** 22:10 | **i'm** 6:14,18 9:9,14,25 10:15,19,23 12:19 13:6 14:2 17:6,16 18:7 19:10 21:18 | |
| | **gentleman** 17:6,9 | **held** 1:10,18 12:21 25:24 (4) | | |

**instructions** 12:23,25 13:14,15,17 19:14 (6)

**insurance** 1:7 7:16,18 10:7 27:13 (5)

**insured** 17:8,14,23 18:6 19:6,23 20:10 21:23 23:11 24:21 (10)

**interface** 15:7

**interior** 9:19 18:13

**into** 14:16 15:14 22:19,22 (4)

**invoice** 15:20 25:15

**is** 3:2,13,16 4:3 5:10,19,21 6:13 7:12,14 8:19 9:11,15,19 10:3,11,15,17 11:10 13:4 14:15 15:3,6,11,22 17:12,21,25 18:21 19:14,19 20:4,7,9 21:3,9,14,15,19 23:14,20 24:25 25:3,7,12,16,18,20 26:9 27:7 31:7 (51)

**island** 11:15 16:4 23:12

**issue** 25:15

**issues** 25:4

**itinerary** 9:25 10:4,13,17 11:11,13 (6)

**janine** 31:4,14

**job** 9:19

**july** 11:5,8,11 16:15 26:5 27:5 28:8 31:11 (8)

**june** 1:13 11:4,7,11 (4)

**jurat** 28:17

**just** 7:12,13,18,19 9:8 10:10 12:20 15:2 25:11 26:18,24 27:2,25 (13)

**kept** 12:15

**kind** 6:25 10:10

**know** 6:21,23 9:7 18:20,25 19:5,7 20:9 22:22 26:6,18 (11)

**larocco** 31:4,14

**last** 23:18 28:2

**law** 6:14

**lead** 22:18

**least** 24:24,25

**lee** 1:4,4 9:5 10:21,25 (5)

**let** 6:21,23

**level** 19:8 20:4 27:7

**liaison** 25:8

**liberty** 2:14

**lieu** 5:8

**like** 6:22 13:21 14:10 17:8 (4)

**likely** 22:16

**limited** 8:12

**linked** 24:18

**litigation** 23:16

**little** 17:7 18:8

**locate** 26:24 29:3

**located** 19:5,23 20:10,12,16 21:23 22:5,6 (8)

**location** 11:18 17:14,17 18:3,6 19:6,7,15,23 20:10,12 22:9 23:11 24:21 (14)

**long** 7:5 11:15,25 16:4 23:12,22 (6)

**look** 9:19 14:10 27:3

**looking** 14:16 20:22 22:8

**looks** 17:8

**lowest** 22:4

**mailbox** 18:10

**mailboxes** 18:6

**make** 3:13 17:7

**manner** 5:14

**many** 11:19,22 12:16 15:22 (4)

**marked** 13:22,23 14:3,18 15:12 (5)

**master's** 27:9,10

**matter** 5:10 8:5,8,24 9:7,23,24

**(7)**

**may** 3:17 25:22

**me** 6:21 10:16 13:7 16:5 18:15 21:22 23:21 25:21 27:2,3 29:12 (11)

**mean** 22:4

**meaning** 26:6

**mechanicals** 19:4,5

**meeting** 17:8

**memo** 13:2

**mentioned** 20:2 21:25

**meter** 20:9 21:7

**meters** 19:11,13, 15,20,23,24 20:8,12,18,18 21:13,14 22:18 (13)

**minutes** 12:3 25:22

**mission** 8:20

**month** 27:18 28:5

**most** 18:22 19:8 20:4 22:16 (4)

**motion** 3:13

**move** 3:8,11

**multiple** 18:23 20:12

**multiplied** 25:19

**mutual** 1:7 6:17 8:17 16:14

17:12,21 19:18 23:2 26:10 (9)

**my** 5:19,21 6:13,19,21 9:19 11:9,10 12:15 13:7 26:19,23 31:11 (13)

**n** 1:25 30:2

**name** 5:17,19,21 6:6,13 10:6 15:6 28:2 (8)

**nature** 7:14

**neck** 2:6

**needed** 24:18

**new** 1:3,20 2:6,15 6:9 11:15 16:4 23:12 (8)

**next** 16:20,23 18:11,12 19:4 (5)

**no** 7:21 8:3,19,25 9:6 11:3,6,19,21 14:9,20 15:13,17 16:5,9 17:10 19:3 20:5,6 22:24 23:5,9 24:13,23 25:9 26:8 27:23,25 28:3,15 (30)

