Case 1:20-cv-03191-MKB-PK   Document 36-12   Filed 12/08/21   Page 1 of 2 PageID #: 1067

# EXHIBIT 4

```
From:        Jinil Kim
Sent on:     Monday, March 2, 2020 12:37:52 PM
To:          Support
Subject:     314PK 49300-03
```

Be reported  that fire was done this morning

Please send adjuster
--
Jin Kim
Kimspro Insurance Agency
102 Park Avenue
Woodbury, NY 11797
Tel: 718-229-5700
Fax:516-677-1958
kimspro@gmail.com