EXHIBIT 5

# BCI Beltrani Consultants Inc.      PO Box 424 Mount Sinai, NY 11766      (631) 509-5581

IA: Harry Beltrani

Insured: Lee

Our File: 20-0027

Your Claim: 15405

Date of Loss: 3/2/2020

Report Date:  3/6/2020

Type of Loss: Fire damage

Attn: Union Mutual Fire Insurance Company c/o Roundhill Express

## Report #1

## Preliminary Report

### Assignment:

Loss assignment was received from your office on 3/2/2020. The insureds public adjuster was immediately contacted, and an inspection was set with the insureds' public adjuster for 3/4/2020.

### Recommended Reserves:

| | |
|---|---|
| Building: | $ 90,000.00 |
| Rents | $ 20,000.00 |
| Total reserve: | $110,000.00 |

### Coverage:

Coverage is afforded under policy #314PK-49300-03 in the amount of $400,000 on the building and $50,000 in rents. The policy term is 7/8/19-20. The insurance policy is subject to form CP0010 and the CP1030 special cause of loss form edition date 1000. The policy is a replacement cost policy with a $2,500 deductible and an 80% coinsurance clause.

**Risk:**

The risk is situated at 39-11 27th St. Long Island City, NY where you insured 2 story framed residential building approximately 100+ years of age. The building is maintained in a good state of repair. At the time of our inspection, we noted no unusual hazards and would recommend coverage be continued.

We have established an approximate replacement value of the involved building at 2,000 square feet at $175 per square foot, establishing an overall value of $350,000. You will note, the insureds building is insured to value.

**Coinsurance:**

We have determined as a result of our preliminary inspection that the building is insured to value, therefore coinsurance would not be a factor.

Regarding the rents portion of the claim, we are still awaiting documentation from the insured and public adjuster regarding the rent roll to verify the rents value. We will comment further on the rents in a future report.

**Insured:**

The insureds, as indicated on the policy are Fred and Ann Lee, however our investigation has established that the building is currently in the name of Fred S. Lee Living Trust. The deed to the building shows that the building changed ownership in June 2019.

We are requesting the insured and public adjuster notify their broker regarding the change in the policy. The insured admits to no prior insurance losses.

**Occupancy:**

During our inspection, we noted that the building is a 2 story framed residential building with a tenants occupying the 1st and 2nd floor areas. However, during our inspection we also noted that the building has a full finished basement which has a separate entrance to the basement area, one from the 1st floor hallway staircase and a second entry from the rear of the building. Our inspection of the basement area indicates that there is a living area, bedroom with a full bath and kitchen area. At the time of our inspection, the basement did not appear to be occupied, but an apartment does exist in the basement area.

**Origin of Loss:**

A fire damage loss occurred on 3/2/2020 when a fire began in the 2nd floor tenant occupied rear bedroom. The exact cause of the fire is unknown. We have secured the services of Thomas J. Russo, fire consultants to investigate the cause of the fire. We are awaiting their detailed report.

As a result of the fire, there are extensive damages sustained to the 2nd floor rear bedroom area with smoke, water and exposure damages throughout the 2nd floor and into the 1st floor and water damages into the finished basement area. Mitigation work was in process at the time of our inspection which was conducted with the public adjuster.

**Damage Appraisal:**

We are awaiting a detailed claim from the public adjuster regarding the building damages and the rents. We will comment further in a future report.

**Subrogation:**

The subrogation aspect of this claim is under investigation, we will comment further upon receipt of the report from the cause and origin expert.

**Salvage:**

None

**Encumbrances:**

Dovenmuehle Mortgage Inc. is the mortgagee.

**Public Adjuster:**

The insured secured the service of the public adjusting firm of NorthEast Adjustment, Inc. located at 99-07 74th Ave. Forest Hills, NY 11375. The adjuster handling the claim on behalf of NorthEast Adjustment is Joseph Mainiero. Attached is a copy of the public adjusters' retainer. We are forwarding a contact letter to the public adjuster requesting additional documentation. A copy to be attached with this report.

**Use of Expert:**

As per instructions received from your office, we have secured the services of fire consultants, Thomas J Russo. We are awaiting their detailed report.

**Tax Lien:**

We have established that the property taxes are paid to date.

