# EXHIBIT 7

**BCI** Beltrani Consultants Inc.     PO Box 424 Mount Sinai, NY 11766     (631) 509-5581

May 4, 2020

NorthEast Adjustment, Inc.

99-07 74th Ave.

Forest Hills, NY 11375

Re: Lee

Attn: Joseph Mainiero

Dear Mr. Mainiero,

We are the independent adjusting firm representing Union Mutual Fire Insurance Company regarding the above captioned fire damage loss of 3/2/2020.

We are in receipt of all documentation and have forwarded our recommendations to the insurance carrier for their review.  We will be contacting you shortly.

Should you have any questions regarding the status of this claim, please do not hesitate to contact the undersigned adjuster.

Very truly yours,

Harry Beltrani, BCI