

**GREENBLATT AGULNICK KREMIN P.C.**

**Scott E. Agulnick** | **Principal**
**Email: sagulnick@GAKlawfirm.com**

August 26, 2022

**VIA ECF**
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

> **RE:** **Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.**
> Case No.    1:20-cv-03191-MKB-PK

Dear Magistrate Judge Kuo:

This office is counsel for the Plaintiffs in this matter. This letter is jointly written by the parties. The parties note the Document 37 Memorandum and Order issued by the Honorable Margo T. Brodie on August 16, 2022 in this matter, and now jointly request a teleconference be scheduled to discuss next steps. The parties are available next Wednesday, August 31st or next Thursday, September 1st for such a teleconference. We thank Your Honor for your courtesy and consideration.

Very Truly Yours,

Scott E. Agulnick (SA1880

**Main Office:** 55 Northern Boulevard, Ste 302, Great Neck, NY 11021 | (718)352-4800 | F: (718)732-2110
**Melville Office:** 1 Huntington Quadrangle, Ste 2C10, Melville, NY 11747. | www.GAKlawfirm.com