

**HURWITZ FINE** PC

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Agnieszka A. Wilewicz**
aaw@hurwitzfine.com

August 30, 2022

Hon. Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

> **RE:   Lee v. Union Mutual**
> **Case No. 1:20-cv-03191**

Dear Judge Brodie:

Please accept this letter motion as a formal request to remove Charles J. Englert, III, as attorney of record for the defendant Union Mutual Fire Insurance Company. Mr. Englert is no longer associated with the law firm of Hurwitz Fine P.C.

We respectfully request that he be removed from the case docket and terminated from receiving any notifications in this matter.

Thank you for your consideration.

Respectfully submitted,

HURWITZ FINE PC

Agnieszka A. Wilewicz

AAW:krk

Locations:  Buffalo (headquarters) • Albany • Albion • Amherst • Hartford, CT
Melville • Niagara Falls • Rochester • Utica • FAX/EMAIL NOT FOR SERVICE

