

**GREENBLATT AGULNICK KREMIN P.C.**

**Scott E. Agulnick** | **Principal**
Email: sagulnick@**GAK**lawfirm.com

September 30, 2022

**VIA ECF**
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

> **RE:** **Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.**
> Case No.    1:20-cv-03191-MKB-PK

Dear Honorable Kuo:

This office is counsel for the Plaintiffs in this matter. This letter is jointly written by the parties as per the directive of This Honorable Court to advise as the status of whether the parties are able to stipulate as to the pre-interest damages in this matter. To the extent that the parties were able to reach an agreement and avoid the need for a trial on damages, Plaintiffs would have thereafter agreed to forego extra-contractual damage demands.

Since the last conference, Plaintiffs have inquired as to the position of Defendant and has noted that the loss amounts admitted and adjusted by the Defendant were only approximately $5,000.00 less than Plaintiffs' own adjustments. Plaintiffs have been advised that Defendant's counsel, to date, has not receive the requisite authorization to either discuss figures with our office or agree at this time, and Defendant's counsel has requested an additional week for that purpose.

The parties remain available should This Honorable Court wish to discuss this matter further and we thank the Court for its courtesies.

Very Truly Yours,

Scott E. Agulnick (SA1880)