UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FRED LEE and ANN LEE,                                          Case No.: 20-CV-3191 (MKB)

                                Plaintiffs,

                                                              **NOTICE OF APPEARANCE**
                -against-

UNION MUTUAL FIRE INSURANCE COMPANY,

                                Defendant.
-------------------------------------------------------------------X

        Please take notice and enter my appearance in this action as counsel for plaintiff Fred Lee

and Ann Lee.  I hereby certify that I am an attorney admitted to practice before the United States

District Court for the Southern District of New York, and am a principal with the law firm of

Greenblatt Agulnick Kremin P.C.


Dated: Great Neck, New York
        October 18, 2022

                                        Respectfully submitted,
                                        **GREENBLATT AGULNICK KREMIN P.C.**


                                                /s/ Todd D. Kremin
                                        By:   TODD D. KREMIN (TK0102)
                                              55 Northern Boulevard, Suite 302
                                              Great Neck, New York 11021
                                              T: (718) 352-4800
                                              E: tkremin@GAKlawfirm.com

                                              *Counsel for Plaintiffs*



To: All counsel via CM/ECF