

**GREENBLATT AGULNICK KREMIN P.C.**

**Scott E. Agulnick** | **Principal**
**Email: sagulnick@GAKlawfirm.com**

October 31, 2022

**VIA ECF**
Hon. Peggy Kuo
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

      **RE:**      **<u>Fred Lee and Ann Lee v. Union Mutual Fire Insurance Co.</u>**
      Case No.      1:20-cv-03191-MKB-PK

Dear Honorable Kuo:

This office is counsel for the Plaintiffs in this matter. This letter is jointly written by the parties as per the directive of This Honorable Court to advise as the status of whether the parties have reached an agreement as to the damages issue on the breach of contract cause of action.

The parties report that we have reached an agreement as the judgment amount. Moreover, the Plaintiff has consented to waive the requirement for a bond pending appeal, in exchange for which Defendant Union Mutual will waive the right to recover from Plaintiff any costs and expenses in the event that Union Mutual is successful on appeal. The parties will work diligently to memorialize this agreement by way of Stipulation and a Proposed Judgment to be submitted to This Honorable Court.

Thank you for your courtesies and assistance in this matter.

Very Truly Yours,

Scott E. Agulnick (SA1880)