

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Eric T. Boron**
etb@hurwitzfine.com

November 23, 2022

Hon. Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **RE:   Lee v. Union Mutual**
> **Civil Case No. 1:20-03191 MKB-PK**
> **Joint Letter Request of the Parties**
> **Our File No. 20211237**

Dear Judge Brodie:

We are counsel for Defendant Union Mutual Fire Insurance Company ("Union Mutual") in the above captioned matter, and write this joint letter request to the Court with the express permission of Plaintiffs' counsel.   The Court's Memorandum and Order dated August 16, 2022 granted Plaintiffs' motion for summary judgment against Union Mutual on Plaintiffs' breach of contract claim, denied Union Mutual's cross-motion for summary judgment on the breach of contract claim, and granted Union Mutual's cross-motion for summary judgment on Plaintiffs' New York General Business Law §349 claim. Seeking to avoid the necessity of a damages trial of the Plaintiffs' breach of contract claim, the parties have negotiated a settlement of the damages component of that claim, without prejudice to Union Mutual's right to appeal the summary judgment ruling.

The parties now jointly request permission to submit their proposed Stipulated Damages Settlement for the Court to so Order, and a proposed Judgment.  The parties are mindful of the November 1, 2022 Docket Text Order of Magistrate Judge Peggy Kuo requiring the parties to file a Stipulation of Dismissal by November 30, 2022.





The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

November 23, 2022
Page 2

The parties thank the Court for its courtesy and consideration of this matter.

Very truly yours,

HURWITZ FINE PC

Eric T. Boron

ETB:krk                                      Eric T. Boron

cc          Scott E. Agulnick, Esq.

Locations:  Buffalo (headquarters) • Albany • Albion • Amherst • Hartford, CT
Melville • Niagara Falls • Rochester • Utica • FAX/EMAIL NOT FOR SERVICE

