UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| FRED LEE and ANNE LEE, | **NOTICE OF APPEAL** |
| Plaintiffs, | Civil No.: 1:20-cv-03191 |
| v. | |
| UNION MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

_____

Notice is hereby given that the Defendant, Union Mutual Fire Insurance Company, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from a Judgment of the Hon. Margo K. Brodie, U.S.D.J., entered in this action on the 1st day of December, 2022.

DATED:   Buffalo, New York
         December 14, 2022            HURWITZ FINE P.C.

                                      */s/ Eric T. Boron*

                                      Agnieszka A. Wilewicz, Esq.
                                      Eric T. Boron, Esq.
                                      *Attorneys for Defendant*
                                      The Liberty Building
                                      424 Main Street, Suite 1300
                                      Buffalo, New York 14202
                                      (716) 849-8900
                                      aaw@hurwitzfine.com
                                      etb@hurwitzfine.com

TO:   Scott E. Agulnick, Esq.
      GREENBLATT AGULNICK KREMIN
      *Attorneys for Plaintiffs*
      55 Northern Boulevard, Suite 302
      Great Neck, New York 11021