UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

FRED LEE and ANN LEE,

                                    Plaintiffs,

    -against-

UNION MUTUAL FIRE INSURANCE COMPANY,

                                    Defendants,
------------------------------------------------------------------------X

Case No.: 1:20-CV-03191-MKB-PK

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

 

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, together will all counterclaims and cross-claims, be and the same hereby is discontinued with prejudice and without costs to either party as against the other.

It is further stipulated that facsimile and electronic copies of signatures shall have the same force and effect as an original.

Dated:  November 13, 2023
        Melville, New York

GREENBLATT AGULNICK KREMIN P.C.

By: _____
    Scott E. Agulnick, Esq.
*Attorneys for Plaintiff*
**FRED LEE and ANN LEE**

510 Broadhollow Road, Suite 303
Melville, NY 11747
Tel: (718) 352-4800
E-mail: sagulnick@gaklawfirm.com

HURWITZ FINE PC

By: _____
    Eric T. Boron, Esq.
*Attorneys for Defendant*
**UNION MUTUAL FIRE INSURANCE COMPANY**
424 Main Street, Suite 1300
Buffalo, NY 14202
Tel: (716)849-8900
E-mail : etb@hurwitzfine.com