**nonparty** 1:17 8:18

**northern** 2:5

**notary** 1:19 3:18,19 29:17 31:5 (5)

**notations** 15:2

**noted** 8:21 29:8

**notes** 28:12

nothing 24:10

now 14:4

number 10:2,4
15:24 25:6,18
26:21 (6)

oath 5:8

object 3:7,10

objections 5:13

observe 12:24

occupation 7:24

off 12:22 25:24

office 10:14
25:6,14

one 11:20 13:9
20:18,19 21:14,15
24:3 (7)

only 6:24 13:9
18:7 26:18 (4)

ooo 2:25 4:10

operate 7:11

opposed 16:8

order 1:18

original 3:21 4:5

other 3:19
7:17,21,24 10:4,9
23:3 26:22 (8)

otherwise 25:5
28:13 29:6

outside 9:20
10:10 20:13

owned 9:4

p 1:25,25

pad 28:12

page 17:16,25
18:11 19:10 21:19
23:2 26:3 28:16
30:3,7 (10)

paid 15:22 25:16

part 14:5 19:14

participate 27:12

participating 5:3

particular
9:11,15 25:12

parties 3:4 5:11

pause 12:20

payment
25:16,18

pc 2:3,12

penalty 5:11

people 25:13

per 15:19 25:19

perform
7:15,17,20
9:3,12,16 10:24
11:14,19 26:13
28:11 (11)

performed 9:4,9
16:3,7,10,15
17:12,21 19:18
22:23
24:11,14,17,18
28:7 (15)

performing
11:17 23:7

perjury 5:11

person 5:9

person's 10:6

pertaining
26:14,19

phone 26:20

photo 14:21
16:17,18
17:2,6,9,25 18:12
21:18,20
22:8,11,14 (13)

photograph
17:13,22 18:2,5,13
(5)

photographed
19:25

photographs
14:12 22:25 23:3

photos
12:5,8,10,11,16
15:9 19:11,15,19
20:7,17,23 24:20
(13)

physically 5:4

picture 18:21
19:4

pictures 18:23
21:12

place 1:19 10:15

plains 6:9

plaintiff 1:5,18

plaintiff's
13:22,24 14:3
26:3 30:7 (5)

plaintiffs 2:4
6:16

please 5:16
6:6,21,23 13:11
(5)

point 10:20 24:4

portal 14:12
15:3,5

premises 17:3,23
21:24

present 5:5

presently 6:8

price 25:19

prior 8:22 9:2
24:8

pro 15:8,15

probably 8:9
12:18 21:4

procedure 9:16

proceedings 31:9

process 9:11,15

product 14:10

program 15:7

properties 7:16
20:4

property 9:4
10:18,22 11:2
12:24 (5)

provide 26:16,24
29:6

provided 3:6,23
23:2

public 1:20
3:19,19 29:17
31:5 (5)

purpose 8:12

purposes 27:14

pursuant 1:18

put 14:16

quantity 15:24

question 3:8,11
11:10 13:8 21:6
24:2 25:10 (7)

questions
6:19,19,21 25:4
(4)

r 1:25 31:2

read 13:10,12

really 27:25

reason 6:23
18:23

reasons 9:22

recall 14:9

receive 10:12,20
13:16

received 12:25

recollection
11:17 15:11 17:8
20:5,23 23:7 (6)

record 5:18 6:6
8:11 12:22 13:12
25:25 31:8 (7)

records 26:19

refer 23:10

referring 23:11

refreshed 15:11

regard 8:5,8
10:18 23:15 27:13
(5)