**Deed:**

We have obtained a copy of the deed and as per our review, it is clear that the deed to the property was altered in June 2019 from the named insured Fred S. Lee to Fred S. Lee Living Trust. We are informing the public of the need to change to the policy to reflect the current deeded owner.

**Department of Building:**

We have provided a copy of the Department of Building profile overview. There was one prior open violation. However, the open violation goes back to 2013 and appears to be construction related, there are no additional details. The violation does not appear to have any connection with the fire damages of 3/2/20.

**General Remarks**:

We will report further.


Very truly yours,


Harry Beltrani, BCI


**Enclosures:**   27 photographs, Dep't. of building profile, tax lien, deed to the property, public adjusters' retainer and public adjuster contact letter.

**Beltrani Consultants Inc**
P.O. Box 424
Mount Sinai, NY 11766
Office: (631) 509-5581
Email: beltrani.consultants@gmail.com

| Photo Sheet | | | | | | Claim No. 15405 |
|---|---|---|---|---|---|---|
| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani | |
| Insured<br>Fred Lee | | Contact | | Claimant | | |



**Photo ID**

**15405-001**

**Date**

3/4/2020

**Description**

Risk



**Photo ID**

**15405-002**

**Date**

3/4/2020

**Description**

2nd floor bedroom

## Photo Sheet

### Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-003**

**Date**

3/4/2020

**Description**

2nd floor bath



**Photo ID**

**15405-004**

**Date**

3/4/2020

**Description**

2nd floor bath

**Photo Sheet**                                                    **Claim No. 15405**

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



Photo ID

**15405-005**

Date

3/4/2020

Description

2nd floor living room



Photo ID

**15405-006**

Date

3/4/2020

Description

2nd floor kitchen

## Photo Sheet

### Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-007**

**Date**

3/4/2020

**Description**

2nd floor kitchen



**Photo ID**

**15405-008**

**Date**

3/4/2020

**Description**

2nd floor hall

# Photo Sheet

## Claim No. 15405

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 20-0027 | 314PK-49300-3E | 03/02/2020 | First | 03/04/2020 | Harry Beltrani |



**Photo ID**

**15405-009**

**Date**

3/4/2020

**Description**

2nd floor bedroom



**Photo ID**

**15405-010**

**Date**

3/4/2020

**Description**

2nd floor living room

# Photo Sheet

## Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-011**

**Date**

3/4/2020

**Description**

2nd floor staircase



**Photo ID**

**15405-012**

**Date**

3/4/2020

**Description**

1st floor living room

# Photo Sheet

## Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-013**

**Date**

3/4/2020

**Description**

1st floor bedroom



**Photo ID**

**15405-014**

**Date**

3/4/2020

**Description**

1st floor bedroom

# Photo Sheet

# Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-015**

**Date**

3/4/2020

**Description**

1st floor hall



**Photo ID**

**15405-016**

**Date**

3/4/2020

**Description**

1st floor bedroom

# Photo Sheet

# Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-017**

**Date**

3/4/2020

**Description**

1st floor kitchen



**Photo ID**

**15405-018**

**Date**

3/4/2020

**Description**

1st floor kitchen

# Photo Sheet

# Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-019**

**Date**

3/4/2020

**Description**

1st floor bath



**Photo ID**

**15405-020**

**Date**

3/4/2020

**Description**

Basement

# Photo Sheet

# Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-021**

**Date**

3/4/2020

**Description**

Basement



**Photo ID**

**15405-022**

**Date**

3/4/2020

**Description**

Basement Kitchen

## Photo Sheet

### Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-023**

**Date**

3/4/2020

**Description**

Basement hall



**Photo ID**

**15405-024**

**Date**

3/4/2020

**Description**

Basement hall

# Photo Sheet

# Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

**15405-025**

**Date**

3/4/2020

**Description**

Basement bath



**Photo ID**

**15405-026**

**Date**

3/4/2020

**Description**

Basement boiler room

# Photo Sheet

# Claim No. 15405

| File No.<br>20-0027 | Policy No.<br>314PK-49300-3E | Date of Loss<br>03/02/2020 | Report<br>First | Report Date<br>03/04/2020 | Adjuster<br>Harry Beltrani |
|---|---|---|---|---|---|



**Photo ID**

15405-027

**Date**

3/4/2020

**Description**

Rear door to basement