regarding 25:10

FREDERICK V. HARPER

37

| | | | | |
|---|---|---|---|---|
| **related** 15:16 26:15 | 23:20,24 24:5 (4) | **same** 4:6 15:23 21:6 25:20 27:25 (5) | **sets** 10:14 | 13:2 14:13 15:21 18:18 25:17 (6) |
| **relating** 10:25 | **reserved** 3:9,14 | | **seven** 7:7 | **sorry** 9:14 10:23 12:19 13:6 18:7 23:25 (6) |
| **relation** 28:3 | **reside** 6:8 | **samsung** 12:9,10 | **shadowed** 27:17 | |
| **relevant** 9:3 | **respective** 3:3 | **save** 12:11,12 | **shall** 3:12,22,24 4:5,7 (5) | **speak** 25:12,13 |
| **remember** 11:20 | **responses** 6:24 | **say** 9:14 11:9 13:4,6 17:13,22 18:2 19:19 20:11,14 22:3 (11) | **she** 6:24 | **speaking** 23:16 |
| **remotely** 5:7 | **results** 26:16 | | **shorthand** 31:4 | **specific** 11:20 |
| **repeat** 10:23 23:25 | **retain** 8:7 15:15 | **says** 11:16 16:21,23 18:12 20:18,19 21:4,8 26:4 27:4 (10) | **shot** 27:21 | **specifically** 26:4 |
| **rephrase** 6:22 | **retainer** 8:14 | | **should** 25:4 | **st** 2:5 |
| **report** 13:23 14:7,11,13 15:2,12 23:2 26:4 27:4,5 30:8 (11) | **return** 3:21 | **schedule** 10:19 | **show** 14:2 19:10 21:18 | **stairs** 18:16,23 |
| | **review** 8:23 | **school** 28:2 | **showed** 28:5 | **stairway** 18:22 |
| | **reviewed** 26:5,7 27:5 | **scott** 2:7 5:19 6:12,14 (4) | **shows** 18:7 | **stairways** 9:21 |
| **reporter** 5:2 6:5,24 13:9,13 31:4,6 (7) | **reviewing** 15:12 24:20 | **screen** 14:4 | **sidewalk** 9:20 18:7 | **start** 13:8 14:6 |
| | **ridealong** 28:9 | **scroll** 14:6 17:16 | **signature** 28:17 31:14 | **state** 1:20 6:6 |
| **reporters** 1:25 2:25 3:25 4:25 5:25 6:25 7:25 8:25 9:25 10:25 11:25 12:25 13:25 14:25 15:25 16:25 17:25 18:25 19:25 20:25 21:25 22:25 23:25 24:25 25:25 26:25 27:25 28:25 29:25 30:25 31:25 (31) | **right** 3:7 | **scrolling** 18:11 | **signed** 8:15 | **states** 1:2 |
| | **rights** 3:6,23 | **search** 9:3 10:24 26:13 29:5 (4) | **simply** 14:11 | **stating** 5:17 |
| | **room** 5:5 23:23 | **second** 12:20 17:16 18:17,24 20:19,20 21:6,8,9,16 (10) | **sir** 16:25 27:7 28:6 29:2 (4) | **stay** 29:6,6 |
| | **ropes** 28:5 | | **sit** 8:4 | **steps** 18:2 |
| | **round** 7:4,5,8,15, 18,19,21 8:2 9:12,17 12:14 14:22 15:3,5,20 25:3,11,15 26:10 28:14 (20) | **see** 14:4,5,17 16:17,21,24 18:10,13 19:12,13 20:20 (11) | **so** 3:21 7:20 11:20 15:23 26:18 28:4 (6) | **still** 11:4,12 |
| | | | | **stipulated** 3:2,16 4:3 |
| **reporting** 5:6,14 | | | **solo** 28:8,10 | **street** 11:15 16:4 17:3 23:12 26:16 (5) |
| **represent** 6:15 16:13 19:22 27:4 (4) | **rules** 3:24 | **seen** 14:7 | **some** 14:12 18:23 | |
| | **s** 1:25 | **series** 6:18 | **somebody** 16:8 | **strike** 3:8,11 |
| **representation** 17:11,20 19:17 | **safe** 29:6 | **serves** 25:7 | **someone** 16:10 26:10 | **submit** 14:11 |
| **represented** 8:5 16:14 22:17 | **safety** 9:21 | **services** 7:17 | **something** 12:12 | **submitted** 14:22 15:3 |
| **representing** 4:8 | **said** 16:12 | **set** 10:7 31:11 | | **subscribed** 29:12 |

| | | | | |
|---|---|---|---|---|
| **such** 3:13 27:16 | **thereby** 3:25 4:6 | **two** 8:9 23:18 | **verbally** 5:9 13:3 | **whereupon** 12:21 13:12,23 25:24 (4) |
| **sure** 19:8 | **these** 7:20 15:6 19:19 20:22 24:20 (5) | **type** 28:12 | **via** 1:10 | **whether** 18:15 |
| **sworn** 3:17 6:3 29:12 | | **typical** 12:17 | **virtue** 22:10 | **which** 14:13 15:9 16:2,7 21:7 25:20 26:4 (7) |
| | **third** 18:17 | **under** 5:11 7:12 | **waive** 5:13 | |
| **synched** 12:14 | **thirty** 11:24 | **understand** 6:21 23:10 | **waived** 4:6 | **white** 6:9 |
| **system** 28:14 | **those** 7:17 12:11,24 13:16 14:22 21:14 (6) | **understood** 26:17 | **waiver** 3:13,23 | **who** 10:6,7 23:19 25:3 26:7 27:19 (6) |
| **t** 2:16 31:2,2 | | | **walked** 24:22 | |
| **tablet** 12:9,11 15:9 | **three** 8:9 23:18 | **underway** 23:17 | **water** 21:21,23 | **whom** 3:20 7:3 |
| **take** 6:24,25 11:25 12:5,7,17 13:9 18:21 19:14 27:21 28:12 (11) | **time** 1:19 10:2,5,15,20 13:17 22:23 23:14 26:20 29:3,8 (11) | **unfortunately** 11:19 | **we'll** 6:22 8:16 | **will** 5:6,9 29:4 |
| | | **union** 1:7 6:16 8:17 16:14 17:11,20 19:17 23:2 26:10 (9) | **we're** 8:12 14:2,16 23:11 (4) | **within** 31:6,8 |
| **taken** 1:17 15:10 | **today** 6:19 8:4,10,22 9:2 14:3 29:3 (7) | | **weekly** 11:23 | **without** 4:8 |
| **taking** 21:12 | | **united** 1:2 | **weeks** 8:9 23:18 | **witness** 1:17 3:18 4:8 5:9 6:2 8:19 31:10 (7) |
| **tell** 16:10 18:15 21:19,22 24:14,21 (6) | **todd** 27:20 28:4 | **unless** 18:22 | **well** 21:10 29:7 | |
| | **together** 28:2 | **up** 10:7,23 12:14 18:16 (4) | **went** 28:2 | **work** 7:14 8:17 14:10 |
| **ten** 12:3 | **told** 24:6,8,16 | | **what** 7:14 9:7 10:3,10 11:7 12:7,23 13:19 14:2,4 15:14 20:7,24 21:3,19 22:14 24:9 26:6 27:7,10 (20) | |
| **testified** 6:3 | **took** 12:10 17:13,22 18:2 19:19 23:4 28:4 (7) | **upload** 14:11,15 15:15 28:13 (4) | | **working** 25:14 |
| **testifying** 8:22 9:2 | | **uploaded** 14:21 | | **would** 11:12 14:21 16:2 19:7,24 20:2,24 21:8,13 22:18 26:7,9,19,20 (14) |
| | **top** 14:6 | **upon** 17:11,20 19:17 20:23 21:3 24:6 (6) | | |
| **testimony** 3:8,11 5:10 | **trained** 27:18 | | **whatever** 6:23 26:24 | **wouldn't** 26:22 |
| **than** 3:19 10:4 | **training** 27:13,16 | **us** 6:23 13:9 24:21 | **when** 8:7 9:12,16,23 11:9 13:4,16 22:3 23:10,14 24:19 28:7,11 (13) | **writing** 20:19 21:8 26:4 |
| **thank** 29:2 | **transcript** 4:7 31:7 | **utilities** 9:21 | | **x** 30:2 |
| **their** 5:12 | **trial** 1:16 3:14 | **utilizes** 15:5 | | **year** 13:18,19 |
| **there's** 8:19 16:20 18:11,22 19:4,11 20:19,23 22:13 (9) | **trick** 6:20 | **v** 1:17 6:2,7 29:10 (4) | **where** 6:8 18:25 19:5 20:9,15 21:22 24:21 27:16 (8) | **years** 7:7 11:21 16:12 |
| | **true** 31:7 | **vary** 20:2 | | **yes** 8:6 9:18 10:19 11:13,16 12:6 |
| **thereafter** 14:13 21:13 | **trust** 29:4 | **verbal** 6:24 12:25 | **whereof** 31:10 | |

FREDERICK V. HARPER

| | | | | |
|---|---|---|---|---|
| 16:12,13,19,22,25<br>17:5,15,19,24<br>18:4,9,10,14<br>19:13,16,21 20:21<br>21:2,11,17<br>22:12,21 23:13<br>25:2 26:11 27:15<br>28:6 (33)<br><br>**york** 1:3,20<br>2:6,15 6:10 11:15<br>16:4 23:12 (8)<br><br>**you'd** 6:22<br><br>**you're** 9:7,23<br>21:12<br><br>**your** 5:16,17 6:6<br>10:25 11:4,7<br>14:10 15:11 16:13<br>19:14 20:23,24<br>21:8 25:3,8,8<br>26:9,14 27:7 29:3<br>(20)<br><br>**zoom** 1:10 22:8<br><br>**248** 29:8<br><br>**302** 2:5<br><br>**629** 30:4<br><br>**1300** 2:14<br><br>**2014** 13:20<br><br>**2017** 11:5,8,11<br>12:7,11 16:16<br>26:5 27:5 28:8 (9)<br><br>**2021** 1:13<br>29:2021 31:11<br><br>**3116** 3:24<br><br>**3117** 3:24<br><br>**3911** 11:15 16:4<br>17:3 23:11 26:15<br>(5) | **10605** 6:10<br><br>**11021** 2:6<br><br>**14202** 2:15 | | | |

Errata Sheet                                          40

WITNESS NAME _____

Page              Line No.           Reason From                        To
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

41

LAWYER'S NOTES PERTAINING TO EBT